Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants, Tradeshift Inc. and
Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>    vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES 1-100, inclusive,,<br><br>       Defendant. | CASE NO.<br><br>**DECLARATION OF CHRISTOPHER R. LEE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>(San Francisco County Superior State Court Case No.: CGC-23-610929) |

1

# DECLARATION OF CHRISTOPHER J. LEE

I, Christopher J. Lee, declare as follows:

1.      I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Tradeshift, Inc. and Tradeshift Holdings, Inc. (collectively, "Tradeshift") in this action. I make this declaration in support of Tradeshift's Notice of Removal. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

1.      Plaintiff has not served Tradeshift with a copy of the Summons or any complaint. Plaintiff has not filed any proof of service in the State Court Action indicating that any other defendant has been served. Upon exercise of reasonable diligence, Tradeshift has been unable to identify any Defendant that has been served.

2.      Attached herein as Exhibit A is a true and accurate copy of Plaintiff's First Amended Complaint in this action.

3.      Attached herein as Exhibit B is a true and accurate copy of the state court docket sheet from this action. I retrieved this docket sheet on January 9, 2024.

4.      After filing of this notice, Tradeshift will file a notice of filing of notice of removal – with a copy of the notice of removal attached – with the Clerk of the Superior Court of the State of California, San Francisco County. A copy of the notice of filing will be served upon Plaintiff's counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on January 9, 2024, at Los Angeles, California.

_/s/Christopher J. Lee_
Christopher J. Lee

# EXHIBIT A

1  Bryan J. Freedman, Esq.  (SBN 151990)
2  Miles M. Cooley, Esq. (SBN 206783)
   FREEDMAN + TAITELMAN, LLP
   1801 Century Park West, 5th Floor
3  Los Angeles, California 90067
   Tel.: (310) 201-0005
4  Fax: (310) 201-0045
   bfreedman@ftllp.com
5  mcooley@ftllp.com
   *Attorneys for Plaintiff Jane Doe*

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**12/11/2023**
**Clerk of the Court**
BY: ERNALYN BURA
Deputy Clerk

6

7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                        **COUNTY OF SAN FRANCISCO**

9  JANE DOE,                              Case No.:  CGC-23-610929

10              Plaintiffs,               **FIRST AMENDED COMPLAINT FOR:**

11        v.                              1)  **SEXUAL ASSAULT AND BATTERY;**
                                          2)  **SEX TRAFFICKING UNDER THE**
12  TRADESHIFT, INC., a Delaware              **TRAFFICKING VICTIMS**
    corporation, TRADESHIFT HOLDINGS,        **PROTECTION ACT [18 U.S.C. § 1595]**
13  INC., a Delaware corporation, CHRISTIAN   **and THE CALIFORNIA**
    LANNG, an individual, MIKKEL HIPPE        **TRAFFICKING VICTIMS**
14  BRUN, an individual, GERT SYLVEST, an     **PROTECTION ACT [CAL. CIV. CODE**
    individual, MORTEN LUND, an individual,   **§ 52.5];**
15  MORTEN SONDERGAARD aka             3)  **PARTICIPATING IN/AIDING**
    MORTEN PEDERSEN and aka MORTEN         **ABETTING A SEX TRAFFICKING**
16  BLINKSBJERG NIELSEN, an individual,       **OPERATION**
    JEFF RANSDELL, an individual, KING & 4)  **INTENTIONAL INFLICTION OF**
17  SPALDING INTERNATIONAL, a United          **EMOTIONAL DISTRESS; and**
    Kingdom business entity, LITTLER     5)  **NEGLIGENCE**
18  MENDELSON, P.C., a California
    professional corporation, HSBC
19  HOLDINGS Plc, a United Kingdom
    business entity, KOCH INDUSTRIES, INC.,
20  a Delaware corporation, and DOES, 1-100,  **JURY TRIAL DEMANDED**
    inclusive,

21
               Defendants.
22

23        Plaintiff Jane Doe ( "Jane Doe" or "Plaintiff"), by and through her counsel, complains

24  against Tradeshift, Inc. and Tradeshift Holdings, Inc. (collectively "Tradeshift"),  Christian

25  Lanng, Mikkel Hippe Brun ("Brun"), Gert Sylvest ("Sylvest"), Morten Lund ("Lund"), Morten

26  Sondergaard aka Morten Pedersen and aka Morten Blinksbjerg Nielsen ("Sondergaard"), and

27  Jeff Ransdell ("Ransdell"), King & Spalding International ("King & Spalding"), Littler

28  Mendelson P.C. ("Littler"), HSBC Holdings Plc ("HSBC"), Koch Industries ("Koch") and

                                          1

1  DOES 1-100 (collectively "Defendants"), hereby alleging as follows:

2  **SUMMARY OF ACTION**

3      1.      <u>**Ostensibly, this is a case about Christian Lanng ("Lanng"), who was the**</u>

4  <u>**powerful CEO of a billion-dollar market cap "unicorn" TRADESHIFT,**</u> a cloud-based

5  supply-chain software tech company—**entering into a <u>SLAVE CONTRACT</u>** with a female

6  employee, Jane Doe, who was his direct report, and when she complained (including to the

7  company's head of Human Resources, its co-founders and members of its Board of Directors)

8  about the rape, sexual abuse, torture and assault she was suffering at the hands of the CEO under

9  the **SLAVE CONTRACT**, all of which was occurring within the course and scope of her

10  employment, rather than come to her aid, protect her and fire the CEO and other perpetrators,

11  Tradeshift terminated her and protected the perpetrators, one of whom remained the CEO and

12  others who remained board members for many years after, **with full knowledge of Tradeshift**

13  **and its investors, specifically HSBC, a global bank, and Koch, a global industrial**

14  **conglomerate, both of which knew or should have known about the abusive sexual**

15  **depravity occurring at Tradeshift, notwithstanding round after serial investment round**

16  between 2016 and 2023.

17      2.      *Jane Doe* was an earnest, hardworking and dedicated employee at Tradeshift, that

18  is, until she received something from Lanng, Tradeshift's co-founder, CEO and Jane Doe's direct

19  report, several months into her employment with the company, that shocked and frightened her

20  to her core: a **SLAVE CONTRACT**, a copy of which is attached hereto in its entirety as Exhibit

21  "A".  This shocking and repulsive document, the **SLAVE CONTRACT**, provided, in significant

22  part:

23      **SLAVE CONTRACT**

24
**With this Contract [Jane Doe] enters into a 24/7 slave relationship with**
25  **her Master Christian Lanng. [Jane Doe] (henceforth "s1ave" "she" or**
**"her" understands she is the full property with no rights, outside what is**
26  **outlined in this document, of Christian Lanng ("Master" "he" "him")**

27  **1.0.0 Slave's Role**

28

The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations slave's veto … applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master to be used as seen fit within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability in that they now exist solely for the pleasure of said master.

### 1.0.2  Slave's Rules

The slave will always do her best to keep a behavior and demeanor that is fitting for her- role as a submissive to her Master. This includes, but is not limited to:

<u>**Always**</u>

- Never lying to her master about anything. If the truth is inappropriate or hurtful in the moment the slave can ask permission to instead write the truth in her diary

- Always be sexually available for her Master when he needs sex and to never refuse him sex even when not wearing the collar.

- To always be attentive to her Master and put his needs above hers

- Regularly updating her diary to keep her Master up-to-date with her emotions and state of mind.

- Agree to follow her weekly schedule as set by her Master…

- Never disrespect her Master by acting rude, not listening, raising her voice to him. not accepting his command or show defiance, contempt or anger with her body language or tone of voice

- Trust her Master completely

- Worship her Master and all of his body

- Always be in submission to her Master

- To never masturbate without wearing her Collar and whenever she does masturbate, know that this is a privilege given to her by her Master

- To always keep all her bodily openings available for her Master and make sure they are cleanly washed

- To always sleep in the nude unless she has permission

- To give the Master full insight into any aspect of her life, including her phone, computer, finances and anything else

- To always tell him if she [sic] have flirted or have had sexual contact with other men or women

- Never have other sexual contact without explicit permission to do so

- To know her Slave positions and train them weekly so she doesn't forget. http://www.bcwsd.corrubackroom/library/articles ustslavegos.shtml

- Every morning to read these rules as her waking ritual to remind the Slave of her ownership and submission

**<u>In Private or wearing her Slave Collar</u>**

- Whenever she sees her Master in private for the first time, she is to kneel and ask if there is anything she can do for him. At this point the Master will either tell her to wear her Collar or let her know that she can be **[Jane Doe]**, if she is told to wear the collar the below rules apply, if allowed to be **[Jane Doe]** all the other rules still apply except for collar rules as follows and she is still her [sic] Masters complete property to do with as he will, if wearing the collar she have to additionally obey to the following:

  o She will always call him Sir or Master when she is wearing the collar, she will always focus 100% on his needs and proactively try to please him in [sic] anyway she can when she is wearing the collar

  o She will always fold kneel in the waiting position completely naked when she is fitted with the Collar or whenever the Master [sic] do not have a direct order for her (position 3, the waiting position)

  o To always remain sexually available to her Master when she is wearing the collar with no delay, disobedience or fighting

  o She will have no limits when wearing her collar and will be available to all ways her master wants to use her (except for when she uses her safeword).

  o She will always swallow her Master's cum when giving the privilege of sucking his cock or making him cum, to always lick it of his body, the floor, the bed or wherever it hits.

  o She will never call herself anything but "she" "the submissive" "the slave" or "fucktoy" while wearing the collar.

  o She will always offer herself to pee on when the Master has to pee and let him know that he is always welcome to pee in the Slave's mouth or over her body

FIRST AMENDED COMPLAINT

o She will endure any pleasure or pain the Master gives her while wearing the collar, unless it goes beyond the Slaves limits at which point she is obligated to use her safe [sic] word

o She will wake no later than 7am and give the master a blowjob when sleeping with her collar and her Master, unless he [sic] have told her the night before he [sic] don't need his morning blowjob.

o She will wake no later than 7am and masturbate when sleeping with her collar and without her Master, unless she [sic] have been given explicit permission not to.

o She will incorporate sexual hunger and wanting into everything she does while wearing the collar

**At work**

- the slave will have freedom to use her own name and act independently as long as she remembers she is her Masters property and she is there to please him and for no other reason.

- She will work [sic] as a 6 hours in the office every day unless travelling or she has permission or instructed otherwise

- She will not leave work without first getting permission from her Master and she will always say goodbye to him in person before she leaves. unless instructed otherwise

- She will make sure her Masters wellbeing is taken care [sic] off during the workday to keep him happy and she will proactively think of ways of keeping him happy whenever she is working with him.

- She will look pretty and inspiring to her co-workers and dress as feminine as possible, preferably in dresses or skirts (as outlined under appearance below)

- She will learn at least one new thing every week that increase her function and job security

- She will never challenge, humiliate or raise her voice in the presence of her Master and she will keep a proper business etiquette for an EA working for her CEO.

\*\*\*

3.   ***Notably, the SLAVE CONTRACT stated that Jane Doe was "at work" "to please" Lanng and "for no other reason."***

4.   The **SLAVE CONTRACT** went on to discuss "Punishment", which Lanng could exact on Jane Doe "whether earned or not" and included a variety of physical punishments from

5

"spanking" to "electricity" to "anything that Master sees fit…"  The **SLAVE CONTRACT** also discussed "Secrecy", and required "total secrecy", instructing, among other things, that "*if the relationship is discovered at work, the slave will deny everything and quit her job*."

5.    Lanng exhorted Jane Doe to sign the **SLAVE CONTRACT**. Jane Doe loved her job, was accomplishing important work in her new role and did not want to lose the opportunity to work a Tradeshift.  And because she was put in an impossible situation by her boss, Jane Doe signed the **SLAVE CONTRACT**, as did Lanng. The **SLAVE CONTRACT** was executed part and parcel and entirely within the course and scope of her employment relationship with Laang and Tradeshift.

