1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Christopher J. Lee - State Bar No. 322140
       clee@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendants, Tradeshift Inc. and
7  Tradeshift Holdings, Inc.

8

9                    **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>     vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,,<br><br>         Defendant. | CASE NO.<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>(San Francisco County Superior State Court Case No.: CGC-23-610929) |

3912533.1

1

CERTIFICATE OF INTERESTED PARTIES

**CERTIFICATION AS TO INTERESTED PARTIES**

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc., certifies that it is aware of the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities which (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Tradeshift, Inc. (Defendant)

Tradeshift Holdings, Inc. (Defendant)

Christian Lanng (Defendant)

Mikkel Hippe Brun (Defendant)

Gert Sylvest (Defendant)

Morten Lund (Defendant)

Morten Sondergaard aka Morten Pederson and aka Morten Blinksbjerg Nielson (Defendant)

Jeff Ransdell (Defendant)

King & Spalding International (Defendant)

Littler Mendelson, P.C. (Defendant)

HSBC Holdings PLC (Defendant)

Koch Industries, Inc. (Defendant)

AYTK Ltd. (shareholder of Defendant Tradeshift Holdings, Inc.)

Gray Swan, LLC (shareholder of Defendant Tradeshift Holdings, Inc.)

Anzen Ltd. (shareholder of Defendant Tradeshift Holdings, Inc.)

DATED: January 9, 2024

Ekwon E. Rhow
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: ___*/s/ Christopher J. Lee*___
    Christopher J. Lee
    Attorneys for Defendants Tradeshift, Inc. and
    Tradeshift Holdings, Inc.