Bryan J. Freedman, Esq.  (SBN 151990)
Miles M. Cooley, Esq. (SBN 206783)
Jason H. Sunshine, Esq. (SBN 336062)
FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel.: (310) 201-0005
Fax: (310) 201-0045
bfreedman@ftllp.com
mcooley@ftllp.com
jsushine@ftllp.com

*Attorneys for Plaintiff Jane Doe*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>  Defendants. | Case No.: 4:24-cv-00166-JST<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that attorneys for Plaintiff Jane Doe Freedman Taitelman + Cooley, LLP, hereby files this Notice of Change of Firm Name, and respectfully requests the Court, all counsel of record, and all parties of interest take notice of counsel's firm name change effective **January 1, 2024**:

**FREEDMAN TAITELMAN + COOLEY, LLP**
**1801 CENTURY PARK WEST, 5th FLOOR**
**LOS ANGELES, CA 90067**

All future correspondence, pleadings, and notices should be directed to the above-specified firm name. The address, telephone number, facsimile number and email addresses shall remain the same.

DATED: January 24, 2024                    FREEDMAN TAITELMAN + COOLEY, LLP


*/s/ Jason H. Sunshine*
Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
Attorneys for Plaintiff Jane Doe