Bryan J. Freedman, Esq. (SBN 151990)
Miles M. Cooley, Esq. (SBN 206783)
Jason H. Sunshine, Esq. (SBN 336062)
FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel.: (310) 201-0005
Fax.: (310) 201-0045
bfreedman@ftllp.com
mcooley@ftllp.com
jsunshine@ftllp.com
Attorney for Plaintiff Jane Doe

Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Attorneys for Defendants Tradeshift, Inc. and
Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California | CASE NO. 4:24-cv-00166-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS TRADESHIFT, INC. AND TRADESHIFT HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Assigned to Hon. Jon S. Tigar |

1 professional corporation, HSBC HOLDINGS Plc, a United Kingdom
2 business entity, KOCH INDUSTRIES, INC.,
3 a Delaware corporation, and DOES, 1-100, inclusive,,
4
5         Defendant.

Plaintiff Jane Doe ("Plaintiff") and Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc. (collectively, "Tradeshift"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Civil Local Rule 6-1(b) to the below regarding Tradeshift's response to the Plaintiff's First Amended Complaint ("FAC"), and jointly request that the Court enter the below order approving the proposed briefing schedule:

WHEREAS, Plaintiff filed her First Amended Complaint in California Superior Court on December 11, 2024;

WHEREAS, Tradeshift removed this matter to this Court on January 9, 2024;

WHEREAS, Tradeshift has not yet been served with a copy of any summons or complaint in this matter;

WHEREAS, Tradeshift intends to file a Motion to Compel Arbitration in response to the FAC;

WHEREAS, the parties have met and conferred, and have agreed upon the below briefing schedule for Tradeshift's Motion to Compel Arbitration.

NOW THEREFORE, the parties hereby STIPULATE AND AGREE that:

1. Tradeshift shall file its Motion to Compel Arbitration no later than February 20, 2024;

2. Plaintiff's deadline to file her Opposition to Tradeshift's Motion to Compel Arbitration shall be March 19, 2024;

3. Tradeshift's deadline to file a reply in support of their Motion to Compel Arbitration shall be April 2, 2024;

4. The hearing on Tradeshift's Motion to Compel Arbitration shall take place on April 18, 2024 at 2:00 p.m.

                                        Respectfully submitted,

DATED: January 30, 2024        Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
Freedman Taitelman + Cooley, LLP


By:     */s/ Bryan J. Freedman*
        Bryan J. Freedman
Attorney for Plaintiff Jane Doe

DATED: January 30, 2024        Ekwan E. Rhow
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP


By:     */s/ Christopher J. Lee*
        Christopher J. Lee
Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: January 31, 2024

                                        Honorable Jon S. Tigar
                                        UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED: January 30, 2024

_____
Christopher J. Lee

3919021.1

4

Case No. 3:24-cv-00166-JST

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR TRADESHIFT'S MOTION TO COMPEL ARBITRATION