AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| TRADESHIFT, INC., a Delaware corporation, | ) |
| TRADESHIFT HOLDINGS, INC., a Delaware | ) |
| corporation, CHRISTIAN LANNG, an individual, | ) |
| (See Attachment #1) | ) |
| _Defendant(s)_ | ) |

Civil Action No.   4:24-cv-00166-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tradeshift, Inc., a Delaware corporation
c/o CT Corporation System, Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bryan J. Freedman, Esq.; Miles M. Cooley, Esq.; Jason H. Sunshine, Esq.
FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Emails:  bfreedman@ftllp.com; mcooley@ftllp.com; jsunshine@ftllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  _____2/7/24_____                                   _Felicia Brown_                 Felicia Brown

*Signature of Clerk or Deputy Clerk*

1    Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2    Christopher J. Lee - State Bar No. 322140
       clee@birdmarella.com
3    BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
     DROOKS, LINCENBERG & RHOW, P.C.
4    1875 Century Park East, 23rd Floor
     Los Angeles, California 90067-2561
5    Telephone: (310) 201-2100
     Facsimile: (310) 201-2110
6

7    Attorneys for Defendants, Tradeshift Inc. and
     Tradeshift Holdings, Inc.

**ATTACHMENT 1**

8             **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11   JANE DOE,                 CASE NO.

12          Plaintiff,        **NOTICE OF REMOVAL**

13       vs.                (San Francisco County Superior State
                           Court Case No.: CGC-23-610929)
14    TRADESHIFT, INC., a Delaware
     corporation, TRADESHIFT HOLDINGS,    *[Filed concurrently with the*
15    INC., a Delaware corporation,        *Declaration of Christopher R. Lee]*
     CHRISTIAN LANNG, an individual,
16    MIKKEL HIPPE BRUN, an individual,
     GERT SYLVEST, an individual,
17    MORTEN LUND, an individual,
     MORTEN SONDERGAARD aka
18    MORTEN PEDERSEN and aka MORTEN
     BLINKSBJERG NIELSEN, an individual,
19    JEFF RANSDELL, an individual, KING &
     SPALDING INTERNATIONAL, a United
20    Kingdom business entity, LITTLER
     MENDELSON, P.C., a California
21    professional corporation, HSBC
     HOLDINGS Plc, a United Kingdom
22    business entity, KOCH INDUSTRIES,
     INC., a Delaware corporation, and DOES,
23    1-100, inclusive,,

24          Defendant.

25

26

27

28

    3912548.1                       1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*JANE DOE v. TRADESHIFT, INC., et al.*

USDC-ND CASE NO.: 4:24-cv-00166-JST

# ATTACHMENT #2 TO SUMMONS

## DEFENDANTS TO BE SERVED

TRADESHIFT HOLDINGS, INC.,
a Delaware corporation
c/o CT CORPORATION SYSTEM, Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

CHRISTIAN LANNG, an individual
42 Linden Gardens
St. Augustine Ritzer House
London, W2 4ER

MIKKEL HIPPE BRUN, an individual

GERT SYLVEST, an individual

MORTEN LUND, an individual

MORTEN SONDERGAARD aka MORTEN PEDERSEN
and aka MORTEN BLINKSBJERG NIELSEN, an individual

JEFF RANSDELL, an individual
851 NE 1st Avenue, PH 4812
Miami, FL 33132

KING & SPALDING INTERNATIONAL,
a United Kingdom business entity
125 Old Broad Street
London, EC2N 1AR

LITTLER MENDELSON, P.C.,
a California professional corporation
c/o CT CORPORATION SYSTEM, Agent for Service of Process
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

HSBC HOLDINGS Plc,
a United Kingdom business entity
8 Canada Square
London, E14 5HQ

KOCH INDUSTRIES, INC.,
a Delaware corporation
c/o UNITED AGENT GROUP INC., Agent for Service of Process
4111 East 37th Street North
Wichita, KS 67220

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:24-cv-00166-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: