Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,,<br><br>　　　　Defendants. | CASE NO. 4:24-cv-00166-JST<br><br>**NOTICE OF CHANGE OF FIRM**<br><br>Assigned to Hon. Jon S. Tigar |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Ekwan E. Rhow and Christopher J. Lee, counsel for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc., and formerly of the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., are now associated with the law firm **Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**. The email and physical addresses, and telephone and fax numbers remain the same.

DATED:  February 20, 2024

Ekwan E. Rhow
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By:     */s/ Ekwan E. Rhow*
        Ekwan E. Rhow
Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.