Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>      Defendant. | CASE NO. 4:24-cv-00166-JST<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF TRADESHIFT, INC. AND TRADESHIFT HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     April 18, 2024<br>Time:     2:00 p.m.<br>Crtrm.:   6<br><br>Assigned to Hon. Jon S. Tigar |

## DECLARATION OF CHRISTOPHER J. LEE

I, Christopher J. Lee, declare as follows:

1. I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc. in this action. I make this declaration in support of Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.'s Motion To Compel Arbitration. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On January 29, 2024, I met and conferred with Plaintiff's counsel by phone in order to discuss the substance of Tradeshift's Motion to Compel Arbitration. Plaintiff's counsel indicated that they would oppose the motion, and that they would not stipulate to arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on February 20, 2024, at Los Angeles, California.

_____
Christopher J. Lee

3917546.1

2

Case No. 4:24-cv-00166-JST

DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF TRADESHIFT, INC AND TRADESHIFT HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION