Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>    Defendant. | CASE NO. 4:24-cv-00166-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>[*Filed Concurrently with Tradeshift's Notice of Motion and Motion to Compel Arbitration; Declaration of Christopher J. Lee; Declaration of Jovita O'Byrne*]<br><br>Date:    April 18, 2024<br>Time:    2:00 p.m.<br>Crtrm.:  6<br><br>Assigned to Hon. Jon S. Tigar |

Having considered Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.'s ("Tradeshift") Motion to Compel Arbitration (hereinafter, "Tradeshift's Motion to Compel Arbitration), the supporting documents, all of the pleadings, papers, and the record in this action, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff Jane Doe's ("Plaintiff") claims against Defendants in the above-captioned action shall be submitted to binding arbitration;

2. The above-captioned action shall be stayed pending conclusion of the arbitration;

3. The parties shall provide a status report to the Court within 30 days upon the conclusion of the arbitration.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Jon S. Tigar