Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>            Defendant. | CASE NO. 4:24-cv-00166-JST<br><br>**REDACTED DECLARATION OF JOVITA O'BYRNE IN SUPPORT OF TRADESHIFT DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[*Filed Concurrently with Notice of Motion and Motion to Compel Arbitration; Declaration of Christopher J. Lee; [Proposed] Order*]<br><br>Date:     April 18, 2024<br>Time:    2:00 p.m.<br>Crtrm.:   6<br><br>Assigned to Hon. Jon S. Tigar |

**REDACTED VERSION OF DOCUMENT FOR PUBLIC FILING**

3924028.1

1

Case No. 4:24-cv-00166-JST

DECLARATION OF JOVITA O'BYRNE IN SUPPORT OF TRADESHIFT DEFENDANTS' MOTION TO COMPEL ARBITRATION

# DECLARATION OF JOVITA O'BYRNE

I, Jovita O'Byrne, declare as follows:

1. I am a legal adult of sound mind. I submit this declaration in support of Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.'s Motion to Compel Arbitration. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct to the best of my knowledge, and if called as a witness, I could and would competently testify thereto.

2. I am the Chief People Officer for Tradeshift, Inc. In this capacity, I am personally familiar with Tradeshift's internal human resources records and personnel files, including documentation relevant to Plaintiff's employment, termination, and settlement of various claims against Tradeshift.

3. Plaintiff was hired by Tradeshift on January 8, 2014, and was terminated by Tradeshift on May 1, 2020, as part of a reduction in force that eliminated over 200 positions.

4. Attached herein as **Exhibit A** is a true and accurate copy of the At-Will Employment, Confidential Information, Invention Assignment, and Arbitration Agreement between Plaintiff and Tradeshift, Inc., executed by Plaintiff on January 8, 2014.

5. Attached herein as **Exhibit B** is a true and accurate copy of the Confidential Settlement and Mutual Release Agreement between Plaintiff and Christian Lanng – with attached amendments – executed by Plaintiff and Christian Lanng on May 14, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 20, 2024, at P43R100., Ireland.

*/s/ Jovita O'Byrne*