# EXHIBIT B

# EXHIBIT REDACTED

# IN ENTIRETY