| | |
|---|---|
| 1 | Ekwan E. Rhow - State Bar No. 174604 |
|   |     erhow@birdmarella.com |
| 2 | Christopher J. Lee - State Bar No. 322140 |
|   |     clee@birdmarella.com |
| 3 | BIRD, MARELLA, RHOW, |
|   | LINCENBERG, DROOKS & NESSIM, LLP |
| 4 | 1875 Century Park East, 23rd Floor |
|   | Los Angeles, California 90067-2561 |
| 5 | Telephone: (310) 201-2100 |
|   | Facsimile: (310) 201-2110 |

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | CASE NO. 4:24-cv-00166-JST |
|     Plaintiff, | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| vs. | |
| TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive, | Date: April 18, 2024<br>Time: 2:00 p.m.<br>Crtrm.: 6<br><br>Assigned to Hon. Jon S. Tigar |
|     Defendants. | |

# PROOF OF SERVICE

*Jane Doe v. Tradeshift, Inc., et al.*
Case No. 3:24-cv-00166-JST

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On February 20, 2024, I served the following document(s) described as **DOCUMENTS FILED UNDER SEAL – UNREDACTED EXHIBITS A AND B TO DECLARATION OF JOVITA O'BYRNE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address jkinsey@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2024, at Los Angeles, California.

_____
Jessica D. Kinsey

**SERVICE LIST**
*Jane Doe v. Tradeshift, Inc., et al.*
**Case No. 3:24-cv-00166-JST**

Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Telephone: (310) 201-0005
Email: bfreedman@ftllp.com
Email: mcooley@ftllp.com
Email: jsunshine@ftllp.com
**Counsel for Plaintiff Jane Doe**