Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>     vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>              Defendants. | CASE NO. 4:24-cv-00166-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TRADESHIFT, INC. AND TRADESHIFT HOLDINGS, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>[*Filed Concurrently with Administrative Motion to Seal; Declaration of Christopher J. Lee*]<br><br>Date:    April 18, 2024<br>Time:    2:00 p.m.<br>Crtrm.:   6<br><br>Assigned to Hon. Jon S. Tigar |

1  This matter comes before the Court on Defendants Tradeshift, Inc. and Tradeshift
2  Holdings, Inc.'s Administrative Motion to Seal, pursuant to Local C.R. 7-11 and 79-5(f).
3  Having considered the submissions by the parties, all of the pleadings, papers, and the
4  record in this action, and for good cause showing,
5      IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety and the
6  following documents shall be sealed:

| Document | Description | Designating Party | Basis for Sealing Document |
|---|---|---|---|
| Unredacted version of Exhibit **A** to O'Byrne Declaration | Employment agreement between Tradeshift and Plaintiff. Tradeshift seeks redaction of Plaintiff's name and handwriting on pages 7, 8, 9, and 11 | Tradeshift | Public disclosure would result in the disclosure of Plaintiff's identity. |
| Exhibit **B** to O'Byrne Declaration | Settlement agreement between Defendant Christian Lanng and Plaintiff. | Tradeshift | Public disclosure would result in the disclosure of Plaintiff's identity. The settlement agreement contains a confidentiality clause that prohibits disclosure of its terms. |

**IT IS SO ORDERED.**

DATED: February 28, 2024

_____
Hon. Jon S. Tigar
United States District Judge