Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-Mail:   alane@duanemorris.com
          jfields@duanemorris.com

Attorneys for Defendant
LITTLER MENDELSON, P.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 4:24-cv-00166-JST <br><br> **DECLARATION OF ALLISON LANE IN SUPPORT OF DEFENDANT LITTLER MENDELSON, P.C.'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Judge:   Hon. Jon S. Tigar <br><br> Complaint filed:   December 7, 2023 <br> Removal filed:   January 9, 2024 |

I, Allison Lane, declare as follows:

1. I am an attorney duly admitted to practice before all courts in the State of California and in the Northern District of California. I am a partner of Duane Morris LLP, counsel of record for Defendant Littler Mendelson, P.C. ("Littler") in this action. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would competently testify to them. I make this declaration under Civil Local Rules 6-3 and 7-11 in support of Littler's Administrative Motion for Extension of Time to Respond to Plaintiff Jane Doe's Complaint (the "Motion").

2. On Monday, February 26, 2024, I emailed Plaintiff's counsel, (a) asking for their agreement to extend Littler's response deadline pending the outcome of the motion to compel arbitration, and (b) providing a stipulation to that effect. Attached as **Exhibit A** is a true and correct copy of my February 26, 2024 email to Plaintiff's counsel and the proposed stipulation attached to that email.

3. Having not received a response, on February 29, 2024, I followed-up with Plaintiff's counsel, asking for a response by noon on March 1, 2024, so that Littler could timely seek relief from the Court should that be necessary. Attached as **Exhibit B** is a true and correct copy of my February 29, 2024 follow-up email. Having heard nothing as of this filing, Littler filed this motion.

4. We respectfully submit that good cause supports this motion for at least three reasons.

5. First, pending before the Court is Defendant Tradeshift's motion to compel arbitration, which seeks to send the entire action to arbitration. [ECF No. 20.] It would be inefficient to engage in extensive and time-consuming FRCP 12 motion practice with the motion to compel arbitration pending, when it is yet to be determined what venue will adjudicate the claims presented by Plaintiff.

6. Second, given the nature of the allegations in this multi-party case, and the significant damages sought, Littler requires more time to analyze the claims against it and prepare an anticipated Rule 12 motion to dismiss.

7. Finally, subject to the outcome of the motion to compel arbitration, Littler expects that other defendants will also file a Rule 12 motion. It would promote judicial and party economy,

at least in our view, if such motions are coordinated on a schedule that is mutually preferable for the parties and the Court's schedule given the potential overlap in issues to be addressed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 1st day of March, 2024 at San Francisco, California.

*/s/ Allison Lane*
Allison Lane