# EXHIBIT A

| | |
|---|---|
| **From:** | Lane, Allison |
| **Sent:** | Monday, February 26, 2024 1:56 PM |
| **To:** | Bryan Freedman; mcooley@ftllp.com |
| **Cc:** | Fields, Justin; Moore, Tamani M.; Lane, Allison |
| **Subject:** | Doe v. Tradeshift, et al. |
| **Attachments:** | Stipulation Re Response Deadline.DOCX |
| | |
| **FilingDate:** | 2/26/2024 1:57:00 PM |

Bryan and Miles, we have been retained to defend Littler, which you served a week on February 16. We note that Tradeshift has filed a motion to compel arbitration and the parties have stipulated to a briefing schedule. As the motion seems to be a gating issue, we write to request an extension of our client's responsive pleading date to 21 days after the ruling on the motion to compel arbitration. A draft stipulation is attached.

I have copied my partner, Justin Fields, and our assistant, Tamani Moore, above. Please include them on all communications to me.

Thanks in advance for your anticipated professional courtesy.


**Allison Lane**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
**P:** +1 415 957 3045
**F:** +1 415 520 0670

ALane@duanemorris.com
www.duanemorris.com

1

1  Allison Lane (SBN 152384)
   Justin J. Fields (SBN 259491)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: +1 415 957 3000
   Facsimile: +1 415 957 3001
5  E-Mail:    alane@duanemorris.com
              jfields@duanemorris.com
6
   Attorneys for Defendant
7  LITTLER MENDELSON, P.C.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12 | JANE DOE,                                              | Case No. 4:24-cv-00166-JST

13 |         Plaintiff,                                     | **STIPULATION TO EXTEND DEFENDANT LITTLER MENDELSON,**
14 |    v.                                                  | **P.C.'S TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED**
15 | TRADESHIFT, INC., a Delaware corporation,              | **COMPLAINT**
   | TRADESHIFT HOLDINGS, INC., a Delaware
16 | corporation, CHRISTIAN LANNG, an                       | **[N.D.CAL. LOCAL RULE 6-1]**
   | individual, MIKKEL HIPPE BRUN, an
17 | individual, GERT SYLVEST, an individual,
   | MORTEN LUND, an individual, MORTEN                     | Judge:     Hon. Jon S. Tigar
18 | SONDERGAARD aka MORTEN PEDERSEN
   | and aka MORTEN BLINKSBJERG NIELSEN,                    | Complaint filed:  December 7, 2023
19 | an individual, JEFF RANSDELL, an individual,           | Removal filed:    January 9, 2024
   | KING & SPALDING INTERNATIONAL, a
20 | United Kingdom business entity, LITTLER
   | MENDELSON, P.C., a California professional
21 | corporation, HSBC HOLDINGS Plc, a United
   | Kingdom business entity, KOCH INDUSTRIES,
22 | INC., a Delaware corporation, and DOES 1-100,
   | inclusive,
23
   |         Defendants.
24

25
26
27
28

                                  1                    CASE NO. 4:24-cv-00166-JST
STIPULATION TO EXTEND TIME TO RESPOND

Pursuant to Local Rule 6-1, Plaintiff and Defendant Littler Mendelson, P.C. ("Defendant"), through their undersigned counsel, stipulate and agree that the date for Defendant to file a response to the First Amended Complaint is extended until 21 calendar days after the Court issues a ruling on the pending Motion to Compel Arbitration [ECF 20].

Dated: March 1, 2024   **DUANE MORRIS LLP**

By:_____
Allison Lane
Justin J. Fields
Attorneys for Defendant
LITTLER MENDELSON, P.C.

Dated: March 1, 2024   **FREEDMAN TAITELMAN + COOLEY, LLP**

By:_____
Bryan J. Freedman
Miles M. Cooley
Attorneys for Plaintiff
JANE DOE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Allison, hereby attest that I conferred with signatory _____, who agreed to the filing of this document.

Dated: March 1, 2024                              **DUANE MORRIS LLP**


By:_____
   Allison Lane
   Justin J. Fields
   Attorneys for Defendant
   LITTLER MENDELSON, P.C.