# EXHIBIT B

| | |
|---|---|
| **From:** | Lane, Allison |
| **Sent:** | Thursday, February 29, 2024 12:28 PM |
| **To:** | Bryan Freedman; mcooley@ftllp.com |
| **Cc:** | Fields, Justin; Lane, Allison |
| **Subject:** | FW: Doe v. Tradeshift, et al. |
| **Attachments:** | Stipulation Re Response Deadline.DOCX |
| | |
| **Importance:** | High |

Bryan and Miles, please respond by noon tomorrow, California time.


**Allison Lane**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
P: +1 415 957 3045
F: +1 415 520 0670

ALane@duanemorris.com
www.duanemorris.com

**From:** Lane, Allison <ALane@duanemorris.com>
**Sent:** Monday, February 26, 2024 1:56 PM
**To:** Bryan Freedman <bfreedman@ftllp.com>; mcooley@ftllp.com
**Cc:** Fields, Justin <JFields@duanemorris.com>; Moore, Tamani M. <TMMoore@duanemorris.com>; Lane, Allison <ALane@duanemorris.com>
**Subject:** Doe v. Tradeshift, et al.

Bryan and Miles, we have been retained to defend Littler, which you served a week on February 16. We note that Tradeshift has filed a motion to compel arbitration and the parties have stipulated to a briefing schedule. As the motion seems to be a gating issue, we write to request an extension of our client's responsive pleading date to 21 days after the ruling on the motion to compel arbitration. A draft stipulation is attached.

I have copied my partner, Justin Fields, and our assistant, Tamani Moore, above. Please include them on all communications to me.

Thanks in advance for your anticipated professional courtesy.


**Allison Lane**
Partner

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200

San Francisco, CA 94105-1127
**P:** +1 415 957 3045
**F:** +1 415 520 0670

ALane@duanemorris.com
www.duanemorris.com

Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-Mail:   alane@duanemorris.com
            jfields@duanemorris.com

Attorneys for Defendant
LITTLER MENDELSON, P.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>      v.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>              Defendants. | Case No. 4:24-cv-00166-JST<br><br>**STIPULATION TO EXTEND DEFENDANT LITTLER MENDELSON, P.C.'S TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[N.D.CAL. LOCAL RULE 6-1]**<br><br>Judge:       Hon. Jon S. Tigar<br><br>Complaint filed:   December 7, 2023<br>Removal filed:     January 9, 2024 |

Pursuant to Local Rule 6-1, Plaintiff and Defendant Littler Mendelson, P.C. ("Defendant"), through their undersigned counsel, stipulate and agree that the date for Defendant to file a response to the First Amended Complaint is extended until 21 calendar days after the Court issues a ruling on the pending Motion to Compel Arbitration [ECF 20].

Dated: March 1, 2024                **DUANE MORRIS LLP**

By:_____
    Allison Lane
    Justin J. Fields
    Attorneys for Defendant
    LITTLER MENDELSON, P.C.

Dated: March 1, 2024                **FREEDMAN TAITELMAN + COOLEY, LLP**

By:_____
    Bryan J. Freedman
    Miles M. Cooley
    Attorneys for Plaintiff
    JANE DOE

2                                    CASE NO. 4:24-cv-00166-JST
STIPULATION TO EXTEND TIME TO RESPOND

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Allison, hereby attest that I conferred with signatory _____, who agreed to the filing of this document.

Dated: March 1, 2024                                **DUANE MORRIS** LLP

By:_____
    Allison Lane
    Justin J. Fields
    Attorneys for Defendant
    LITTLER MENDELSON, P.C.

STIPULATION TO EXTEND TIME TO RESPOND                3                CASE NO. 4:24-cv-00166-JST