Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>        Defendants. | CASE NO. 4:24-cv-00166-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint served: February 22, 2024<br>Current conference date: April 16, 2024<br>New conference date:  April 18, 2024<br><br>Assigned to Hon. Jon S. Tigar |

Plaintiff Jane Doe ("Plaintiff") and Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Case Management Conference is currently set for April 16, 2024;

WHEREAS, the hearing on Defendants' Motion to Compel Arbitration is set for April 18, 2024;

WHEREAS, the Parties agree that the interests of efficiency would be served by having the Case Management Conference and the hearing on the Motion to Compel Arbitration occur on the same day, as opposed to two days apart;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Plaintiff and Defendants, through their respective counsel of record, and subject to the Court's approval and order, that the Case Management Conference should be continued to April 18, 2024, the same date as the hearing on Defendant's Motion to Compel Arbitration.

DATED: April 4, 2024

Ekwan E. Rhow
Christopher J. Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: /s/ Ekwan E. Rhow
Ekwan E. Rhow
Attorneys for Defendants Tradeshift, Inc and Tradeshift Holdings, Inc.

DATED: April 4, 2024

Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
FREEDMAN TAITELMAN + COOLEY, LLP

By: /s/ Bryan J. Freedman
Bryan J. Freedman
Attorneys for Plaintiff Jane Doe

**FILER'S ATTESTATION**

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED: April 4, 2024

By: /s/ *Ekwan E. Rhow*
Ekwan E. Rhow

# [PROPOSED] ORDER

Based on the Parties' stipulation and good cause appearing, the Court continues the Case Management Conference to April 18, 2024 at 2:00 p.m.

IT IS SO ORDERED.

DATED:

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE