CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JEFFREY BOGERT (SBN 132778)
jeff@frostllp.com
NICHOLAS LAUBER (SBN 288499)
Nick@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant/Counterclaimant
Christian Lanng

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRADESHIFT, INC., et al.<br><br>　　　　Defendant. | Case No. 4:24-cv-00166-JST<br><br>*Assigned for all purposes to :*<br>*Hon. John S. Tigar Courtroom 6*<br><br>**DEFENDANT AND COUNTERCLAIMANT CHRISTIAN LANNG'S ANSWER TO FIRST AMENDED COMPLAINT FOR :**<br>1)　　SEXUAL ASSAULT AND BATTERY;<br>2)　　SEX TRAFFICKING UNDER THE TRAFFICKING VICTIMS PROTECTION ACT [18 U.S.C. § 1595] AND THE CALIFORNIA TRAFFICKING VICTIMS PROTECTION ACT [CAL. CIV. CODE §52.5];<br>3)　　PARTICIPATING IN/AIDING ABETTING A SEX TRAFFICKING OPERATION<br>4)　　INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; AND<br>5)　　NEGLIGENCE<br><br>**[DEMAND FOR JURY TRIAL]** |

| | |
|---|---|
| CHRISTIAN LANNG,<br><br>    Counterclaimant,<br><br>  vs.<br><br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Action Filed: January 9, 2024 |

Defendant Christian Lanng ("Defendant") hereby answers and otherwise responds to the First Amended Complaint of Plaintiff Jane Doe as follows:

## ANSWER TO ALLEGATIONS

### Summary of Action

1. Answering Paragraph 1, Defendant admits he was previously the CEO of Tradeshift, Inc., ("Tradeshift") and Jane Doe was a former employee of Tradeshift whose employment Tradeshift terminated. Defendant denies the remaining allegations of paragraph 1.

2. Answering Paragraph 2 and all subparagraphs, Defendant denies each and every allegation contained therein.

3. Answering Paragraph 3, Defendant denies he committed any wrongful acts, but otherwise admits that exhibit attached to the first amended complaint contains the quoted language as alleged in paragraph 3.

4. Answering Paragraph 4, Defendant denies he committed any wrongful acts, but otherwise admits that exhibit attached to the first amended complaint contains the quoted language as alleged in paragraph 4.

5. Answering Paragraph 5, Defendant admits that his signature appears on the exhibit attached to the first amended complaint. Defendant denies the remaining allegations of paragraph 5.

6. Answering Paragraph 6, Defendant denies each and every allegation contained therein.

7. Answering Paragraph 7, Defendant denies each and every allegation contained therein.

8. Answering Paragraph 8, Defendant denies each and every allegation contained therein.

9. Answering Paragraph 9, Defendant lacks sufficient information to admit or deny the allegations of paragraph 9, and on that basis denies the allegations of this paragraph.

10. Answering Paragraph 10, Defendant denies each and every allegation contained therein.

11. Answering Paragraph 11, Defendant denies each and every allegation contained therein.

12. Answering Paragraph 12, Defendant denies each and every allegation contained therein.

13. Answering Paragraph 13, Defendant denies each and every allegation contained therein.

14. Answering Paragraph 14, Defendant denies he committed any wrongful acts, but otherwise admits his employment with Tradeshift terminated on September 1, 2023 and that his notice of termination contained the quoted language as alleged in paragraph 14.

15. Answering Paragraph 15, Defendant denies he committed any wrongful acts, but otherwise admits that his notice of termination contained the referenced language as alleged in paragraph 15.

16. Answering Paragraph 16, Defendant admits he made statements on social media that he experienced burnout. Defendant denies the remaining allegations of paragraph 16.

17. Answering Paragraph 17, Defendant lacks sufficient information to admit or deny the allegations of paragraph 17, and on that basis denies the allegations of this paragraph.

18. Answering Paragraph 18, Defendant lacks sufficient information to admit or deny the allegations of paragraph 18, and on that basis denies the allegations of this paragraph.

19. Answering Paragraph 19, Defendant lacks sufficient information to admit or deny the allegations of paragraph 19, and on that basis denies the allegations of this paragraph.

20. Answering Paragraph 20, Defendant lacks sufficient information to admit or deny the allegations of paragraph 20, and on that basis denies the allegations of this paragraph.

21. Answering Paragraph 21, Defendant lacks sufficient information to admit or deny the allegations of paragraph 21, and on that basis denies the allegations of this paragraph.

22. Answering Paragraph 22, Defendant lacks sufficient information to admit or deny the allegations of paragraph 22, and on that basis denies the allegations of this paragraph.

