CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JEFFREY BOGERT (SBN 132778)
jeff@frostllp.com
NICHOLAS LAUBER (SBN 288499)
Nick@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for CHRISTIAN LANNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>    vs.<br><br>TRADESHIFT, INC., et al.<br><br>      Defendant.<br>CHRISTIAN LANNG,<br>      Counterclaimant,<br>    vs.<br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br>      Defendant. | Case No. 4:24-cv-00166-JST<br><br>*Assigned for all purposes to :*<br>*Hon. John S. Tigar Courtroom 6*<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br><br>Trial Date:   None set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no parties other than the named parties that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

DATED: April 9, 2024    FROST LLP

By: _____
CHRISTOPHER FROST
JEFFREY BOGERT
NICHOLAS LAUBER
Attorneys for CHRISTIAN LANNG