UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 4:24-cv-00166-JST<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT LITTLER MENDELSON, P.C.'S ADMINISTRATIVE MOTION FOR PERMISSION TO FILE RESPONSE TO MOTION TO COMPEL ARBITRATION [ECF NO. 20]<br><br>Complaint filed:　December 7, 2023<br>Removal filed:　　January 9, 2024 |

1  The Court, having considered the Administrative Motion by Defendant Littler Mendelson, P.C. ("Littler) for permission to file response to Motion to Compel Arbitration [ECF No. 20], finds good cause to grant the Motion.

Littler may file a response to the Motion to Compel Arbitration by May 15, 2024.  The response shall not exceed 10 pages.

IT IS SO ORDERED.

Dated: May 8, 2024

_____
HON. JON S. TIGAR
UNITED STATE DISTRICT JUDGE