**DECLARATION OF JANE DOE**

I, Jane Doe, declare as follows:

1. I am over eighteen years of age. I am a plaintiff and counter-defendant in this action suing pseudonymously as Jane Doe. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. On May 14, 2022, I signed a Confidential Settlement and Mutual Release Agreement between me and Christian Lanng (the "Settlement Agreement"). A true and correct copy of the Settlement Agreement that I signed is attached hereto as **Exhibit 1**.

3. Under the Settlement Agreement, Lanng agreed to pay me $10,000,000 to settle claims I had asserted against him, $250,000 initially, and the remainder in three installment payments totaling $9,750,000. Lanng has never paid me any of those installment payments.

4. After the Settlement Agreement was signed, I entered into three amendments to the Settlement Agreement that allowed Lanng to make extension payments in return for an extension of time to make the installment payments on the settlement amount. True and correct copies of each of the amended agreements I signed are attached hereto as **Exhibit 2** (First Amendment), **Exhibit 3** (Second Amendment), and **Exhibit 4** (Third Amendment). While Lanng paid me the three extension payments, none of those payments counted towards the $10 million settlement amount.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 29, 2024 in Los Angeles, California.

DocuSigned by:
Jane Doe
A70F01A16C6446A...

Jane Doe