# EXHIBIT 2

**DRAFT**
**NOT BINDING UNTIL SIGNED**

# FIRST AMENDMENT TO CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This First Amendment to the Confidential Settlement and Mutual Release Agreement (the "**Amendment**") is entered into by and between ▮▮▮▮▮▮ ("▮▮▮"), on the one hand, and Christian Lanng ("**Lanng**"), on the other hand.

## RECITALS

**WHEREAS**, ▮▮▮ and Lang entered into that certain Confidential Settlement and Mutual Release Agreement (the "**Agreement**"), effective May 14, 2022;

**NOW, THEREFORE,** Lanng and ▮▮▮ agree as follows:

## AGREEMENT

1. <u>Amendments to Agreement</u>. The Agreement is hereby amended as follows:

    1.1   Section 4.1, Section 4.1(a), and Section 4.1(b) are amended and replaced, in their entirety, as follows:

    "On or before January 9, 2023, Lanng shall pay ▮▮▮ $4,750,000 (the '**First Settlement Payment**') in cash to an account identified by ▮▮▮

    1.2   Section 4.2 is amended and replaced, in its entirety, as follows:

    "Provided that ▮▮▮ is not in breach of any provision of this Agreement, within 60 days of the First Settlement Payment, Lanng shall pay ▮▮▮ $2,500,000 (the '**Second Settlement Payment**') in cash to an account identified by ▮▮▮;"

    1.3   Section 4.3 is amended and replaced, in its entirety, as follows:

    "Provided that ▮▮▮ is not in breach of any provision of this Agreement, within 185 days of the Second Settlement Payment, Lanng shall pay ▮▮▮ $2,500,000 (the '**Final Settlement Payment**') in cash to an account identified by ▮▮▮;"

2. <u>Extension Payment</u>. Within five days of ▮▮▮'s execution of this Amendment, Lanng will pay ▮▮▮ the nonrefundable amount of $175,000 (the "**Extension Payment**") which shall be paid in cash to an account identified by ▮▮▮. This Extension Payment is in addition to, and shall not be credited against, the Settlement Payment;

    2.1   If Lanng fails to make the Extension Payment, both Parties shall be released from all of their obligations and restrictions under this Amendment and the Parties' rights, claims, and obligations shall be the same as if this Amendment was never signed.

▮▮▮ initials
_____ Lanng initials

1
001

Doc ID: 5e63ba9b483ff4e571570dac7259abb17048449f

<b>DRAFT</b><br>NOT BINDING UNTIL SIGNED

3.   <u>Reaffirmation of No Prior Disclosure of Confidential Information</u>: ▉ and Lanng, on their own behalf and on behalf of their agents, attorneys, employees, contractors, officers, directors, representatives, partners, spouses, joint venturers, partnerships, companies, predecessors-in interest, administrators, executors, heirs, successors, and assigns, ▉'s counsel, Werksman Jackson & Quinn, and Lanng's counsel, Quinn Emanuel Urquhart & Sullivan, reaffirm, represent, and warrant that the representations and warranties regarding Confidential Information set forth in Section 10 of the Agreement continue to be true and accurate.

4.   <u>Defined Terms</u>. Capitalized terms used but not defined herein shall have the same meanings given them in the Agreement.

5.   <u>No Other Amendment; Conflict</u>.  Except as set forth in this Amendment, the Agreement is unchanged and, as so amended, the Agreement shall remain in full force. If the provisions of this Amendment conflict with the provisions of the Agreement, then the provisions of this Amendment shall prevail.

6.   <u>Counterparts</u>.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Signatures by facsimile shall be of the same force and effect as if in original ink.

IN WITNESS WHEREOF, the Parties have approved and executed this Agreement on the date set forth opposite their respective signatures.

09 / 12 / 2022
Dated: September ___, 2022

9/12/2022
Dated: September___, 2022

DocuSigned by:
*Christian Lanng*
─6B6D9B1C60ED478...
CHRISTIAN LANNG


initials

Lanng initials

Doc ID: 5e63ba9b483ff4e571570dac7259abb17048449f



# Audit Trail

| | |
|---|---|
| **TITLE** | Extension Agreement .doc.pdf |
| **FILE NAME** | Extension%20Agreement%20.doc.pdf |
| **DOCUMENT ID** | 5e63ba9b483ff4e571570dac7259abb17048449f |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — 09 / 12 / 2022  20:57:46 UTC
Sent for signature to ▇▇▇▇▇▇▇▇▇▇ (▇▇▇▇▇▇▇@gmail.com) from jruiz@werksmanjackson.com
IP: 52.25.182.204

**VIEWED** — 09 / 12 / 2022  21:42:13 UTC
Viewed by ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ (▇▇▇▇▇@gmail.com)
IP: 47.154.22.247

**SIGNED** — 09 / 12 / 2022  21:43:48 UTC
Signed by ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ (▇▇▇▇▇@gmail.com)
IP: 47.154.22.247

**COMPLETED** — 09 / 12 / 2022  21:43:48 UTC
The document has been completed.

Powered by HELLOSIGN

003