# EXHIBIT 3

DocuSign Envelope ID: 8DA4E747-A42A-42B3-932B-525BFB531E0A

**DRAFT**
**NOT BINDING UNTIL SIGNED**

# SECOND AMENDMENT TO CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This Second Amendment to the Confidential Settlement and Mutual Release Agreement (the "**Second Amendment**") is entered into by and between ███████████ ), on the one hand, and Christian Lanng ("**Lanng**"), on the other hand.

## RECITALS

**WHEREAS,** ███ and Lanng entered into that certain Confidential Settlement and Mutual Release Agreement (the "**Agreement**"), effective May 14, 2022;

**WHEREAS,** ███ and Lanng entered into that certain First Amendment to Confidential Settlement and Mutual Release Agreement (the "**First Amendment**"), effective September 12, 2022;

**NOW, THEREFORE,** Lanng and ███ agree as follows:

## AGREEMENT

1. <u>Amendments to Agreement</u>. The Agreement and the First Amendment are hereby amended as follows:

    1.1   Section 2.2 of the Agreement is deleted in its entirety.

    1.2   Section 4.1, Section 4.1(a), and Section 4.1(b) of the Agreement are amended and replaced, in their entirety, as follows:

    "4.1   On or before February 8, 2023, Lanng shall pay ███ $4,750,000 (the '**First Settlement Payment**') in cash to an account identified by ███;"

    1.3   Section 4.2 is amended and replaced, in its entirety, as follows:

    "4.2   Provided that ███ is not in breach of any provision of this Agreement, within 60 days of the First Settlement Payment, Lanng shall pay ███ $2,500,000 (the '**Second Settlement Payment**') in cash to an account identified by ███;"

    1.4   Section 4.3 is amended and replaced, in its entirety, as follows:

    "4.3   Provided that ███ is not in breach of any provision of this Agreement, within 155 days of the Second Settlement Payment, Lanng shall pay ███ $2,500,000 (the '**Final Settlement Payment**') in cash to an account identified by ███;"



initials

Lanng initials

1
001

Doc ID: 07bce1f35534df32751097de52eec88621482c05

DocuSign Envelope ID: 8DA4E747-A42A-42B3-932B-525BFB531E0A

**DRAFT**
NOT BINDING UNTIL SIGNED

      1.5      Section 7 of the Agreement is amended and replaced with the following:

"7.      Covenant Not to Sue. The Parties shall not file, or cause to be filed, any suit, administrative proceeding or arbitration demand, or otherwise assert a claim or complaint against one another, the Lanng Releasees or the ▬ Releasees on account of any released claim. In the event of a breach of this covenant not to sue, this Agreement shall constitute a complete and absolute defense to such claim."

      2.      Extension Payment. Within five days of ▬'s execution of this Second Amendment, Lanng will pay ▬ the nonrefundable amount of $100,000 (the "**Second Extension Payment**") which shall be paid in cash to an account identified by ▬. The Second Extension Payment is in addition to, and shall not be credited against, the Settlement Payment;

      3.      Reaffirmation of No Prior Disclosure of Confidential Information: ▬ and Lanng, on their own behalf and on behalf of their agents, attorneys, employees, contractors, officers, directors, representatives, partners, spouses, joint venturers, partnerships, companies, predecessors-in interest, administrators, executors, heirs, successors, and assigns, ▬'s counsel, Werksman Jackson & Quinn, and Lanng's counsel, Quinn Emanuel Urquhart & Sullivan, reaffirm, represent, and warrant that the representations and warranties regarding Confidential Information set forth in Section 10 of the Agreement continue to be true and accurate.

      4.      Defined Terms. Capitalized terms used but not defined herein shall have the same meanings given them in the Agreement.

      5.      No Other Amendment; Conflict. Except as set forth in the First Amendment and this Second Amendment, the Agreement is unchanged and, as so amended, the Agreement shall remain in full force. If the provisions of this Second Amendment conflict with the provisions of the Agreement and/or the First Amendment, then the provisions of this Second Amendment shall prevail.

      6.      Counterparts. This Second Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Signatures by facsimile shall be of the same force and effect as if in original ink.



▬ initials

Lanng initials

Doc ID: 07bce1f35534df32751097de52eec88621482c05

**DRAFT**
**NOT BINDING UNTIL SIGNED**

IN WITNESS WHEREOF, the Parties have approved and executed this Agreement on the date set forth opposite their respective signatures.

Dated: January ___, 2023

1/11/2023
Dated: January ___, 2023



DocuSigned by:
*Christian Lanng*
—6B0D9B1C60ED478...
CHRISTIAN LANNG



_____ initials

_____ Lanng initials

3
003

Doc ID: 07bce1f35534df32751097de52eec88621482c05