# DECLARATION OF BRYAN J. FREEDMAN

I, Bryan J. Freedman, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a counter-defendant in this action. I am a founding partner of the law firm Freedman Taitelman + Cooley, LLP ("FTC"), which is counsel for Plaintiff Jane Doe and also a counter-defendant in this action. I have personal knowledge of the facts stated herein, and if called upon to testify, could and would testify competently thereto.

2. On July 31, 2023, I sent an email to Bruce Van Dalsem regarding a potential settlement of claims that my client, Jane Doe, had asserted against Mr. Van Dalsem's client at the time, Christian Lanng. A true and correct copy of that email is attached hereto as **Exhibit 5**. Despite Van Dalsem's representation to me in Exhibit 5 that Lanng would "be able to pay [Counter-Defendant Jane Doe] $10 million no later than August 15," *no* payment has been made in any amount since that time, let alone the $9,750,000 due on the $10 million owed.

3. When I learned that Van Dalsem was no longer Lanng's attorney following Lanng's termination from Tradeshift, I was determined not to let Lanng's termination and loss of representation delay payment of the full $10 million that he had agreed more than a year earlier, in May 2022, to pay my client, Jane Doe. I therefore reached out to Lanng directly on September 4, 2023, by text message to follow up on representations Van Dalsem had made to me via the email in July 2023. A true and correct copy of my pertinent text message exchange with Christian Lanng is attached hereto as **Exhibit 6**.

4. I have never spoken with or given a statement to the "Danish media outlet" Finans that Lanng identifies in his Counterclaims.

///

-1-

Case No. 4-24-cv-00166-JST
DECLARATION OF BRYAN J. FREEDMAN ISO SPECIAL MOTION TO STRIKE FIRST AMENDED COUNTERCOMPLAINT

5. On or about August 4, 2023, I gave a videotaped interview to TMZ regarding claims my firm was asserting in an entirely separate matter on behalf of different clients. I did not mention or refer to Christian Lanng in that interview, and I never shared that interview with Lanng or any of his representatives.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 5/29/2024 in Los Angeles, California.

*Bryan J. Freedman*

Bryan J. Freedman

Case No. 4-24-cv-00166-JST
DECLARATION OF BRYAN J. FREEDMAN ISO
SPECIAL MOTION TO STRIKE FIRST AMENDED
COUNTERCOMPLAINT