# EXHIBIT 5

**From:** Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
**Sent:** Monday, July 31, 2023 10:38 PM
**To:** Bryan Freedman <bfreedman@ftllp.com>
**Cc:** Miles Cooley <mcooley@ftllp.com>
**Subject:** RE: Christian Lanng

CONFIDENTIAL SETTLEMENT COMMUNICATION
Bryan:
The HSBC transaction closed. See https://tradeshift.com/press/hsbc-announces-plans-for-new-joint-venture-with-tradeshift/
Christian expects that he'll be able to pay ▮▮▮▮▮ $10 million no later than August 15. He's still willing to do so to avoid the adverse consequences of a public filing. If ▮▮▮▮▮ files, there's no deal and he and the company will duke it out. Please let me know if this is acceptable.
Thanks
Bruce


**From:** Bryan Freedman <bfreedman@ftllp.com>
**Sent:** Monday, July 31, 2023 10:29 PM
**To:** Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
**Cc:** Miles Cooley <mcooley@ftllp.com>
**Subject:** Re: Christian Lanng

[EXTERNAL EMAIL from bfreedman@ftllp.com]

Got it

Bryan J. Freedman, Esq.
Freedman & Taitelman, LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
(310) 201-0005 General Office Phone
(310) 201-4295
Direct Office Phone
(310) 770-3636
Cellular/Pandemic Phone
(310) 201-0045 Facsimile

001

www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

> On Jul 31, 2023, at 10:09 PM, Bruce Van Dalsem <brucevandalsem@quinnemanuel.com> wrote:
>
> I've reached out to Christian.
>
> **From:** Bryan Freedman <bfreedman@ftllp.com>
> **Sent:** Monday, July 31, 2023 10:08 PM
> **To:** Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
> **Cc:** Miles Cooley <mcooley@ftllp.com>
> **Subject:** Re: Christian Lanng
>
> [EXTERNAL EMAIL from bfreedman@ftllp.com]
>
> Sounds like there is no need for any further discussion or am I misreading that response?
>
> Bryan J. Freedman, Esq.
> Freedman & Taitelman, LLP
> 1801 Century Park West, 5th Floor
> Los Angeles, California 90067
> (310) 201-0005 General Office Phone
> (310) 201-4295
> Direct Office Phone
> (310) 770-3636
> Cellular/Pandemic Phone
> (310) 201-0045 Facsimile
> www.ftllp.com
>
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail,

002

and delete the original message.

> On Jul 31, 2023, at 9:18 PM, Bruce Van Dalsem <brucevandalsem@quinnemanuel.com> wrote:
>
> Thanks. Appreciate the courtesy.
>
> **From:** Bryan Freedman <bfreedman@ftllp.com>
> **Sent:** Monday, July 31, 2023 9:16 PM
> **To:** Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
> **Cc:** Miles Cooley <mcooley@ftllp.com>
> **Subject:** Christian Lanng
>
> [EXTERNAL EMAIL from bfreedman@ftllp.com]
>
> SETTLEMENT COMMUNICATION
>
> Having not heard anything from you which gives the client any security, we have decided to file. This is the last chance to resolve this matter prior to litigation. I hope your client makes the ethical decision to resurrect the deficiencies very quickly.
>
> This is my attempt at providing you with the informal notice you requested.
>
> Bryan J. Freedman, Esq.
> Freedman & Taitelman, LLP
> 1801 Century Park West, 5th Floor
> Los Angeles, California 90067
> (310) 201-0005 General Office Phone
> (310) 201-4295
> Direct Office Phone
> (310) 770-3636
> Cellular/Pandemic Phone
> (310) 201-0045 Facsimile
> www.ftllp.com
>
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this

003

communication in error, please notify us immediately by e-mail, and delete the original message.