# EXHIBIT 6



**Christian**

iMessage
Mon, Sep 4 at 5:57 PM

> Christian, I understand you're no longer represented by counsel. This is Bryan Freedman counsel for two of the women filing claims against you. I have been asked by a major media outlet if you would appear to explain your side of the story this week in conjunction with the claims being filed. They can have you appear by zoom. It is unfortunate that your former lawyers allowed it to get to this point but your failure to resolve this has led to permanent and irreparable harm to all that have been harmed. Throwing away your future and the mental well being of these victims never needed to happen.

Mon, Sep 4 at 11:10 PM

> Bryan, I will get back ASAP with new counsel, any kind of media will not help achieve any outcome I'm afraid.

Tue, Sep 5 at 1:46 PM

> Christian, I don't control media as you know but once filed cases

001



**Mon, Sep 4 at 11:10 PM**

Bryan, I will get back ASAP with new counsel, any kind of media will not help achieve any outcome I'm afraid.

**Tue, Sep 5 at 1:46 PM**

Christian, I don't control media as you know but once filed cases take on lives of their own. Obviously making payment avoids the filing. Is that happening today? Bruce offered 10m paid by 8/15. If that happened there would be no reason to file. Let me know if you want to avoid this being much more difficult as our papers are ready to go.

Payments can only happen if I close my secondary deal, that's the reality, I have no other assets and any media will tank it, happy to explain in detail

There is a different story all the time. I would rather not see your future compromised but how many promises can be broken without action being taken. I

  

002



> reason to file. Let me know if you want to avoid this being much more difficult as our papers are ready to go.

> Payments can only happen if I close my secondary deal, that's the reality, I have no other assets and any media will tank it, happy to explain in detail

> There is a different story all the time. I would rather not see your future compromised but how many promises can be broken without action being taken. I imagine you understand the mental state I am dealing with. Obviously better for lawyers to get clients money but ethically I have no choice but to follow my clients decisions. I was brought in for a conclusion. The unfortunate part is the lasting effect on your ability to do business and it's a shame that you could make this go away instead of permanent destruction.

Delivered

🌙 Christian has notifications silenced

  Text Message 

003

11:50

420

iMessage
Wed, Sep 6 at 10:28 AM

Bryan it's not a different story, only asset I have is equity, and for that equity to remain intact and valuable I need a secondary transaction which I have been working on for a while, this transaction could not complete before the main transaction, there is nothing I can do if we have to do this publicly. I don't think it's in anyone's interest doing it that way knowing everyone involved.

Unfortunately the actions taken so far

004

11:51



secondary transaction which I have been working on for a while, this transaction could not complete before the main transaction, there is nothing I can do if we have to do this publicly. I don't think it's in anyone's interest doing it that way knowing everyone involved.

Unfortunately the actions taken so far have not helped, but right now I'm open to discuss all options

My new counsel is available shortly

Tue, Sep 19 at 5:37 PM

iMessage

005



**My new counsel is available shortly**

*Tue, Sep 19 at 5:37 PM*

> Is your new counsel available and did you want to connect us?

*Tue, Oct 10 at 9:15 AM*

**I don't have a new counsel and I don't have any income after I got fired, I'm willing to share my tradeshift stock and move on**

> Why have you not gone after Tradeshift after they fired you. Seems like a way to get resources for you and

006