**DECLARATION OF JEFFREY A. PAYNE**

I, Jeffrey A. Payne, declare as follows:

1. I am over eighteen years of age and not a party to this case. I am licensed to practice law in the State of California and am admitted to the U.S. District Court for the Northern District of California. I am Of Counsel at Jassy Vick Carolan LLP, counsel of record in this litigation for Plaintiff and Counter-Defendant Jane Doe and Counter-Defendants Bryan J. Freedman, Miles Cooley, and Freedman Taitelman + Cooley, LLP. The facts stated below are true of my own personal knowledge, and if called to testify, could and would testify competently thereto.

1. Attached hereto as **Exhibit 7** are true and correct copies of the following news articles reporting on Christian Lanng's termination from Tradeshift for allegations of sexual misconduct:

    a. Mike Butcher, Tradeshift Co-Founder Accused of Sexual Assault By Company, Allegations He Denies, Tech Crunch (Oct. 13, 2023), https://techcrunch.com/2023/10/13/tradeshift-co-founder-accused-of-sexual-assault-by-company-allegations-he-denies/ (attached with and without advertisements).

    b. Christian Wienberg, *Danish Fintech Fires CEO Facing Sexual Assault Complaint*, Bloomberg (Oct. 11, 2023), https://www.bloomberg.com/news/articles/2023-10-11/goldman-backed-fintech-fires-ceo-facing-sexual-assault-complaint (attached with and without advertisements).

2. Attached hereto as **Exhibit 8** is a true and correct copies of an article with and without advertisements by Shannon Thaler titled "Tech CEO Accused of Keeping Assistant as 'Sex Slave' Claims Celebrity Lawyer attempted $10M Shakedown" that I accessed and downloaded from the New York Post website at https://nypost.com/2024/04/09/business/ex-ceo-slapped-with-sex-slave-allegations-accuses-celeb-lawyer-of-10m-shakedown/ on May 24, 2024.

3. Attached hereto as **Exhibit 9** is a true and correct copy of the original Danish version of an article by Jesper Høberg titled "Blev beskyldt for at holde sexslave: Tidligere dansk it-direktør

1  kræver kæmpeerstatning" that I accessed and downloaded from the Finans website at
2  https://finans.dk/erhverv/ECE17007603/blev-beskyldt-for-at-holde-sexslave-tidligere-dansk-
3  itdirektoer-kraever-kaempeerstatning/ on May 24, 2024.

4      4.    On May 23, 2024, I caused Universal Translation Services to create a certified
5  English translation of the Finans article attached as Exhibit 9. A true and correct copy of that
6  certified translation is attached hereto as **Exhibit 10**.

7      5.    Attached hereto as **Exhibit 11** is a true and correct copy of the TMZ webpage
8  featuring an August 4, 2023 interview with Bryan Freedman titled "TV Stars Declaring War on
9  NBC, Bravo Allege Sexual, Mental Health Exploitation" that I accessed and downloaded from
10 TMZ's website at https://www.tmz.com/2023/08/04/reality-stars-nbc-bravo-sexual-exploitation-
11 mental-health-revenge-porn/ on May 24, 2024.

12     6.    Attached hereto as **Exhibit 12** is a true and correct copy of the webpage featuring a
13 March 20, 2012 interview of Christian Lanng conducted by Andrew Keen titled "Keen On…
14 Christian Lanng: Why All Current Business Software is Crap" that was accessed and downloaded
15 from the TechCrunch website at https://techcrunch.com/2012/03/20/keen-on-christian-lanng-why-
16 all-current-business-software-is-crap-tctv/ on May 24, 2024.

17     7.    Attached hereto as **Exhibit 13** is a true and correct copy of Christian Lanng's profile
18 page on the World Economic Forum's webpage at
19 https://www.weforum.org/agenda/authors/christian-lanng/ that I accessed and downloaded on May
20 17, 2024.