6.    Notably, Lanng forced Jane Doe to maintain a "diary" of his subjugation and enslavement of her, which "diary" was kept on a shared document, monitored by Lanng. While this "diary" was a key aspect of Lanng's exercise of control over Jane Doe, Jane Doe's willingness to keep such a "diary" and the entries she made therein were also part and parcel Lanng's forcible domination and subjugation of Jane Doe and indeed of the **SLAVE CONTRACT**, and were in no way indicative of any true consent or agreement to the oppressive and unlawful regime imposed on her by Lanng. **In fact, Lanng would beat Jane Doe with a cane if she did not write submissive entries in the "diary" and sometimes would insist on writing the "diary" entries himself**.

7.    Several years of sexual abuse, torture and assault of Jane Doe by Lanng followed, with Jane Doe being **sexually trafficked** by Lanng around the world—China, India, Denmark, Singapore, Japan, the United Kingdom, to name just a few of the locales— under the guise of various trips for Tradeshift business, during which trips Jane Doe was sexually assaulted, including being bound against her will and beaten to the point of bleeding, including through the penetration of her body with various inanimate objects, all without her consent. What is more, Lanng's horrific treatment of Jane Doe was known by and tacitly approved of by Tradeshift's other founders, Brun and Sylvest, Tradeshift's Board of Directors, including Lund, Sondergaard and Ransdell.  Indeed, Lund and Sondergaard also sexually assaulted and/or coerced sex acts with Jane Doe, turning Tradeshift into a literal house of sexual horrors for her.

8.      At first, Jane Doe was confused by what was happening to her and although horrified by the **SLAVE CONTRACT**, she did not want to report it due to her fear of adverse employment actions against her by Lanng, her boss. But when Jane Doe initially complained to Tradeshift's Human Resources, Tradeshift's co-founders, Brun and Sylvest, and later, to Tradeshift's C-Suite and Board about the sexual abuse, torture, assault and sex trafficking she was being subjected to as a Tradeshift employee (meaning they knew or should have known about the abuse and taken steps to stop it), she was instead ignored, isolated, marginalized and ultimately terminated with no explanation over the phone.

9.      The emotional and psychological stress of the abuse, assault and torture Jane Doe endured over a period of years became too overwhelming, and she was ultimately forced to seek medical treatment.  Jane Doe ended up bedridden and in a precarious psychological state for almost two years.

10.      Jane Doe is informed, believes and upon these bases alleges that there are numerous other female victims who have suffered the same and similar harms as she has at the brutal and depraved hands of Lanng, with the knowledge and complicity of Tradeshift, including its C-Suite and Board, King & Spalding, Littler, HSBC and Koch.

11.      **Thus, tragically, this case is also about sex trafficking: Lanng cynically and perversely transporting women around the world—New York, Davos, Manila, etc., for bondage, rape, forced non-consensual penetration with foreign objects and brutal sexual violence—used his power, wealth and influence to traffic various women around the world by coercive means to satisfy his perverse, misogynistic, depraved and sexually violent proclivities**. As set forth below, Jane Doe was the repeated victim of such trafficking. Indeed, Jane Doe was trafficked all over the world under the guise of reputable Tradeshift business. **Tradeshift, King & Spalding, Littler, HSBC and Koch knew about the sexual assault and sex trafficking of Plaintiff and condoned, suborned, supported and/or facilitated it by their respective acts and/or omissions.**

12.      **But perhaps most importantly, this case is about how Tradeshift, HSBC and Koch, including their C-Suites, Boards of Directors and In-House and Outside Legal**

**Counsel (King & Spalding and Littler among them) cynically sought to preserve profit at the expense of Plaintiff and callously disregarded and tacitly approved of the sexual abuse and sex trafficking she suffered, and then they lied to the public about the true, depraved goings on at Tradeshift in furtherance of their own financial and reputational self-interest and greed.  As alleged herein, in a complete abdication of their corporate responsibility, the Tradeshift's C-Suite and Board, King & Spalding, Littler, HSBC and Koch, all fully cognizant of the horrific acts of Tradeshift's CEO Lanng, specifically, knowledge of the SLAVE CONTRACT and Lanng's orchestration of the unlawful sexual abuse and trafficking of Plaintiff, allowed such abuse and trafficking to occur with full knowledge of the same, and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place; all of them failed to take any action over a period of years, and, even worse, later, incredibly, tried to cover up Lanng's and their own egregious conduct in order to pursue and preserve Tradeshift's profits and reputation, all for their own financial benefit and/or that of their respective shareholders.**

13.     **Notwithstanding that Tradeshift, King & Spalding, Littler, HSBC and Koch were alerted to the sexual depravity of Lanng and his abuse of Jane Doe alleged herein, these companies and firms not only buried their heads in the sand, they gaslighted Jane Doe and refused to take her claims seriously and did nothing to hold Lanng accountable so as to avoid jeopardizing a recent $70 million-dollar investment round that had been pending for some time.**  In fact, Tradeshift, with the assistance of its corporate counsel King & Spalding, consummated the investment deal with lead investors **Koch** and **HSBC** (along with **LUN Partners Group, Notion Capital, AYTK Limited, Fuel Venture Capital** and **IDC Ventures**). Koch and HSBC were aware of Lanng's twisted behavior **and knew about the SLAVE CONTRACT and Lanng's depraved and abusive conduct but nevertheless invested in Tradeshift over multiple investment rounds.  Indeed, HSBC and Koch, with full knowledge of the sexual violence and abuse and the sex trafficking operation alleged herein, cynically participated therein, so as to protect and preserve their multi-year and multi-million-dollar financial investments in Tradeshift.  Plaintiff is also informed and**

FIRST AMENDED COMPLAINT

**believes that Tradeshift, HSBC, Koch and King & Spalding misled the other investors in the most recent financing round and potentially previous rounds by lying in their representations and warranties that Tradeshift was not facing any threatened or pending litigation so as to close the round and/or structured their deal with Tradeshift so as to protect their downside risk if the sexual horrors experienced by Plaintiff were made public.**

14.     **On September 1, 2023, Lanng was fired by Tradeshift, Tradeshift said, for "complaints of sexual misconduct and surrounding behaviors":**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

9

# Tradeshift

221 Main Street, Suite 250, San Francisco, CA 94105
Lower Ground Floor, One George Yard, London, EC3V 9DF, United Kingdom

**Private & Confidential**

Christian Lanng
13 Wilton Row
London
SW1X 7NR

By email: Christian.lanng@gmail.com

1 September 2023

Dear Christian

**Notice of Termination of Employment**

Following our meeting today, I am writing to confirm that Tradeshift Network Limited and Tradeshift Inc. have decided to terminate your employment.

The reasons for the decision relate to the following conduct issues:

1.  **Complaints of sexual misconduct and surrounding behaviours**

    There is a pattern of complaints that have been raised against you relating to serious sexual misconduct which is exceptionally concerning. In particular, claims have been made by former employee                ("Potential Plaintiff 1") and Tradeshift has recently received detailed evidence concerning a second potential claim by                ("Potential Plaintiff 2") following a similar fact pattern.

In addition, you have:

- Failed to adhere to all of your agreed payments under your settlement agreement dated May 14, 2022 (as subsequently amended) with Potential Plaintiff 1.

15.     Notably, Tradeshift's termination letter **referenced a settlement agreement dated May 14, 2022,** that Tradeshift knew Lanng had entered into with Jane Doe **well over one year before Lanng was terminated**.

16.     Although he was actually fired by Tradeshift for his sexual misconduct, Lanng subsequently went on social media and lied to the public that he had **"resigned"** due to

10

1    **"burnout" and professing that "being a founder almost killed [him]":**



17.    **Then, on October 11, 2023, Tradeshift issued a disingenuous, blatantly false and fraudulent press release explaining Lanng's firing, which press release was orchestrated behind the scenes by Koch and HSBC and their lawyers, and by King & Spalding and Littler for Tradeshift. This press release falsely stated that "[I]n late August of this year, Tradeshift's newly constituted Board and management team became aware of serious allegations of sexual assault and harassment against Christian Lanng, former CEO of Tradeshift…":**

///
///
///
///
///
///
///
///
///
///

11

18.     **But, in fact, Tradeshift, its C-Suite and Board, King & Spalding, Littler, Koch and HSBC were made aware of the "serious allegations of sexual assault and harassment" of Jane Doe by Lanng long before "late August" 2023**, as made clear by Tradeshift's own termination letter referencing a May 14, 2022 settlement agreement Lanng purportedly entered into with Jane Doe in relation to her claims of sexual abuse and torture.  **The press release was a lie, <u>since Tradeshift, its C-Suite and Board, and Tradeshift's lawyers King & Spalding and Littler, had actually been aware of Jane Doe's claims against Lanng for years</u>.**

19.     Indeed, Tradeshift's outside US lawyer, **Robert Wilger of Littler**, was involved in an investigation of Jane Doe's claims of sexual abuse against Lanng and other executives at Tradeshift as early as late 2021 into February 2022:

///

///

////

///

12

FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10



11    20.    Additionally, Tradeshift's UK lawyer **William Charnley of King & Spalding**

12  was aware of Jane Doe's claims in June of 2023 at the latest, if not much earlier:

13
14
15
16
17
18
19
20
21
22
23



24    21.    Thus, the evidence is clear that Tradeshift and its C-Suite and Board, at least back

25  to December 2019, **almost 4 years before the false and disingenuous press release was**

26  **issued, knew all about the sexual abuse suffered by Jane Doe at the hands of Tradeshift**

27  **executives**:

28

FIRST AMENDED COMPLAINT




**From:** ████████████@gmail.com
**Subject:** Resolution
**Date:** 26 December 2019 at 14:06
**To:** Christian Lanng chl@tradeshift.com, Mikkel Hippe Brun mhb@tradeshift.com, gert.sylvest@tradeshift.com

Need to resolve this nightmare it's killing me.

Every time I meet with a lawyer with goal of exiting & moving on with my life in a way that allows me to heal and start over a major news publications reaches out to me and my body shuts down again. I am not interested in a scandal or attention. I believe Christian knows he has done evil - for the sake of the company.

I loved my job at Tradeshift. Bringing you the World Economic Forum, working among you during multiple close-call rounds and such tremendous growth. I care deeply about the growth and success of the company - it's my baby too- It is not in my disposition to ruin what I worked hard to build.

I wish I could have joined in the celebrations. Gosh darn it.

My fondest memories were working with Gert creating the responsible supply chain models and products. All the while terrified.

22.    Moreover, although the press release language cleverly invokes the "newly constituted [Board of Directors]" supposedly just learning about Plaintiffs' allegations against Laang in August 2023 for the first time (as opposed to the previous board, which knew about the allegations all along), **this is no more than attempted sleight of hand, since there are board members on the Tradeshift's "newly constituted board" who also sat on the previous board, namely several overlapping board members, including Lanng himself, who was also a board member**. Indeed, the notion of the "newly constituted board" language in the press release somehow being indicative of Tradeshift Board's lack of knowledge was merely a cynical head fake designed to obscure the sordid truth of the sexual abuse and sex trafficking of Jane Doe and others.

23.    Thus, in every respect, Tradeshift's October 11, 2023 press release was a continuation of the conspiracy by Defendants to hide the truth so as to protect Tradeshift, with Koch and HSBC driving strategy to protect their investments in Tradeshift and to continue to profit from their association with the company. The press release was not truthful regarding what Defendants knew about Plaintiff's claims and when they knew it and no way limits or in any way diminishes the liability of Defendants in this case. Rather, the false press statement is, in itself, evidence of Defendants' craven, unconscionable and unlawful conduct towards Plaintiff and their ultimate culpability for the same.