23. Answering Paragraph 23, Defendant lacks sufficient information to admit or deny the allegations of paragraph 23, and on that basis denies the allegations of this paragraph.

## The Parties

24. Answering Paragraph 24, Defendants admits that Jane Doe was an employee of Tradeshift who was terminated in 2020, that Jane Doe served as his interim executive assistant. Defendant denies the remaining allegations of paragraph 24.

25. Answering Paragraph 25, Defendant denies each and every allegation contained therein.

26. Answering Paragraph 26, Defendant admits that he was a co-founder, CEO, and board member of Tradeshift and was a resident of California. Defendant denies the remaining allegations of paragraph 26.

27. Answering Paragraph 27, Defendant admits that Tradeshift is a Delaware corporation and supply-chain software company founded in Denmark by Defendant and that Tradeshift employed Jane Doe. Defendant denies the remaining allegations of paragraph 27.

28. Answering Paragraph 28, Defendant lacks sufficient information to admit or deny the allegations of paragraph 28, and on that basis denies the allegations of this paragraph.

29. Answering Paragraph 29, Defendant admits that Brun was a co-founder and senior vice president at Tradeshift. Defendant denies the remaining allegations of paragraph 29.

30. Answering Paragraph 30, Defendant admits that Sylvest was a co-founder and senior vice president at Tradeshift. Defendant denies the remaining allegations of paragraph 30.

31. Answering Paragraph 31, Defendant admits that Carrie Dolan was the former chief financial officer of Tradeshift. Defendant denies the remaining allegations of paragraph 31.

32. Answering Paragraph 32, Defendant admits that Peter van Pruissen is the chief financial officer of Tradeshift. Defendant denies the remaining allegations of paragraph 32.

33. Answering Paragraph 33, Defendant admits that Lund was a member of Tradeshift's board. Defendant lacks sufficient information to admit or deny the allegations of paragraph 33 pertaining to Lund's alleged activities with Jane Doe, and on that basis denies those allegations. Defendant denies the remaining allegations of paragraph 33.

34. Answering Paragraph 34, Defendant admits that Sondergaard was a member of Tradeshift's board. Defendant lacks sufficient information to admit or deny the allegations of paragraph 34 pertaining to Sondergaard's alleged activities with Jane Doe, and on that basis denies those allegations. Defendant denies the remaining allegations of paragraph 34.

35. Answering Paragraph 35, Defendant admits that Ransdell was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 35.

36. Answering Paragraph 36, Defendant admits Swycher was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 36.

37. Answering Paragraph 37, Defendant admits that Chandler was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 37.

38. Answering Paragraph 38, Defendant admits that Okubo was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 38.

39. Answering Paragraph 39, Defendant admits that Shenderovich was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 39.

40. Answering Paragraph 40, Defendant admits that Schroder was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 40.

41. Answering Paragraph 41, Defendant admits that Ocko was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 41.

42. Answering Paragraph 42, Defendant admits that Fitzgerald was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 42.

43. Answering Paragraph 43, Defendant admits that Dunn was a member of Tradeshift's board. Defendant denies the remaining allegations of paragraph 43.

44. Answering Paragraph 44, Defendant admits that King & Spalding was legal counsel for Tradeshift. Defendant denies the remaining allegations of paragraph 44.

45. Answering Paragraph 45, Defendant admits that Littler was legal counsel for Tradeshift. Defendant denies the remaining allegations of paragraph 45.

46. Answering Paragraph 46, Defendant admits that HSBC is a banking entity that invested in Tradeshift. Defendant denies the remaining allegations of paragraph 46.

47. Answering Paragraph 47, Defendant admits that Koch invested in Tradeshift. Defendant denies the remaining allegations of paragraph 47.

48. Answering Paragraph 48, Defendant denies each and every allegation contained therein.

49. Answering Paragraph 49, Defendant denies each and every allegation contained therein.

## Jurisdiction and Venue

50. Answering Paragraph 50, Defendant denies each and every allegation contained therein.

51. Answering Paragraph 51, Defendant denies each and every allegation contained therein.

52. Answering Paragraph 52, Defendant denies each and every allegation contained therein.

53. Answering Paragraph 53, Defendant denies each and every allegation contained therein.

## Facts Common to All Causes of Action

54. Answering Paragraph 54, Defendant admits that Jane Doe worked as an interim executive assistant when she was first hired by Tradeshift. Defendant denies the remaining allegations of paragraph 54.

55. Answering Paragraph 55, Defendant denies each and every allegation contained therein.

56. Answering Paragraph 56, Defendant admits that he was CEO of Tradeshift. Defendant denies the remaining allegations of paragraph 56.