21     8.    Attached hereto as **Exhibit 14** are true and correct copies of websites containing the
22 following podcasts that feature Christian Lanng that I accessed and downloaded on May 17, 2024:
23     a.    *"How Being a Founder Almost Killed Me,"* 20VC (Sept. 27, 2023),
24     https://www.thetwentyminutevc.com/christian-lanng/
25     b.    *The Upside of Naivety When You Have a Big Idea*, Mixergy (Jan. 17, 2022),
26     https://mixergy.com/interviews/tradeshift-with-christian-lanng/
27
28

        c.    *PodSaas: S1E17: The One with Christian Lanng of Tradeshift*, LeadrPro (May 2022), https://www.leadrpro.com/podsaas/blog/s1e17-the-one-with-christian-lanng-of-tradeshift

9.    Attached hereto as **Exhibit 15** are true and correct copies of the following news articles written by Christian Lanng that I accessed and downloaded on May 17, 2024:

        a.    *List of Articles Written by Christian Lang - Forbes Technology Council*, Forbes (downloaded May 17, 2024), https://www.forbes.com/sites/forbestechcouncil/people/christianlanng

        b.    Christian Lanng, *Equipping Supply Chains for a Troubled World*, Forbes (Apr. 12, 2022), https://www.forbes.com/sites/forbestechcouncil/2022/04/12/equipping-supply-chains-for-a-troubled-world/?sh=4ef7790c7b39

        c.    Christian Lanng, *Why It's Time to Reset the Relationship Between Buyers and Suppliers*, Forbes (June 16, 2021), https://www.forbes.com/sites/forbestechcouncil/2021/06/16/why--relationship-between-buyers-and-suppliers/?sh=32d8fb5e11c9

10.    Attached hereto as **Exhibit 16** are true and correct copies of websites featuring video interviews with Christian Lanng that I accessed and downloaded on May 24, 2024:

        a.    *Global Transaction Volumes Below Expected Range, Says Tradeshift CEO*, CNBC.com (Apr. 19, 2023), https://www.cnbc.com/video/2023/04/19/global-transaction-volumes-below-expected-range-says-tradeshift-ceo.html.

        b.    *Supply Chains Need to Be Nimble and We're Not There Yet: Tradeshift CEO*, CNBC.com (Jan. 17, 2023), https://www.cnbc.com/video/2023/01/17/supply-chains-need-to-be-nimble-and-were-not-there-yet-tradeshift-ceo.html.

        c.    *Tradeshift CEO on Global Trade*, Bloomberg.com (Nov. 15, 2022), https://www.bloomberg.com/news/videos/2022-11-16/tradeshift-ceo-on-global-trade

        d.      *US Government Shutdown Only a Crisis if More Than 10 Days, Says Tradeshift CEO*, CNBC.com (Jan. 22, 2018), https://www.cnbc.com/2018/01/22/davos-2018-government-shutdown-only-a-crisis-if-more-than-10-days.html.

11.    Attached hereto as **Exhibit 17** are true and correct copies of the following news articles reporting on the December 2023 filing of Jane Doe's complaint against Christian Lanng:

        a.      Mark Alfred, *Tech CEO Accused of Raping, Torturing Employee in 'Slave Contract,'* The Daily Beast (Dec. 12, 2023), https://www.thedailybeast.com/tradeshift-ceo-christian-lanng-accused-of-trafficking-former-employee (with and without advertisements).

        b.      Jesse O'Neill, *San Francisco Tech CEO Christian Lanng Accused of Forcing Assistant to Sign 'Slave Contract,' Sexual Torture*, New York Post (Dec. 12, 2023), https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lanng-accused-of-forcing-assistant-to-sign-slave-contract/ (with and without advertisements).

        c.      Olivia Land, *Disgraced Tech CEO Who Allegedly Kept Assistant as 'Sex Slave' Palled Around with Kevin Spacey at Glitzy Summit*, New York Post (Dec. 13, 2023), https://nypost.com/2023/12/13/news/disgraced-tech-ceo-who-allegedly-kept-assistant-as-sex-slave-palled-around-with-kevin-spacey/ (with and without advertisements).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 30, 2024 in Los Angeles, California.

_____

Jeffrey A. Payne