///

///

14

FIRST AMENDED COMPLAINT

**THE PARTIES**

24.    Plaintiff Jane Doe was an employee at Tradeshift until she was terminated in 2020 on a phone call with Tradeshift's former head of HR, **Doug Folden, who is currently a partner with Andreessen Horowitz**. Plaintiff was hired as an Executive Assistant to Lanng, and then was given the title of International Outreach after developing a successful "responsible supply chain" strategy for the World Economic Forum. Jane Doe's employment with Tradeshift required a great deal of international travel with Lanng, who used this travel as an opportunity to sexually traffic and abuse, torture and assault her.  During the entire course and scope of her employment with Tradeshift, Jane Doe was treated as Lanng's "slave" to Lanng's "master" under the **SLAVE CONTRACT** and suffered years of sex trafficking, rape, sexual abuse, torture assault, including being bound against her will and beaten to the point of bleeding, including through the penetration of her body with various inanimate objects, all without her consent and with the full knowledge and tacit approval of Tradeshift's C-Suite and Board. At all times mentioned herein, Jane Doe was a resident of California.

25.    Plaintiff alleges that she was sexually and physically abused by Lanng and that she was also sexually abused by Tradeshift board members Lund and Sondergaard, and therefore they rely on substantial statutory provisions and case law which grant them the right to bring this action pseudonymously as Jane Doe.[1]

26.    Defendant Lanng was for all relevant times herein, a co-founder, CEO and board member of Tradeshift and a self-designated "master" to Jane Doe's "slave" under the **SLAVE CONTRACT**, he coerced Jane Doe to sign under threat of adverse employment action and fear of termination of her job at Tradeshift.  Lanng raped, sexually assaulted, tortured and trafficked Jane Doe for a period of years, acting in his capacity as her boss at Tradeshift. Lanng also treated Jane Doe as a "slave" to his "master" and repeatedly raped, sexually assaulted, tortured

---

[1] *See* Cal. Code Civ. Proc. §1708.85; *Starbucks Corp. v. Superior Court*, 168 Cal.App.4th 1436 (2008); *L.H. A.Z., K.K, & D.R. v. Schwarzenegger*, No. CIV. S-06-2042 LKK/ GGH, 2007 WL 662463, at 18 (E.D. Cal. Feb. 28, 2007); *see also*, *Protecting Victim's Privacy Rights: The Use of Pseudonyms in Civil Lawsuits*, National Crime Victim Law Institute (NCVLI)(2011).

and trafficked Jane Doe and often physically abused her while she was bound against her will and even beat her to the point of bleeding, including through the penetration of her body with various inanimate objects, all without her consent. Lanng was a resident of California at all times mentioned herein.

27.    Defendant Tradeshift is a Delaware corporation and supply-chain software company founded in Denmark by Laang, Brun and Sylvest. Tradeshift employed Jane Doe until May 2020, when she was fired by the company's head of HR on a phone call. Tradeshift was a toxic, hostile work environment in which Jane Doe was sexually abused, tortured and assaulted by Lanng, as well as sexually assaulted by two board members, Lund and Sondergaard, all during the course and scope of her employment, with knowledge of its C-Suite and Board. In a complete abdication of corporate responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's and their own egregious conduct. At all relevant times herein, Tradeshift was and has been licensed to do business and doing business in California. Tradeshift's corporate headquarters is in San Francisco, California.

28.    Defendant THS is a Delaware corporation and is the holding company for Tradeshift and other subsidiaries and Plaintiff is informed and believes that THS holds all of Tradshift's assets but does not do any operational business.  Tradeshift, including its C-Suite and Board, and THS are collectively "Tradeshift". At all relevant times herein, THS was and has been licensed to do business and doing business in California.

**Tradeshift's C-Suite**

29.    Defendant Brun is a Tradeshift co-founder and a Senior Vice President, who is very close to Lanng and whom Jane Doe made aware of the sexual abuse, torture and assault she was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, only to have Brun (and his wife Pernille Hippe Brun, in whom Jane Doe also confided in about the

ongoing abuse she was suffering) ignore her and tell Lanng about Jane Doe's revelations. In a complete abdication of corporate responsibility, Tradeshift and its C-Suite and board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, their own and the Board's egregious conduct.  At all relevant times herein, Brun is a resident of California.

30.     Defendant Sylvest is a Tradeshift co-founder and a Senior Vice President, is very close to Lanng and whom Jane Doe made aware of the sexual abuse, torture and assault she was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, only to have Sylvest ignore her and tell Lanng about Jane Doe's revelations.  In a complete abdication of corporate responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's and their own and the Board's egregious conduct. On information and belief, at all relevant times herein, Sylvest was a resident of California.

31.     Carrie Dolan is the former CFO of Tradeshift, and **is now the CFO of Kraken Digital Assets and a board member of the Berkeley Haas School of Business,** and on information and belief, while she was an officer of the company, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe.  Dolan abruptly left her job as CFO and.  In a complete abdication of corporate responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to

occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's and their own egregious conduct.

32.     Peter van Pruissen is or was Tradeshift's CFO, and, on information and belief, while he was in the C-Suite, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help her. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's and their own egregious conduct.

**Tradeshift's Board of Directors**

33.     Defendant Lund, is or was a member of Tradeshift's Board, and, on information and belief, while he was a board member, sexually assaulted Jane Doe while at the Silicon Valley at Oxford University event in the United Kingdom event at which Tradeshift was participating. At that event, Lund leveraged his position as a board member of Tradeshift and the power over Jane Doe that position ostensibly conferred over her and exposed his penis to Jane Doe and ejaculated in front of her.  In addition to personally sexually assaulting Jane Doe, Lund also had knowledge of the other sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe.  In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's,

18

his own and his fellow Board members egregious conduct. On information and belief, at all relevant times herein, Lund was a resident of Copenhagen, Denmark.

34.     Defendant Sondergaard, **who also sometimes uses the aliases Pederson and Blinksbjerg Nielsen**, is or was a member of Tradeshift's Board, and, on information and belief, while he was a board member, coerced and pressured Jane Doe into varied sexual acts while Jane Doe was a renter at his townhouse in London in the United Kingdom, leveraging his position as a board member of Tradeshift and the power over Jane Doe that position ostensibly conferred. In addition to personally sexually coercing and assaulting Jane Doe, Sondergaard also had knowledge of the other sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, his own and his fellow board members' egregious conduct. On information and belief, at all relevant times herein, Sondergaard was a resident of Mallorca, Spain.

35.     Defendant Ransdell is or was a member of the Tradeshift Board, and **who represented Fuel Venture Capital**, on information and belief, while he was board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's and their own egregious

conduct.  Worse, notwithstanding his knowledge of the **SLAVE CONTRACT**, Lanng's abusive and repugnant conduct, the sex trafficking of Plaintiffs and the conspiracy to hide the same, Ransdell was deeply involved in and celebrated the close of Tradeshift's Koch-HSBC deal with Lanng and Sondergaard in August 2023, even while knowing about the sexual abuse and sex trafficking alleged herein. On information and belief, at all relevant times herein, Ransdell was a resident of Miami, Florida

36.     Ian Swycher is or was a member of Tradeshift's Board, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

37.     Stephen Chandler is or was a member of Tradeshift's Board, and **who represented Notion Capital**, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

38.     Noriaki Okubo is or was a member of Tradeshift's Board, and **who represented**

**Scentan Ventures and was the CEO of Tradeshift Japan**, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

39.     Edward Shenderovich is or was a member of Tradeshift's Board, **who represented Kite Ventures**, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

40.     Lone Fonss Schroder is or was a member of Tradeshift's Board, **is a board member of IKEA, Volvo, Geely, Ikano Bank and the chairwoman of Saxo Bank and an owner of Concordium** and, on information and belief, while she was a board member of Tradeshift, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of

21

Langg, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

41.    Ocko is or was a member of Tradeshift's Board, and **who represented DCVC**, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action over a period of years, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

42.    Lindsay Fitzgerald is or was a member of Tradeshift's Board, and **who represented American Express Ventures**, and on information and belief, while she was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Lanng, the CEO, and specifically, her orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's own egregious conduct.

43.    Eric Dunn is or was a member of Tradeshift's Board, and **who represented Intuit**

**and is now CEO at Quicken, Inc**, and, on information and belief, while he was a board member, had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, took no action to whatsoever to help Jane Doe. In a complete abdication of board responsibility, Tradeshift and its C-Suite and Board, fully cognizant of the horrific acts of Langg, the CEO, and specifically, his orchestration of the unlawful sexual abuse and trafficking of Plaintiff and others, with full knowledge of the same, allowed such abuse and trafficking to occur and therefore tacitly sanctioned and allowed Lanng's repugnant conduct to take place, failed to take any action, and even worse, later, incredibly, tried to cover up Lanng's, the C-Suite's and the Board's egregious conduct.

**Tradeshift's Outside Lawyers**

44.     Defendant King & Spalding is or was the legal counsel for Tradeshift. **Through its partner, William Charnley, King & Spalding had knowledge of the sexual abuse, torture and assault Jane Doe was experiencing as an employee of Tradeshift over a period of years, and of the SLAVE CONTRACT**, and of the sex trafficking of Plaintiff and others that was being perpetrated by Lanng, Lund, Sondergaard and Tradeshift, but notwithstanding that knowledge, were involved in the sex trafficking conspiracy alleged herein and actively worked to conceal said the sex trafficking and sexual abuse and enable Lanng, Lund, Sondergaard and Tradeshift to continue to perpetrate the same, **as well as to conceal the true facts alleged herein to allow Tradeshift to conclude various investment transactions** that facilitated said unlawful conduct, despite their knowledge of the fact that such horrific conduct and sex trafficking had occurred, was occurring and was illegal, and did so while conspiring to actively conceal it with Tradeshift and its C-Suite and Board, which was also illegal and diametrically contrary to all applicable ethical rules for lawyers in both the United States and the United Kingdom. On information and belief, at all relevant times herein, King & Spalding was a resident of London, United Kingdom.

45.     Defendant Littler, is or was the legal counsel for Tradeshift. **Through its partner, Robert Wilger, Littler had knowledge of the sexual abuse, torture and assault**

**Jane Doe was experiencing as an employee of Tradeshift over a period of years, and of the SLAVE CONTRACT**, and that the sex trafficking of Plaintiff and others that was being perpetrated by Lanng, Lund, Sondergaard and Tradeshift, but notwithstanding that knowledge, were involved in the sex trafficking conspiracy alleged herein and actively worked to conceal said the sex trafficking and sexual abuse and enable Lanng, Lund, Sondergaard and Tradeshift to continue to perpetrate the same, **as well as to conceal the true facts alleged herein to allow Tradeshift to conclude various investment transactions** that facilitated said unlawful conduct, despite their knowledge of the fact that such sex trafficking and horrific conduct had occurred, was occurring and was illegal, and did so while conspiring to actively conceal it with Tradeshift and its C-Suite and Board, which was also illegal and diametrically contrary to all applicable ethical rules for lawyers in both the United States and the United Kingdom. On information and belief, at all relevant times herein, Littler was a resident of California.

**Tradeshift's Investor Partners**

46.     Defendant HSBC is an international banking entity and calls itself "the world's largest trade bank" and it was also involved in the sex trafficking conspiracy alleged herein. HSBC has been a serial investor in Tradeshift, investing tens of millions of dollars in the company since 2016.  HSBC made these investments in Tradeshift with the knowledge of the **SLAVE CONTRACT** and the related horrific abuse, torture assault and sex trafficking that had been suffered by Jane Doe at the hands of Lanng, Lund, Sondergaard and Tradeshift, and in fact, sanctioned this abuse and allowed it and the sex trafficking of Plaintiff and others to occur and or continued to support and/or condone such activities and protect Tradeshift and its C-Suite and Board, including Lanng, Brun, Slyvest, Lund, Sondergaard and Ransdell, and/or continued to provide investment financing which facilitated the sexual abuse and sex trafficking conspiracy alleged herein, which it knew or should have known was occurring at Tradeshift, to Plaintiff's detriment.  **HSBC even structured its most recent round of investment in Tradeshift as an "asset purchase" deal so as to de-risk its investment, since it was aware of the unlawful SLAVE CONTRACT and sex trafficking conspiracy alleged herein**. On information and belief, at all relevant times herein, HSBC International was a resident of

24

London, United Kingdom.