57. Answering Paragraph 57, Defendant denies each and every allegation contained therein.

58. Answering Paragraph 58, Defendant denies each and every allegation contained therein.

59. Answering Paragraph 59, Defendant denies each and every allegation contained therein.

60. Answering Paragraph 60, Defendant denies each and every allegation contained therein.

61. Answering Paragraph 61, Defendant lacks sufficient information to admit or deny the allegations of paragraph 61, and on that basis denies the allegations of this paragraph.

62. Answering Paragraph 62, Defendant lacks sufficient information to admit or deny the allegations of paragraph 62, and on that basis denies the allegations of this paragraph.

63. Answering Paragraph 63, Defendant denies each and every allegation contained therein.

64. Answering Paragraph 64, Defendant denies each and every allegation contained therein.

65. Answering Paragraph 65, Defendant denies each and every allegation contained therein.

66. Answering Paragraph 66, Defendant denies each and every allegation contained therein.

67. Answering Paragraph 67, Defendant denies each and every allegation contained therein.

68. Answering Paragraph 68, Defendant lacks sufficient information to admit or deny the allegations of paragraph 68, and on that basis denies the allegations of this paragraph.

69. Answering Paragraph 69, Defendant lacks sufficient information to admit or deny the allegations of paragraph 69, and on that basis denies the allegations of this paragraph.

70. Answering Paragraph 70, Defendant lacks sufficient information to admit or deny the allegations of paragraph 70, and on that basis denies the allegations of this paragraph.

71. Answering Paragraph 71, Defendant denies each and every allegation contained therein.

72. Answering Paragraph 72, Defendant denies each and every allegation contained therein.

73. Answering Paragraph 73, Defendant denies each and every allegation contained therein.

74. Answering Paragraph 74, Defendant admits that Koch and HSBC invested in Tradeshift. Defendant denies the remaining allegations of paragraph 74.

75. Answering Paragraph 75, Defendant lacks sufficient information to admit or deny the allegations of paragraph 75, and on that basis denies the allegations of this paragraph.

76. Answering Paragraph 76, Defendant lacks sufficient information to admit or deny the allegations of paragraph 76, and on that basis denies the allegations of this paragraph.

77. Answering Paragraph 77, Defendant lacks sufficient information to admit or deny the allegations of paragraph 77, and on that basis denies the allegations of this paragraph.

78. Answering Paragraph 78, Defendant lacks sufficient information to admit or deny the allegations of paragraph 78, and on that basis denies the allegations of this paragraph.

79. Answering Paragraph 79, Defendant lacks sufficient information to admit or deny the allegations of paragraph 79, and on that basis denies the allegations of this paragraph.

80. Answering Paragraph 80, Defendant lacks sufficient information to admit or deny the allegations of paragraph 80, and on that basis denies the allegations of this paragraph.

81. Answering Paragraph 81, Defendant lacks sufficient information to admit or deny the allegations of paragraph 81, and on that basis denies the allegations of this paragraph.

82. Answering Paragraph 82, Defendant lacks sufficient information to admit or deny the allegations of paragraph 82, and on that basis denies the allegations of this paragraph.