47.     Defendant Koch is an international industrial conglomerate and it was also involved in the sex trafficking conspiracy alleged herein.  Koch has made significant financial investment in Tradeshift, investing tens of millions of dollars in the company and taking charge of its corporate strategy and direction.  Koch made these investments in Tradeshift with the knowledge of the "**SLAVE CONTRACT**" and the related horrific abuse, torture assault and sex trafficking that had been suffered by Jane Doe at the hands of Lanng, Lund, Sondergaard and Tradeshift, as well as about the allegations of sexual trafficking and abuse of Jane Doe, and in fact, sanctioned this abuse and allowed it and the sex trafficking of Plaintiffs to occur and or continued to support and/or condone such activities and protect Tradeshift and its C-Suite and Board, including Lanng, Brun, Slyvest, Lund, Sondergaard and Ransdell, and/or continued to provide investment financing which facilitated the sexual abuse and sex trafficking conspiracy alleged herein, which it knew or should have known was occurring at Tradeshift, to Plaintiffs' detriment. **Koch even structured its most recent round of investment in Tradeshift as an "asset purchase" deal so as to de-risk its investment, since it was aware of the unlawful SLAVE CONTRACT and sex trafficking conspiracy alleged herein**. On information and belief, at all relevant times herein, Koch was a resident of Kansas, and does and is registered to do business in California.

48.     Does 1 through 100 are individuals and/or entities whose true names and capacities are currently not known to Plaintiff. Does 1 through 100 are legally responsible and liable to Plaintiff to the extent of the liability of the named Defendant. Plaintiff will seek leave of the Court to amend this Complaint to reflect the true names and capacities of the Defendants designated herein as Does when such identities and capacities become known.

49.     At all times relevant herein, each of the Defendants was the agent, servant, employee, joint-venturer, partner and/or alter ego of each of the named Defendant herein and were at all times operating and acting within the purpose and scope of said agency, service, employment, joint venture, partnership and/or alter ego. Each Defendant has rendered substantial assistance and encouragement to the other Defendants, acting in concert knowing

that its conduct was wrongful and/or unlawful, and each Defendant has ratified and approved the acts of each of the remaining Defendants.

## JURISDICTION AND VENUE

50.     The California Superior Court has jurisdiction in this matter pursuant to California Constitution Article VI, Section 10, which grants the Superior Court "original jurisdiction in all causes except those given by statute to other trial courts." The statutes under which this action is brought do not specify any other specific basis for jurisdiction.

51.     The California Superior Court also has jurisdiction in this matter because the damages sought herein exceed the minimal jurisdictional limits of the Superior Court and will be established at trial, according to proof.

52.     The California Superior Court also has jurisdiction over Defendants because they are corporations and/or entities and/or persons with sufficient minimum contacts in California, are citizens of California, and/or otherwise intentionally availed themselves of the California market so as to render the exercise of jurisdiction over them by the California courts consistent with traditional notions of fair play and substantial justice.

53.     Venue is proper in the Superior Court of California, County of San Francisco pursuant to Code of Civil Procedure section 395(a) and Code of Civil Procedure section 395.5 in that liability arose there because at least some of the acts, omissions and injuries that are the subject matter of this Complaint occurred therein and/or each Defendant either is found, maintains offices, at the relevant times transacted or transacts business, exists, and/or has an agent therein. Specifically, Defendants, through Tradeshift's corporate headquarters in San Francisco, orchestrated, conducted directed and/or allowed the sex trafficking of Plaintiff and others, among other wrongdoing, as set forth herein.

## FACTS COMMON TO ALL CAUSES OF ACTION

A.      **Jane Doe Is Initially Hired as an Executive Assistant to Lanng, Co-Founder and CEO of Tradeshift, But Lanng Coerces Her Into Engaging In Acts of Sexual Abuse, Torture, Humiliation and Degradation Under The SLAVE CONTRACT**

54.     Jane Doe was hired at Tradeshift to be Lanng's executive assistant. She realized

now that she was not so much *interviewed* for the job, she was, actually **GROOMED** for the sexual abuse, torture and assault that was to follow subsequently at Lanng's, Lund's and Sondergaard's hands.

55.     The first two months of her tenure at Tradeshift were exciting for Jane Doe: she was working at a high level, developing a "responsible supply chain" concept for Tradeshift to present at the World Economic Forum along with Laang, and generally assisting him with building out and developing Tradeshift in San Francisco. ***But then, as alleged hereinabove, Lanng sent Jane Doe the SLAVE CONTRACT and her work and personal life spiraled into a dark abyss of unwanted sexual horror.***

56.     As set forth above, Lanng sent Jane Doe a copy of the **SLAVE CONTRACT**, which she signed under duress, given that Lanng was the CEO of her company and was her direct report and that she feared adverse employment actions.

57.     Later, while they were together on a business trip at the World Economic Forum in Manila, Philippines, Lanng gave Jane Doe a handwritten note detailing the "master-slave" relationship he sought to have with her:

///

///

///

///

///

///

///

///

///

///

///

///

///



58.     Among other things, Lanng wrote in the note: "[Jane Doe] is [Lanng's] property,"
"Turn [Jane Doe] into [Lanng] picture of perfect woman," "[Jane Doe to] live within set of
defined rules," "If broken, punish… will be enforced as part of this," "Adore [Lanng], please
him [sic] sexual, be available for [Lanng] sexually," "Work symbolically- sole work is for
[Lanng]," "Always ask if want [sic] need someone else sexually," "full control of finances,
computer, phone," "Respect [Lanng]."  And to make sure his employee was compliant, Lanng
dangled "5,000 shares" of Tradeshift stock in front of Plaintiff to ensure that she would "never
use [the fact of the proposed master-slave arrangement] against" Lanng.  Shortly after Lanng
began sexually assaulting her, Jane Doe felt the need to seek treatment from a psychologist on
an emergency basis, a fact she shared with Lanng.

59.     Several years of sexual abuse, torture and assault at Lanng's hand would follow,

first taking place whenever and wherever Jane Doe traveled with him around the world on business trips —Jane Doe was trafficked to Switzerland, the Philippines, India, Japan, and then in San Francisco, where Lanng eventually rented Jane Doe an apartment not far from Tradeshift's headquarters, so he could sexually assault and violate her on a routine, even daily, basis.

60.    Lanng's sexual abuse, torture and assault of Jane Doe involved the most extreme BDSM practices imaginable, many of which are detailed in the **SLAVE CONTRACT**, including his putting Jane Doe in physical bondage restraints, inflicting physical pain on her by various means, urinating on her and routinely penetrating her person with foreign objects. ***Lanng's sexual abuse, torture and assault of Jane Doe occurred entirely within the course and scope of Jane Doe's employment at Tradeshift.***

61.    As if being turned into a sex slave by her CEO was not enough of a nightmare, Jane Doe was also sexually assaulted by two Tradeshift board members, Lund and Sondergaard.

62.    Lund attacked Jane Doe at a Tradeshift event at Oxford University, in an episode where he masturbated and ejaculated in front of her.  Sondergaard coerced Jane Doe into various non-consensual sexual acts while she was staying at his townhouse in London during work trips there. Lund's and Sondergaard's ***sexual assaults of Jane Doe occurred entirely within the course and scope of Jane Doe employment at Tradeshift.*** Lanng, Lund and Sondergaard all used their positions of authority over Jane Doe at Tradeshift as leverage to engage in their wrongful sexual conduct with and towards and their sex trafficking of her.

63.    Meanwhile, notwithstanding the sexual abuse, torture and assaults she was enduring, all the while, Jane Doe continued to contribute mightily to Tradeshift's success and led several important initiatives.  For example, Jane Doe secured a place at the table for Tradeshift in Davos, Switzerland, using her personal relationships and contacts, leading to global visibility and new business deals for Tradeshift and global prominence for Lanng. Likewise, Jane Doe laid the groundwork for Tradeshift's membership in the World Economic Forum. Jane Doe also continued to assist in securing and navigating Lanng into high-level public business communities and public appearance opportunities, including prime time CNBC

live, a high-level US Chamber of Commerce event and twice at the World Economic Forum. Jane Doe also invented the concept of the Responsible Supply Chain Alliance and Circular Economy Product, which ultimately became a supplier solution to address the palm oil crisis. She also led governmental relations work that proved important to Tradeshift, leading to network building in India and ASEAN, the United States, Turkey, Ukraine, the United Kingdom and Bahrain.

64.     Jane Doe was recognized for her stellar work with a promotion from Executive Assistant to International Outreach. Notwithstanding her promotion, Jane Doe continued to be sexually trafficked and abused, tortured and assaulted in the course and scope of her employment at Tradeshift.

**B.**     **Jane Doe Cries Out for Help, But No One At Tradeshift, Including Its C-Suite and Board, Listen or Offer Any Help**

65.     At certain points during Lanng's years-long sexual abuse, torture and assault of Jane Doe, she attempted to tried to disengage from the "master-slave" arrangement outlined in the **SLAVE CONTRACT**, but when she did, Lanng would become enraged, even violent.  In fact, at one such point, Lanng even physically assaulted Plaintiff in public in Davos, Switzerland and insisted that if she was going to work at Tradeshift, Plaintiff would have to remain his slave. **Lanng's physical assault of Jane Doe in Davos was witnessed by Doug Stromback, Rich Stromback's brother**. Jane Doe continued to suffer sexual abuse, torture and assault while acting in the course and scope of her work duties, but she also continued, at the same time, to do great work at Tradeshift: her work won Tradeshift the prestigious WEF Circular Economy Award.

66.     Subsequently, Jane Doe also reached out to Tradeshift's HR department, its co-founders (and even one of their wives who was a paid contractor at Tradeshift) to report the horrible sexual abuse Lanng had been perpetrating against her. This email is an example of the many cries for help made by Jane Doe that went unaddressed and ignored by Tradeshift, its C-Suite and its Board:

///

1

2



**From:** ███████████ @gmail.com
**Subject:** Tradeshift Case / Resolution
**Date:** 3 June 2020 at 12:31
**To:** Christian Lanng chl@tradeshift.com, Gert Sylvest gts@tradeshift.com, Mikkel Hippe Brun mhb@tradeshift.com, gert.sylvest@tradeshift.com
**Bcc:** Doug Folden doug.folden@tradeshift.com

3

4

5

6

Needs to be resolved.

7

I am bedridden.

8

I have a team of doctors.
One since day one of assault (who is owed for treatment because I can not afford the frequency of need).
Second for over a year now who has worked on deeper levels of trauma, handles medicine, and documents trauma for legal system.

9

10

I have a long list of legal representation. Again I am bedridden. It is extremely difficult to shower and exercise let alone face trauma and make legal phone calls. I understand legal will be necessary on my side but the way you are handling this is cruel when I've only sacrificed everything I have for your companies success AND did a fantastic job AND did nothing wrong. Christian was wrong. And you all were wrong for being silent while I've been bedridden and lost absolutely everything a person can.

11

12

13

How will we resolve this ?

14

Ps. I will not engage or communicate with PVP ever for the rest of my life. If you add him or suggest direct engagement I will not be available to continue dialogue directly.