83. Answering Paragraph 83, this paragraph sets forth a legal conclusion to which no response is required.

84. Answering Paragraph 84, Defendant denies each and every allegation contained therein.

85. Answering Paragraph 85, Defendant denies each and every allegation contained therein.

86. Answering Paragraph 86, Defendant denies each and every allegation contained therein.

## First Cause of Action

## Sexual Assault and Battery

87. Answering Paragraph 87, Defendant denies each and every allegation contained therein.

88. Answering Paragraph 88, Defendant denies each and every allegation contained therein.

89. Answering Paragraph 89, Defendant denies each and every allegation contained therein.

90. Answering Paragraph 90, Defendant denies each and every allegation contained therein.

91. Answering Paragraph 91, Defendant denies each and every allegation contained therein.

92. Answering Paragraph 92, Defendant denies each and every allegation contained therein.

93. Answering Paragraph 93, Defendant denies each and every allegation contained therein.

## Second Cause of Action

## Sex Trafficking by Coercion

94. Answering Paragraph 94, Defendant denies each and every allegation contained therein.

95. Answering Paragraph 95, Defendant denies each and every allegation contained therein.

96. Answering Paragraph 96, Defendant denies each and every allegation contained therein.

97. Answering Paragraph 97, Defendant denies each and every allegation contained therein.

98. Answering Paragraph 98, Defendant denies each and every allegation contained therein.

99. Answering Paragraph 99, Defendant denies each and every allegation contained therein.

100. Answering Paragraph 100, Defendant denies each and every allegation contained therein.

101. Answering Paragraph 101, Defendant denies each and every allegation contained therein.

102. Answering Paragraph 102, Defendant denies each and every allegation contained therein

## Third Cause of Action

## Aiding and Betting [sic] and Participating in Sex Trafficking Venture

103. Answering Paragraph 103, Defendant denies each and every allegation contained therein.

104. Answering Paragraph 104, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 104.

105. Answering Paragraph 105, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 105.

106. Answering Paragraph 106, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 106.

107. Answering Paragraph 107, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 107.

108. Answering Paragraph 108, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 108.

109. Answering Paragraph 109, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 109.

110. Answering Paragraph 110, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 110.

111. Answering Paragraph 111, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 111.

## Fourth Cause of Action

## Intentional Infliction of Emotional Distress

112. Answering Paragraph 112, Defendant denies each and every allegation contained therein.

113. Answering Paragraph 113, Defendant denies each and every allegation contained therein.

114. Answering Paragraph 114, Defendant denies each and every allegation contained therein.

115. Answering Paragraph 115, Defendant denies each and every allegation contained therein.

116. Answering Paragraph 116, Defendant denies each and every allegation contained therein.

## Fifth Cause of Action

## Negligence

117. Answering Paragraph 117, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 104.

118. Answering Paragraph 118, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is

determined that a response is required, Defendant denies the allegations of paragraph 118.

119.   Answering Paragraph 119, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 119.

120.   Answering Paragraph 120, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 120.

121.   Answering Paragraph 121, this paragraph is not directed at a party other than Defendant, so Defendant is required to respond to this paragraph. If it is determined that a response is required, Defendant denies the allegations of paragraph 121.

## AFFIRMATIVE DEFENSES

Without admitting the truth of any allegation set forth in the Complaint, Defendant asserts the following affirmative defenses to the Complaint and each and every cause of action purportedly stated therein.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.   The Complaint, and each and every cause of action set forth therein, fails to state facts sufficient to constitute a cause of action upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

2.   Plaintiff has entered into understandings and agreements that finally resolve certain issues and disputes and which constitute an accord and satisfaction of some or all of Plaintiff's claims.

## THIRD AFFIRMATIVE DEFENSE
### (Arbitration Clause)

3. Plaintiff's claims are subject to the arbitration clause contained in her employment contract and in the May 2022 settlement agreement.

## FOURTH AFFIRMATIVE DEFENSE
### (Consent)

4. By her actions and failures to act in connection with the matters raised in the First Amended Complaint, Plaintiff has consented and/or acquiesced to the conduct of Defendant and, therefore, is barred from recovery.

## FIFTH AFFIRMATIVE DEFENSE
### (No Malicious Intent)

5. Defendant did not act with malicious intent to deprive any person of any Constitutional right or to cause any other injury and, therefore, is not liable.

## SIXTH AFFIRMATIVE DEFENSE
### (No Injury or Damage)

6. Plaintiff has suffered no injuries or damages warranting relief on the claims alleged in the First Amended Complaint.

## SEVENTH AFFIRMATIVE DEFENSE
### (Laches)

7. The First Amended Complaint, and each and every cause of action set forth therein, is barred by the equitable doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

8. The First Amended Complaint, and each and every cause of action set forth therein, is barred by all applicable statutes of limitation including, but not limited to, California Code of Civil Procedure Section 335.1.

## NINTH AFFIRMATIVE DEFENSE

### (Ratification)

9. Plaintiff is barred from recovery because the alleged acts and omissions by Defendant described in the First Amended Complaint were ratified and/or authorized by Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

10. The damages and injuries, if any, allegedly sustained by Plaintiff were caused by a risk knowingly and willingly assumed by Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

11. By reason of her conduct, Plaintiff has waived any right which she may have had to recover, and/or is estopped from any recovery, by way of her First Amended Complaint and any cause of action contained therein.

## TWELFTH AFFIRMATIVE DEFENSE

### (Waiver)

12. The First Amended Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of waiver.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1. That the First Amended Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of the First Amended Complaint;

3. That Defendant be awarded his costs incurred in defending this action; and

4. That Defendant be granted such other and further relief as the Court may deem just and proper.

1  DATED: April 9, 2024          FROST LLP

                                 By: _____
                                    CHRISTOPHER FROST
                                    JEFFREY BOGERT
                                    NICHOLAS LAUBER
                                    Attorneys for CHRISTIAN LANNG

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury on all issues and causes of action triable by a jury.

DATED: April 9, 2024            FROST LLP

By: _____
CHRISTOPHER FROST
JEFFREY BOGERT
NICHOLAS LAUBER
Attorneys for CHRISTIAN LANNG