15

--

16

Sent from my mobile communicator. This e-mail and any files transmitted with it are intended solely

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**From:** ████████@gmail.com
**Subject:** ████ Doctors & Founders
**Date:** 19 July 2020 at 13:44
**To:** Christian Lanng chl@tradeshift.com, Gert Sylvest gts@tradeshift.com, Mikkel Hippe Brun mhb@tradeshift.com
**Cc:** Anders Greenwood agreenwo@sbcglobal.net, Dr. Zachary Torry ztorrymd@gmail.com



I can not die like this. My family have experienced too much hardship. I very much want to die. I very much expect your actions to kill me. You have successfully broken me. You've ruined me life. I don't have anything. I have nothing to look forward to. I do not want to be alive. I don't know how long I've been sick. Still trapped, still tortured but kept alive. I wake screaming in tears every single night with 'X's' image suffocating me.

You put me in an impossible situation where I can not die because my family has already lost one and I can not live because you refuse to let me go. Let me heal.

I do not believe I will heal. I don't want to live in a world where such corruption exists. You are corruption.

I want Doug F in Jail for how he approached this.
Doug needs to resign for exploiting trauma, honesty, vulnerability under the guise of him being a safe space. I light a candle and pray for him every night because he chooses evil action.

With everything you've done - I don't believe you three choose evil. I believed in you all. I believe you believed in me too. I believe you all understand how horrible it was for what happened to happen. I believe you may be trapped yourself wanting to resolve but weighed by the responsibilities of company success, Corporate family, home family, mouths to feed.visibility

The irony is that I don't want harm to come to the company or you.

I have done nothing wrong.
But if I speak up the company dissolves.
But if I speak up Families are ruined.
That is wrong.

I built the company with you.
I stood by all of you.
I delivered value above and beyond.
Agreements were made and never honored.
Concerned were raised about my not receiving due credit, appropriate compensation for my work, shares are grossly incorrect. While my co-workers received corrections to their contracts I was being attacked: Physically, verbally, unethical across the board. Demands were made on me by executives who assumed I received equal compensation and I delivered WHILE being physically assaulted by X WHILE being harassed by X
Wires have been bounced, CCed canceled mid trip, Flights and Travel canceled while traveling, reimbursements never made, medical expenses never paid, corporate speaking appearances and awards won never acknowledged, I'm November the medical insurance company informed me I'd been laid off - meanwhile no one at the company would respond to my daily emails. Doug avoided me. The company ran out of money in December so that gives Doug free reign to runs a racket?

You are all better then this.
The value I delivered is better then this.

We need to resolve and be done.

You owe me more money then you'll be able to explain.

You owe me back pay.
Shares.
Future medical expenses.
The cost of my future lost.
Time lost.
Traumatized.
Press release stating why I am leaving the company: TS stopped responsible supply chain and international efforts?
In April MIT supply chain invited me further my education and I talking to my doctors about if I could say I was sexually assaulted and harassed or if I could use the program to heal trauma because supply chain is a trigger - but it's also my life calling. I'm willing to discuss a narrative that works for all. That doesn't make X actions acceptable- I built Tradeshift and don't want to watch my baby fail when I did nothing wrong.

I'm bedridden and useless. My doctor can send the medical expenses from the past years of treatment for you to fill with your corporate insurance or

Currently my medical insurance isn't working. I'm not on worker compensation? I haven't been able to fill taxes for years because of this. I don't not qualify for unemployment.

I'm falling asleep. My Doctors can talk with you. Please.

Anders and Zach: I didn't reread what I wrote I just typed and sent. I'm desperate. I didn't mention abusers name because it is an email and I don't trust that guy Doug to not exploit my being harassed to his own advancement. Sick.
everyone on this email is already in full awareness. (That's Gert Mikkel & Christian: so your finally all introduced lol). This is my best. Peace

67.    Instead of helping Jane Doe, Tradeshift, its C-Suite and Board simply told Lanng

about Jane Doe's complaints about him. Indeed, even though Lanng's personal assistant, Tradeshift, its C-Suite and Board were all aware of Lanng's repugnant conduct towards and sexual abuse, torture and assault of Jane Doe, they did nothing at all to help her. On the occasions that Lanng was informed that Jane Doe was seeking help, Lanng would react violently, telling Jane Doe menacingly that she "had no place to go."  Lanng was right, because when Jane Doe reported the sexual abuse, torture and assault she was experiencing as a Tradeshift employee, she was ignored, isolated and marginalized.

68.   **In fact,** *all Tradeshift's HR did besides ignore Jane Doe's cries for help was to rationalize her termination as a "restructuring" and offer her two-month severance in exchange for signing a separation agreement releasing Lanng and Tradeshift from all liability and any future claims by Jane Doe*:

On Thu, Jun 4, 2020 at 5:56 PM Doug Folden <doug.folden@tradeshift.com> wrote:

Thank you for your email.

When we spoke in early May about your role being eliminated, I indicated that Tradeshift was going through a restructuring in which many roles were eliminated, not only yours.  We worked very hard to extend your employment as long as possible, and in fact, most of the other roles eliminated had earlier employment end dates than yours.  I wanted to ensure you understood yours was not the only role affected by the restructuring -- yours was part of a larger group of roles eliminated as part of the cost reduction restructuring project.

You also have concerns about your pay being made accurately.  I have attached a spreadsheet showing payment from 12/15/19 to 4/30/20.  The spreadsheet shows the 12/31/19 and 1/15/20 missed payroll payments were paid in full to you on 1/31/20 (double payment made that day to make up for the missed 12/31/19 amount) and 2/15/20 (double payment made that day to make up for the missed 1/15/19 amount), so you have been paid in full.

Your other concerns were also addressed in my early email to you on May 8th, 2020.

If you need us to resend the paperwork to the same or a different address, please let me know – or if you would like us to email it to you again or in a different format other than Docusign, please let me know and we would be happy to do so.

I am truly sorry about your health, but I am unable to comment on it.  I have no medical background and we have never met or worked together previously and have had one phone conversation, so I don't have any context or specific details.  However, I do hope you consider the options to continue your medical coverage.  I know our benefits broker, Sequoia, has reached out to you to offer assistance.  Neither Tradeshift nor our benefit partners have any record of you applying for or receiving medical leave.  If you have any documentation or doctor notes that would suggest otherwise, please let me know.

The company's offer remains open for you to receive a severance payment equal to two months of your last salary and four months of medical coverage if you sign

the Separation Agreement we sent you.

Thanks you,
Doug

69.     Notably, in an obvious effort to silence her, when Jane Doe told Tradeshift's head of HR **Doug Folden** that she had been sexually assaulted by Lanng over a period of years, he offered her more Tradeshift shares with a favorable vesting schedule for the shares.

70.     Ultimately, the emotional and psychological stress of dealing with Lanng's abuse, assault and torture, and Tradeshift's stonewalling and failure to help her became so overwhelming that Jane Doe was forced into medical and psychological treatment and supervision. Jane Doe ended up bedridden and in a precarious psychological state for almost two years.

71.     Incredibly, no company action whatsoever was ever taken by Tradeshift and its C- or Board in response to Jane Doe's complaints about Lanng, his horrific sexual abuse, torture and assault of her under the **SLAVE CONTRACT**, Tradeshift, its C-Suite and Board; and later, King & Spalding, Littler, HSBC and Koch, would all work overtime to hide these disgusting facts and protect Lanng and Tradeshift, specifically, for the purpose of closing a serial investment rounds in which Tradeshift, its C-Suite and Board, and later, King & Spalding, Littler, HSBC and Koch misrepresented and/or actively concealed the truth of Jane Doe's claims to protect the respective financial and reputational interests, to wit, by keeping said claims from becoming public.

72.     Through their respective partners, **William Charnley** and **Robert Wilger**, King & Spalding and Littler had knowledge of the sex trafficking, sexual abuse, torture and assault Jane Doe had experienced as an employee of Tradeshift over a period of years, and of the **SLAVE CONTRACT**, but notwithstanding that knowledge, actively worked to conceal said sex trafficking and abuse and enable Lanng, Sondergaard and Lund to continue to perpetrate the same, as well as to allow Tradeshift to conclude a series of investment transactions, including a recent $70 million round, led by HSBC and Koch (also including, **LUN Partners Group, Notion Capital, AYTK Limited, Fuel Venture Capital and IDC Ventures**), despite King &

34

FIRST AMENDED COMPLAINT

Spalding's and Littler's knowledge of the horrific conduct that had occurred and was illegal and although it knew that actively concealing it was also illegal and diametrically contrary to all applicable ethical rules for lawyers in both the United States and the United Kingdom.

73.     Lanng's, Lund's and Sondergaard's sexual abuse, torture and assault of Jane Doe constitute civil sexual battery, sex trafficking by coercion or duress, which Tradeshift, its C-Suite and Board, King & Spalding, Littler, HSBC and Koch also expressly participated in either by sanctioning and/or paying for the trips where trafficking occurred and/or allowing the trafficking to occur during the course and scope of Jane Doe's employment at Tradeshift and/or being aware of, covering upon facilitating and/or sanctioning the sex trafficking, as well as the existence of the **SLAVE CONTRACT**, or because they should have been aware of and prevented the sex trafficking, the **SLAVE CONTRACT** and the sexual abuse, torture and assault of Jane Doe by Lanng, Lund and Sondergaard.

74.     **Koch and HSBC have invested more than $100 million in Tradeshift since 2016 notwithstanding their knowledge and sanctioning of the unlawful acts alleged herein.**

**C.**     **Plaintiff Has Suffered Severe Physical, Psychological, Emotional and Financial Harm as a Result of Defendants' Horrific Conduct**

75.     Since almost the onset of her employment at Tradeshift until the present day, Jane Doe has suffered significant physical, psychological and emotional trauma and harm due to the **SLAVE CONTRACT** and the sexual abuse, torture and assault by Lanng, Lund and Sondergaard.  Jane Doe has experienced nausea, vomiting, night terrors, justifiable fear for her life and panic attacks due to the stress and anxiety precipitated by her horrific sexual assault experiences with Lanng, Lund, Sondergaard and her experience generally while employed at Tradeshift. Psychologically, Jane Doe has suffered obsessive thoughts, lived in constant fear and engaged in self-loathing, all of which were centered around her experience while employed at Tradeshift and the terrible effect that her employment there had on her life. Jane Doe, who has been sober for 19 years, has also had to take medication to help her with the stress, trauma and anxiety caused by the trauma of what happened to her while employed at Tradeshift.

76.     Jane Doe also still suffers physical pain and has scars on her body from the sexual

torture wrought by Lanng under the **SLAVE CONTRACT**. As just one example, Lanng's forcing Jane Doe to have her nipples pierced causes her ongoing pain and discomfort to this day.

77.     In addition to the physical, psychological and emotional harm Jane Doe suffered due to the sexual abuse, torture and assault she experienced at Tradeshift has also harmed Plaintiff financially in very serious ways:

78.     First, Jane Doe continues to experience PTSD and other effects of the sexual abuse, torture and assaults she endured which has limited her social and professional functionality, thereby impeding her ability to work in the future. Jane Doe's loss of income due to her inability to work since being terminated from Tradeshift, now and into the future is and will be significant.

79.     Second, the years of medical, psychotherapeutic and psychiatric care Jane Doe has required because of Defendants' wrongful conduct has cost her hundreds of thousands of dollars.

80.     Third, Jane Doe has been forced to sell assets to support herself since being terminated from Tradeshift, including certain high-value crypto-currency assets, which, but for Defendants' wrongful conduct which precipitated the forced sale, would have continued to appreciate in value.

81.     Lastly, Jane Doe continues to suffer physical pain and suffers from this pain and bears numerous scars and bodily damage, remnants from the actual, physical sexual torture she endured at Lanng's hands while an employee at Tradeshift.

82.     The damages due Jane Doe for the foregoing physical, psychological, emotional and financial harm she has suffered and continues to suffer due to the sexual abuse, torture and assault by Lanng, Lund and Sondergaard, and the complicit wrongdoing of Tradeshift, its C-Suite and Board, King & Spalding, Littler, HSBC and Koch are considerable, which amount will be proven at trial.

83.     The California Code of Civil Procedure section 340.16(a) provides that the statute of limitations for "***any civil action for recovery of damages suffered <u>as a result of sexual</u>***

1  *assault*" (emphasis added) is "***10 years*** from the date of the last act, attempted act, or assault

2  with the intent to commit an act, of sexual assault against the plaintiff…" (Cal. Code of Civ.

3  Proc. §340.16(a).

4      84.    The gravamen Jane Doe's claims herein arise from her repeated and routine

5  sexual assault, as well as sex trafficking, which was forced upon her by her employer and direct

6  report at Tradeshift, Lanng, and the later sexual assaults by Tradeshift board members Lund and

7  Sondergaard, which sexual abuse, torture and assault repeatedly and routinely occurred as a part

8  of her employment at Tradeshift, as memorialized in the "**SLAVE CONTRACT**", and when

9  Plaintiff reported said sexual assault, she was wrongfully and cynically terminated by

10  Tradeshift.

11      85.    Tradeshift, its C-Suite and Board, King & Spalding, Littler, HSBC and Koch, all

12  of whom knew about the abuse, torture, assault and sex trafficking suffered by Jane Doe, and, in

13  fact, such conduct was sanctioned by the Tradeshift, its C-Suite and Board, King & Spalding,

14  Littler, HSBC and Koch, all of whom knew or should have known about the horrific abuse

15  being suffered by Jane Doe as memorialized in the "**SLAVE CONTRACT**", but nevertheless

16  allowed it to occur and or continued to support and/or condone such activities and protect

17  Lanng, Lund and Sondergaard, and/or continued to provide investment financing to facilitate

18  the sexual abuse and sex trafficking they knew or should have known was occurring at

19  Tradeshift.

20      86.    Jane Doe is not the only victim of the repugnant sex trafficking conspiracy

21  alleged herein. Indeed, Jane Doe is aware of and has been in contact with other victims who

22  have suffered sexual abuse, torture, assault and sex trafficking in connection with Lanng, under

23  the aegis of Tradeshift.  At the appropriate time, Jane Doe will be able to produce ample

24  evidence of such other victims and of Defendants' full knowledge and tacit approval of the

25  wrongs suffered by such victims, as well as their attempts to cover up their own egregious

26  conduct in order to pursue and preserve Tradeshift's profits and reputation, all for their own

27  financial benefit and/or that of their respective shareholders.

28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST CAUSE OF ACTION**

**SEXUAL ASSAULT AND BATTERY**

**(Against Lanng, Lund and Sondergaard)**

87.    Plaintiff incorporates herein and realleges the allegations in paragraphs 1 through 86, inclusive, as if set forth fully herein.

88.    Numerous times, as alleged herein, Lanng, Lund and Sondergaard intended to cause harmful and offensive contact with Jane Doe's mouth, sexual organ, anus, groin, buttocks, breast and person, and sexually offensive contacts with them resulted, either directly or indirectly.

89.    Numerous times, as alleged herein, Lanng, Lund and Sondergaard intended to cause a harmful and offensive contact with Jane Doe by use of their sexual organs and/or inanimate objects for purpose of bodily penetration, and sexually harmful and offensive contacts with Jane Doe's person resulted, either directly or indirectly.

90.    Lanng, Lund and Sondergaard caused an imminent fear of harmful and offensive contact with Jane Doe's mouth, sexual organ, anus, groin, buttocks, breast and person by use of their sexual organs and/or inanimate objects for purposes of bodily penetration and sexually harmful and offensive contacts with her person resulted, either directly or indirectly.

91.    Jane Doe did not consent to the harmful and offensive touching and/or was coerced by Lanng, Lund and Sondergaard as described herein.

92.    As a direct and proximate result of the harmful and offensive conduct Lanng, Lund and Sondergaard, including their sexual coercion of Jane Doe, she has suffered sexual battery and injury to her person, as well as severe humiliation, mental anguish, and severe emotional and physical distress, and has been seriously injured in mind and body, all resulting in damages in an amount subject to proof at trial, in excess of the jurisdictional minimum of this Court.

93.    Lanng, Lund and Sondergaard performed the wrongful conduct, acts and omissions alleged above intentionally, fraudulently, maliciously, and oppressively in willful and conscious disregard of Plaintiff's rights and with an intent and design to damage Plaintiff. By

38

reason thereof, Plaintiff is entitled to punitive damages in an amount to be determined at trial.

## SECOND CAUSE OF ACTION

## SEX TRAFFICKING BY COERCION

### (Against Lanng, Sondergaard, Lund, Tradeshift,

### Brun, Sylvest and Ransdell)

94.     Plaintiff incorporates herein and realleges the allegations in paragraphs 1 through 86, inclusive, as if set forth fully herein.

95.     By coercively transporting Plaintiff around the globe for purposes of paid sex, Defendants deprived Plaintiff of her personal liberty and violated her personal liberty with the intent to obtain forced labor and services, specifically sexual labor and services, in violation of California Penal Code § 236.1(a) and in violation of 18 U.S.C. § 1591.

96.     Plaintiff performed labor and services, including sexual labor and services, that were obtained and maintained through the force, duress, and coercion of Lanng, Sondergaard, Lund and Tradeshift, or equivalent conduct that would reasonably overbear the will of a reasonable person, including direct or implied threats of hardship, or retribution sufficient to cause a reasonable person to acquiesce in or perform an act which he or she would otherwise not have submitted to or performed, including the threat to Jane Doe of adverse employment action by Lanng, Lund, Sondergaard and Tradeshift for not agreeing to participate in the forced sexual labor and services, and the threat of physical violence against both Plaintiff by Lanng.

97.     Plaintiff's sex trafficking claim arises from their repeated and routine sex trafficking, forced upon them by Lanng, and for Jane Doe, the additional sexual assaults by Tradeshift board members Lund and Sondergaard which also occurred on Tradeshift business trips, which sex trafficking was sanctioned, approved of and concealed by Tradeshift's C-Suite and Board, and ultimately covered up by Defendants, all of whom knew or should have known about the sex trafficking, but nevertheless allowed it to occur and sought to protect Lanng, Lund and Sondergaard, as well as their investments and profits, and thus allowed it to continue thereby.

98.     Plaintiff was harmed due to acts and/or omissions of Lanng, Sondergaard, Lund,

Brun, Sylvest, Ransdell and Tradeshift, and its C-Suite and Board, in that they were sexually trafficked. As a result, Plaintiff has suffered and continues to suffer severe physical, psychological, emotional and financial harm.

99.     And rather than stop Lanng, Sondergaard, Lund and Tradeshift's proclivity to sexual trafficking and physical and sexual abuse of women, though they had full knowledge of such proclivity, Tradeshift and its C-Suite and Board intentionally failed to do anything to prevent the same and even actively worked to cover it up and to enable and protect the Tradeshift executives and board members involved.

100.     Plaintiff is informed, believes and upon these bases alleges that there are other women who suffered the same fate as Plaintiff and were also sexually abused and trafficked due to the acts and omissions of Lanng, Sondergaard, Lund, Brun, Slyvest and Ransdell and Tradeshift.

101.     The acts and/or omissions of Lanng, Sondergaard, Lund, Brun, Slyvest and Ransdell and Tradeshift were substantial factors in causing Plaintiff's harm, all resulting in damages in an amount subject to proof at trial, in excess of the jurisdictional minimum of this Court.

102.     Pursuant to state and federal statutes, Plaintiff seeks an award of three times her actual damages, in an amount subject to proof at trial, compensatory damages, punitive damages and their attorneys' fees and costs

**THIRD CAUSE OF ACTION**

**AIDING AND BETTING AND PARTICIPATING IN SEX TRAFFICKING VENTURE**

**(Against King & Spalding, Littler, HSBC and Koch)**

103.     Plaintiff incorporates herein and realleges the allegations in paragraphs 1 through 86, inclusive, as if set forth fully herein.

104.     King & Spalding, Littler, HSBC and Koch knowingly and intentionally participated in Tradeshift's sex trafficking venture that was in and affecting interstate and foreign commerce, together and with others, in violation of the California Trafficking Victims Protection Act and 18 U.S.C. § 1591 by assisting and concealing the sex trafficking venture perpetrated by

Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board so that they could profit from their respective lucrative business with and/or protect their investments in Tradeshift.

105.     King & Spalding, Littler, HSBC and Koch knowingly and intentionally benefitted financially from and received value for their participation in the sex trafficking venture in which Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board, with King & Spalding's, Littler's, HSBC's and Koch's knowledge or reckless disregard of the fact, would use means of force, threats of force, fraud, coercion and a combination of such means to sexually abuse Plaintiff and other women, including by causing them to engage in commercial sex acts in California, New York, the United Kingdom and myriad locations around the world.

106.     Among the financial benefits that King & Spalding, Littler, HSBC and Koch received for their known facilitation of and implicit participation in Tradeshift's sex trafficking venture was that they profited from doing business with and/or protecting their investment in Tradeshift in exchange for their facilitation of and participation in Tradeshift's sex trafficking venture. Plaintiff is informed, believes and upon these bases alleges that HSBC and Koch even structured its most recent investment in Tradeshift as an asset purchase rather than an outright investment because it knew about the sex trafficking conspiracy undertaken by Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board such that HSBC and Koch wanted to "de-risk" their  investment through such a structure, and Koch and their lawyers drove strategy on the handling of Tradeshift's treatment and handling of  Plaintiff and her claims for some time, as well as the issuance of the blatantly false October 11, 2023 press release, which press release King & Spalding and Littler also participated in crafting, notwithstanding their knowledge that the press release was false, fraudulent and misleading in every way.

107.     King & Spalding, Littler HSBC and Koch knew and recklessly disregarded and helped conceal the fact that it was the pattern and practice of Lanng, Sondergaard and Lund to use Tradeshift and the channels and instrumentalities of interstate and foreign commerce to recruit, entice, harbor, transport, provide, obtain and maintain women, like Plaintiff, for purposes of causing them to engage in commercial sex acts in violation of the California Trafficking Victims Protection Act and 18 U.S.C. § 1591.

108.     King & Spalding, Littler, HSBC and Koch and their employees had actual knowledge that they were facilitating sexual abuse and sex trafficking conspiracy of Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board to recruit, entice, harbor, transport, provide obtain, and maintain Plaintiff and other women to engage in commercial sex acts through the means of force, threats of force, fraud, abuse of process, and coercion. Despite this knowledge, HSBC and Koch intentionally paid for (through serial investment rounds), concealed, facilitated and participated in violations of the California Trafficking Victims Protection Act and 18 U.S.C. § 1591(a), which King & Spalding, Littler, HSBC and Koch knew about and in reckless disregard of the fact that Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board would use the funding from HSBC and Koch and the legal services of King & Spalding and Littler in order to coerce, defraud and force women, such as Plaintiffs, to engage in commercial sex acts.

109.     King & Spalding, Littler, HSBC and Koch, through their employees, agents and lawyers, and their role in facilitating the financial and/or legal aspects of Tradeshift's sex trafficking enterprise, actively facilitated or participated in the sex trafficking conspiracy in which Lanng, Sondergaard, Lund, Tradeshift and its C-Suite and Board trafficked Plaintiff and other women, and King & Spalding, Littler, HSBC and Koch knew and expected that they would be rewarded if they cooperated therewith by protecting their investment in Tradeshift and/or returns on their investment and/or the payment of fees for doing business with and/or providing legal services to Tradeshift.

110.     King & Spalding, Littler, HSBC and Koch committed this affirmative conduct knowing or in reckless disregard of the fact that Tradeshift would use investment funds provided by HSBC and Koch and the legal services performed by King & Spalding and Littler as a means to force illegal and coerced sex acts from women, including Plaintiff. In addition to having actual knowledge that it was participating in and facilitating the Tradeshift's sex trafficking venture, King & Spalding, Littler, HSBC and Koch also knew that it was participating in and facilitating a venture that was engaged in coercive sex trafficking in violation of state and federal sex trafficking laws, to wit, the California Trafficking Victims Protection Act and 18 U.S.C. § 1591.

111.    **Specifically as it relates to King & Spalding and Littler, each had knowledge of the sexual abuse, torture, assault and sex trafficking Jane Doe and others experienced as an employee of Tradeshift**, but notwithstanding that knowledge, were involved in the sex trafficking conspiracy alleged herein and actively worked to conceal said the sex trafficking and sexual abuse and enable Lanng, Lund, Sondergaard and Tradeshift to continue to perpetrate the same, **as well as to conceal the true facts alleged herein to allow Tradeshift to conclude various investment transactions** that facilitated said unlawful conduct, despite their knowledge of the fact that such horrific conduct and sex trafficking had occurred, was occurring and was illegal, and did so while conspiring to actively conceal it with Tradeshift and its C-Suite and Board, which was also illegal and diametrically contrary to all applicable ethical rules for lawyers in both the United States and the United Kingdom.

## FOURTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### (Against All Defendants)

112.    Plaintiff incorporates herein and realleges the allegations in paragraphs 1 through 86, inclusive, as if set forth fully herein

113.    Defendants' conduct as alleged above was at all times extreme and outrageous and done with the intention to cause Plaintiff's emotional distress and/or with the reckless disregard of the probability of causing such emotional distress.

114.    As a result of Defendants' conduct, as alleged herein, including but not limited to, sexual abuse, torture and assault and sex trafficking, Plaintiff has experienced severe emotional distress and suffering.

115.    As a direct and proximate result of Defendants' conduct, Plaintiff has suffered severe humiliation, mental anguish, and severe emotional and physical distress, and have been seriously injured in mind and body, all resulting in damages in an amount subject to proof at trial, in excess of the jurisdictional minimum of this Court.

116.    Defendants performed the wrongful conduct, acts and omissions alleged above intentionally, fraudulently, maliciously and oppressively, in willful and conscious disregard of

Plaintiff's rights and with an intent and design to damage Plaintiff. By reason thereof, Plaintiff is entitled to punitive damages in an amount to be determined at trial.

### FIFTH CAUSE OF ACTION

### NEGLIGENCE

**(Against Tradeshift, Lund, Sondergaard, Ransdell, Brun, Sylvest,**

**King & Spalding, Littler, HSBC and Koch)**

117.    Plaintiff incorporates herein and realleges the allegations in paragraphs 1 through 86, inclusive, as if set forth fully herein.

118.    By allowing the rape, sexual abuse, torture assault and sexual trafficking of Plaintiff and others to take place, by tacitly allowing the **SLAVE CONTRACT** Lanng entered into with Jane Doe to continue, and doing so despite their knowledge of or because they should have known about the same, Tradeshift and its C-Suite and Board were negligent in act and/or omission, as set forth in detail hereinabove.

119.    Plaintiff was harmed due to the negligent acts and/or omissions in that she was sexually abused, tortured, assaulted and sexually trafficked, and continued to be even after seeking the help of Tradeshift and its C-Suite and Board to try to stop or prevent the rape, sexual abuse, torture assault and sex trafficking or otherwise stop the **SLAVE CONTRACT** Lanng forced Jane Doe to enter into.  Plaintiff has suffered and continue to suffer severe physical, psychological, emotional and financial harm as a result.

120.    Indeed, rather than help Jane Doe, a dedicated Tradeshift employee, and come to her aid to protect her and fire Lanng and the other perpetrators of sexual abuse, Lund and Sondergaard, she was ignored, isolated and marginalized, and then they terminated Jane Doe and protected the perpetrators.  No company action whatsoever was ever taken by Tradeshift and its C-Suite and Board in response to Jane Doe's complaints about Lanng, Lund, Sondergaard and Tradeshift, Lanng's horrific sexual abuse, torture and assault of her under the **SLAVE CONTRACT** or any other sexual abuse she suffered while an employee. And rather than stop Lanng's proclivity towards sexual trafficking and physical and sexual abuse of women, including Plaintiff, though they had full knowledge of such proclivity, Tradeshift and its C-Suite and

Board, King & Spalding, Littler, HSBC and Koch negligently failed to do anything to prevent the same and even actively worked to cover it up and to cynically enable and protect Lanng and Tradeshift.

121.    The negligent acts and/or omissions of Tradeshift and its C-Suite and Board and King & Spalding, Littler, HSBC and Koch, were a substantial factor in causing Plaintiff's harm, all resulting in damages in an amount subject to proof at trial, in excess of the jurisdictional minimum of this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against all Defendants, as follows:

A.    For general damages for physical injury, severe emotional distress and mental suffering according to proof;

B.    For medical and related expenses according to proof;

C.    For all statutory damages and lost wages;

D.    For restitution;

E.    For additional relief as is justified under the circumstances of this case;

F.    For an award of punitive and/or exemplary damages, in an amount according to proof;

G.    For all applicable accrued prejudgment interest at the legal rate;

H.    For attorneys' fees pursuant to the alleged statutes, including without limitation California Civil Code sections 1708.6 and 52.5, Cal. Government Code section 12965(b) and Cal. Labor Code section 2802(c);

I.    For costs of suit herein incurred;

///

///

///

///

///

///

FIRST AMENDED COMPLAINT

1      J.   For such other and further relief as the Court may deem proper.

2

3   Dated:  December 11, 2023                    FREEDMAN+TAITELMAN, LLP

4

5                                                By: _____

6                                                Bryan J. Freedman, Esq.
                                                 Miles M. Cooley, Esq.
7                                                *Attorneys for Plaintiffs*

8   **A JURY TRIAL IS HEREBY DEMANDED.**

9   Dated:  December 11, 2023                    FREEDMAN+TAITELMAN, LLP

10

11                                               By: _____

12                                               Bryan J. Freedman, Esq.
                                                 Miles M. Cooley, Esq.
13                                               *Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

# Slave Contract

With this Contract ██████████████ enter into a 24/7 slave relationship with her Master
Christian Lanng. ██████████████ (henceforth "slave", "she" or "her") understands she
is the full property with no rights, outside what is outlined in this document, of Christian
Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015
at which point the Slave will be free to leave the contract if she wish so.

## 1.0.0 Slave's Role
The slave agrees to submit completely to the master in all ways. There are no
boundaries of place, time, or situation in which the slave may willfully refuse to obey the
directive of the master without risking punishment, except in situations where the slave's
veto (see section 1.0.1) applies. The slave also agrees that, once entered into the
Slavery Contract, their body belongs to their master, to be used as seen fit, within the
guidelines defined herein. All of the slave's possessions likewise belong to the master ,
including all assets, finances, online accounts and material goods, to do with as they
see fit. The slave agrees to please the master to the best of their ability, in that they now
exist solely for the pleasure of said master .

## 1.0.1 Slave's Veto
The slave, where appropriate, holds veto power over any command given by the master
, at which time they may rightfully refuse to obey that command. This power may only be
invoked under the following circumstances, or where agreed by both master and slave:
1.  Where said command conflicts with any existing laws and may lead to fines,
    arrest, or prosecution of the slave .
2.  Where said command may cause extreme damage to slave's life, such as losing
    their job, causing family stress, etc.
3.  Where said command may cause permanent bodily harm (see 4.0.0) to the slave .

## 1.0.2 Slave's Rules
The slave will always do her best to keep a behavior and demeanor that is fitting for her
role as a submissive to her Master. This includes, but is not limited to:

### Always
- Never lying to her Master about anything. If the truth is inappropriate or hurtful in
  the moment the slave can ask permission to instead write the truth in her diary.
- Always be sexually available for her Master when he needs sex and to never
  refuse him sex even when not wearing the collar

- To always be attentive to her Master and put his needs above hers
- Regularly updating her diary to keep her Master up-to-date with her emotions and state of mind
- Agree to follow her weekly schedule as set by her Master here:
  ███████████████████████████████████
  ███████████████
- Never disrespect her Master by acting rude, not listening, raising her voice to him, not accepting his command or show defiance, contempt or anger with her body language or tone of voice
- Trust her Master completely
- Worship her Master and all of his body
- Always be in submission to her Master
- To never masturbate without wearing her Collar and whenever she does masturbate, know that this is a privilege given to her by her Master
- To always keep all her bodily openings available for her Master and make sure they are cleanly washed
- To always sleep in the nude unless she has permission
- To give the Master full insight into any aspect of her life, including her phone, computer, finances and anything else.
- To always tell him if she have flirted or have had sexual contact with other men or women
- Never have other sexual contact without explicit permission to do so
- To know her Slave positions and train them weekly so she doesn't forget http://www.bcwsd.com/backroom/library/articles_us/slavepos.shtml
- Every morning to read these rules as her waking ritual to remind the Slave of her ownership and submission

In Private or wearing her Slave Collar
- Whenever she sees her Master in private for the first time, she is to kneel and ask if there is anything she can do for him. At this point the Master will either tell her to wear her Collar or let her know that she can be ████ if she is told to wear the collar the below rules apply, if allowed to be ███ all the other rules still apply except for collar rules as follows and she is still her Masters complete property to do with as he will, if wearing the collar she have to additionally obey to the following:
  - She will always call him Sir or Master when she is wearing the collar, she will always focus 100% on his needs and proactively try to please him in anyway she can when she is wearing the collar

- She will always fold kneel in the waiting position completely naked when she is fitted with the Collar or whenever the Master do not have a direct order for her (position 3, the waiting position)
- To always remain sexually available to her Master when she is wearing the collar with no delay, disobedience or fighting
- She will have no limits when wearing her collar and will be available to all ways her master wants to use her (except for when she uses her safeword).
- She will always swallow her Master's cum when giving the privilege of sucking his cock or making him cum, to always lick it of his body, the floor, the bed or wherever it hits.
- She will never call herself anything but "she" "the submissive", "the slave" or "fucktoy" while wearing the collar.
- She will always offer herself to pee on when the Master has to pee and let him know that he is always welcome to pee in the Slave's mouth or over her body.
- She will endure any pleasure or pain the Master gives her while wearing the collar, unless it goes beyond the Slaves limits at which point she is obligated to use her safeword
- She will wake no later than 7am and give the master a blowjob when sleeping with her collar and her Master, unless he have told her the night before he don't need his morning blowjob.
- She will wake no later than 7am and masturbate when sleeping with her collar and without her Master, unless she have been given explicit permission not to.
- She will incorporate sexual hunger and wanting into everything she does while wearing the collar

## At work

- At work the slave will have freedom to use her own name and act independently as long as she remembers she is her Masters property and she is there to please him and for no other reason.
- She will work as a 6 hours in the office every day unless travelling or she has permission or instructed otherwise
- She will not leave work without first getting permission from her Master and she will always say goodbye to him in person before she leaves, unless instructed otherwise

- She will make sure her Masters wellbeing is taken care off during the workday to keep him happy and she will proactively think of ways to keep him happy whenever she is working with him.
- She will look pretty and inspiring to her coworkers and dress as feminine as possible, preferably in dresses or skirts (as outlined under appearance below)
- She will learn at least one new thing every week that increase her function and job security
- She will never challenge, humiliate or raise her voice in the presence of her Master and she will keep a proper business etiquette for an EA working for her CEO

## Appearance

- Make sure she is clean, feminine and have clean waxed/lasered pussy and legs for him always, her nails done and her hair kept in good condition.
- To always make an effort to keep her appearance to a high standard for her Master and to look as attractive as possible.
- To keep in shape and never have a weight above 155 through proper diet and exercise
    - To follow the rules of any exercise or diet plan put in place by the Master
- She will ask for her Masters opinion on what she wears whenever she goes out with him in public and he is with her, if not always default to dress or skirt.
- She will never belittle her own appearance, body or look, she is her Masters property and he loves it, if she belittles her own body or appearance expect to be punished for either a) not having dressed for her Masters standards or b) belittling something he finds pleasing and pleasurable (her body) alternatively the Master can chose to belittle the slave if she criticize herself and severely humilate her to make her feel as small and insignificant as possible. The Master will do this when he feels its a need for the slave.
- To never wear panties without her Masters permission, except when she has her period, travel for more than an hour in a car or airplane or doing heavy errands.
- To dress in a proper feminine way, preferably skirts, dresses and stockings.
- To wear feminine and sexy make-up whenever she is outside her apartment unless he have been given permission otherwise.
- To wear her Day Collar when she leaves the apartment with the Master to go out to eat or do other day activities with him

## Responsibility to protect her Masters property

Further the slave wil have a responsibility to protect her Masters property, which is her body, mind and her job. She will be expected to maintain a minimum level of functioning that includes the following:

- Feeding herself regularly to keep her weight above 130 and below 155 pounds
- To weigh herself every week and register her weight in a shared spreadsheet
- To reply and keep contact with her family in a natural way when they reach out and to at least once a month reach out to them if they haven't been in contact.
- To unless ordered otherwise entertain herself in the evenings or at times when she is not with the master, including books, TV, movies and similar, expect if explicitly ordered by the Master.
- To take care of financial transactions every month, including rent, electricity and internet (which the Master might provide cash for).
- To every week do a check-in with her Master where she describes her physical or mental wellbeing in detail without hiding anything in either her diary or verbally directly to him.

## 2.0.0 Master's Role

The master accepts the responsibility of the slave's body and worldly possessions, to do with as he see fit, under the provisions determined in this contract. The master agrees to care for the slave , to arrange for the safety and well-being of the slave , as long as he owns the slave . The master also accepts the commitment to treat the slave properly, to train the slave, punish the slave, love the slave, and use the slave as he see fit.

The Master commits to the following for his slave:

- He will never lie to her
- He will always respect her
- He will always have her wellbeing and safety as his first priority
- He will never let go of his control, as long as we are together
- He understand that you are giving a gift and will treat you as such
- He will dedicate time and energy to develop and mentor your professionally as well as personally
- To provide the Slave with basic safety and living needs such as a home, food if she needs, spa's for waxing and care.
- The Master will work to shape the slave towards his goal of the perfect woman over the period of the contract, including obedience training, skills learned in the

workplace, appearance and demeanor, he can as part of this shape her, her body and her mind.
- He will have no other sexual partners besides you and his wife unless it's part of the play between the Master and his slave

Further the Master agrees to always accept the use of the Slaves code words:

- **Red** - Stop the current activity and check in with the slave and provide after care until she is okay to continue, if she is gagged or unable to speak she shakes her head from side to side rapidly in a "no" motion.
- Yellow - Slow down or give the slave time to breathe without stopping
- Green - The slave is ready for more and the Master can increase intensity if he wishes

## 3.0.0 Punishment
The slave agrees to accept any punishment the master decides to inflict, whether earned or not.

### 3.0.1 Rules of Punishment
Punishment of the slave is subject to certain rules designed to protect the slave from intentional abuse or permanent bodily harm (see 4.0.0).

Punishments can include the following things:

1. Spanking
2. Paddling
3. Whipping
4. Caning
5. Clamps
6. Short or long-term bondage
7. Hot wax
8. Slapping
9. Humilation
10. Electricity
11. Anything that Master sees fit which is not excluded in the exclusions above.

<u>The slave agrees to always taking her punishments without being angry, sullen or frustrated with her Master and thank him after. The Slave agrees to always try to keep her ordered position while taking the punishment and keep her body lose and not tight.</u>

## 4.0.0 Permanent Bodily Harm

Since the body of the slave now belongs to the master , it is the master's responsibility to protect that body from permanent bodily harm. Should the slave ever come to permanent bodily harm during the course of punishment or in any other slavery related activity, whether by intention or accident, it will be grounds for immediate termination of this contract, should the slave so desire. Permanent bodily harm shall be determined as:

1. Death
2. Any damage that involves loss of mobility or function, including broken bones.
3. Any permanent marks on the skin, including scars, burn damage, or tattoos, unless accepted by the slave .
4. Any loss of hair by ripping
5. Any diseases that could result in any of the above results, including sexually transmitted diseases.
6. Drastic loss of circulation from bondage, chains or other forms of restraints with permanent effects
7. Causing internal bleeding
8. Extended unintended loss of consciousness

## 5.0.0 Others

The slave may not seek any other master or lover or relate to others in any sexual or submissive way without the master's permission. To do so will be considered a breach of contract, and will result in extreme punishment. This includes text messaging, photos, calls or skype sex. If the Master chooses the Slave can be allowed to have sex with others, but this is solely at his discretion.

## 6.0.0 Secrecy

All physical evidence of the slavery will be kept in total secrecy, except where both master and slave agree. Any violation of this clause shall be cause to terminate this contract, should the injured party wish it. The materials and physical evidence shall be kept under lock and key in a place acceptable to both parties. If the relationship between the slave and her Master is discovered the following rules apply:

- If the relationship is discovered at work, the slave will deny everything and quit her job
- If the relationship is discovered by the Masters family or friends he will keep the slave, but she will quit her job

- If the relationship is discovered by the slaves family or friends she will only tell them that it is an affair and she will stay as a slave until released by her Master
- In case of a divorce between the Master and his wife the slave will remain the Master's property
- The Master will make sure he has a will in place taking care of the slave's security in case that something happen
- The slave will be only be allowed to write or communicate about the relationship with explicit permission by the Master, except if he is dead in which case she is to wait a minimum of 5 years to write her story

## 7.0.0 Alteration of Contract

This contract may not be altered, except when both master and slave agree. If the contract is altered, the new contract shall be printed and signed, and then the old contract must be destroyed. Either Master or slave can suggest alterations.

## 8.0.0 Termination of Contract

This contract may be terminated at any time by the master , but never by the slave, except under special conditions explained within this contract. Upon termination, all physical evidence of the slavery, including this contract, will be destroyed, except if mutually agreed otherwise. Further if the Master (or Slave using the exceptions or at the expiration date of the first year) chose to end the contract the following rules will apply:

- The slave will be left with a minimum of 10,000USD in her bank account and full control over her assets and bank account.
- The Master will spend a minimum of three months or as long as it takes to transition the slave back to real life and communicate with her as often as she needs in that period and take care of her safety as needed.
- The Master will ensure that the slave have a weight between 130 and 155 pounds
- The Master will ensure that the Slave's physical appearance is fit for participating in society as a high-end, beautiful woman.

## 9.0.0 Slave's Signature

I have read and fully understand this contract in its entirety. I agree to give everything I own to my master, and further accept their claim of ownership over my physical body. I understand that I will be commanded and trained and punished as a slave, and I promise to be true and to fulfill the pleasures and desires of my master to the best of my abilities. I understand that I cannot withdraw from this contract except as stated in this contract.



### 9.0.1 Master's Signature

I have read and fully understand this contract in its entirety. I agree to accept this slave as my property, body and possessions, and to care for her to the best of my ability. I shall provide for her security and well-being and command her, train her, and punish her as a slave. I understand the responsibility implicit in this arrangement, and agree that no harm shall come to the slave as long as she is mine. I further understand that I can withdraw from this contract at any time.

Christian Lanng
Signature:

# EXHIBIT B

Contact Us

**THE SUPERIOR COURT OF CALIFORNIA**
COUNTY OF SAN FRANCISCO

Case Number: CGC23610929
Title: JANE DOE VS. TRADESHIFT, INC., A DELAWARE CORPORATION ET AL
Cause of Action: PERSONAL INJURY/PROPERTY DAMAGE - NON-VEHICLE RELATED
Generated: 2024-01-09 2:47 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

Please Note: The "View" document links on this web page are valid until 2:57:26 pm
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

# Register of Actions

Show [10 ▾] entries                    Search: [＿＿＿＿＿＿]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2023-12-13 | EX PARTE APPLICATION HEEARING IS HELD. COUNSEL: MILES COOLY APPEARS VIA COURT CALL. DENIED WITHOUT PREJUDICE, PARTY TO FILE A REGULAR NOTICED MOTION. PARTY ADVISED NOT TO COME IN EX-PARTE ON THIS ISSUE. JUDGE: RICHARD M. ULMER JR.,CLERK: M. GOODMAN, NOT REPORTED. (302/RBU) | | |
| 2023-12-13 | EX PARTE APPLICATION FOR ORDER SEALING COMPLAINT FILED DECEMBER 7 2023 OR IN THE ALTERNATIVE SPECIFICALLY REDACTING THE SAME DECLARATION OF MILES M COOLEY (TRANSACTION ID # 71612628) FILED BY PLAINTIFF DOE, JANE | View | $60.00 |
| 2023-12-11 | 1ST AMENDED COMPLAINT (TRANSACTION ID # 100222082) FILED BY PLAINTIFF DOE, JANE AS TO DEFENDANT TRADESHIFT, INC., A DELAWARE CORPORATION TRADESHIFT HOLDINGS, INC., A DELAWARE CORPORATION LANNG, CHRISTIAN , AN INDIVIDUAL BRUN, MIKKEL HIPPE , AN INDIVIDUAL SYLVEST, GERT , AN INDIVIDUAL LUND, MORTEN , AN INDIVIDUAL SONDERGAARD, MORTEN AKA MORTEN PEDERSEN AND AKA MORTEN BLINKSBJERG NIELSEN, AN INDIVIDUAL RANSDELL, JEFF , AN INDIVIDUAL KING & SPALDING INTERNATIONAL, A UNITED KINGDOM BUSINESS ENTITY LITTLER MENDELSON, P.C., A CALIFORNIA PROFESSIONAL KOCH INDUSTRIES, INC., A DELAWARE CORPORATION DOES 1 TO 100, INCLUSIVE | View | |
| 2023-12-08 | SUMMONS ISSUED (TRANSACTION ID # 71576421) TO PLAINTIFF DOE, JANE | View | |
| 2023-12-07 | NOTICE TO PLAINTIFF | View | |
| 2023-12-07 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 71576421) FILED BY PLAINTIFF DOE, JANE | View | |
| 2023-12-07 | PERSONAL INJURY/PROPERTY DAMAGE - NON-VEHICLE RELATED, COMPLAINT (TRANSACTION ID # 71576421) FILED BY PLAINTIFF DOE, JANE AS TO DEFENDANT TRADESHIFT, INC., A DELAWARE CORPORATION TRADESHIFT HOLDINGS, INC., A DELAWARE CORPORATION LANNG, CHRISTIAN , AN INDIVIDUAL BRUN, MIKKEL HIPPE , AN INDIVIDUAL SYLVEST, GERT , AN INDIVIDUAL LUND, MORTEN , AN INDIVIDUAL SONDERGAARD, MORTEN AKA MORTEN PEDERSEN AND AKA MORTEN BLINKSBJERG NIELSEN, AN INDIVIDUAL RANSDELL, JEFF , AN INDIVIDUAL KING & SPALDING INTERNATIONAL, A UNITED KINGDOM BUSINESS ENTITY LITTLER MENDELSON, P.C., A CALIFORNIA | View | $435.00 |

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| | PROFESSIONAL HSBC HOLDINGS PLC, A UNITED KINGDOM BUSINESS ENTITY KOCH INDUSTRIES, INC., A DELAWARE CORPORATION DOES 1 TO 100, INCLUSIVE NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY-08-2024 PROOF OF SERVICE DUE ON FEB-05-2024 CASE MANAGEMENT STATEMENT DUE ON APR-15-2024 | | |

Showing 1 to 7 of 7 entries

Previous   1   Next