# EXHIBIT 9

ANNONCE

# FINANS

KØB   MENU



11/04/2024 KL. 13:42 | ● OPDATERET 11/04/2024 KL. 17:14

**ERHVERV**

# Blev beskyldt for at holde sexslave: Tidligere dansk it-direktør kræver kæmpeerstatning

Først blev han stævnet af en kvinde for at have begået seksuelle krænkelser. Nu har tidligere Tradeshift-direktør Christian Lanng stævnet kvinden for afpresning.



↪ DEL ARTIKLEN  |  🔖 GEM PÅ LÆSELISTE



Christian Lanng var indtil september 2023 topchef i Tradeshift i San Francisco. Illustration: Anders Vester Thykier

  **JESPER HØBERG**

Den detroniserede danske topchef i Tradeshift Christian Lanng tager en strid om en opsigtsvækkende sexkontrakt til nye højder.

Christian Lanng har netop anlagt et modsøgsmål mod en tidligere kvindelig medarbejder og hendes advokatfirma med krav om erstatning på ikke under 40 mio. dollars (ca. 278 mio. kr.) for bl.a. bagvaskelse og pengeafpresning.

003

004

Søgsmålet kommer, efter at kvinden i december stævnede Lanng med anklager om voldtægt og seksuelle krænkelser. En central del af søgsmålet kredser om beskyldninger om sexslaveri med psykiske og fysiske men som resultat.

Kvinden offentliggjorde i samme ombæring en slavekontrakt indgået mellem de to i 2014.

Den BDSM-lignende kontrakt indeholdt bl.a. bestemmelser om, at hun skulle stå seksuelt til rådighed for Christian Lanng døgnet rundt, og at han havde lov til at straffe hende med f.eks. spanking, klemmer og ydmygelser.

## Slave Contract

With this Contract ▮▮▮▮▮▮▮▮▮▮ enter into a 24/7 slave relationship with her Master Christian Lanng. ▮▮▮▮▮▮▮▮▮▮ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

### 1.0.0 Slave's Role

The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master.

Lanng har hele vejen igennem fastholdt, at de to havde et frivilligt seksuelt forhold, og at kvinden nu forsøger at afpresse ham for penge ved at afsløre intime detaljer.

Og nu har Christian Lanng så kontra-stævnet kvinden, der i søgsmålene blot er navngivet med pseudonymet Jane Doe, hendes to advokater og advokatfirmaet Freedman, Taitelman & Cooley, der har base i Los Angeles.

»Som det fremgår af stævningen, er det min opfattelse, at Jane Does advokater er gået til sagen som hurtige penge og besluttede at udvikle en mediehistorie, der er åbenlyst usandsynlig,« udtaler Christian Lanng i en skriftlig udtalelse.

Jane Does ene advokat, Bryan Freedman, kalder i en ligeledes skriftlig udtalelse Lanngs modangreb for et »chokerende og grundløst« forsøg på at dreje fokus væk fra beskyldningen om, at han misbrugte kvinden.

Han afviser, at kvindens søgsmål er udtryk for pengeafpresning:

»Det er fornærmende bare at antyde det. Lanng har misbrugt Jane seksuelt og mentalt, og han, Tradeshift, bestyrelsen og investorerne ska stilles til ansvar,« hedder det.

Ud over Christian Lanng stævnede Jane Doe ligeledes Tradeshift og en stribe personer med tilknytning til selskabet, herunder iværksætteren Morten Lund, Gert Sylvest og Mikkel Hippe Brun.

Alle fire var med til at etablere Tradeshift hjemme i Danmark i 2010, men virksomheden, der har udviklet en handelsplatform for virksomheder, flyttede hurtigt til San Francisco.

Her har Tradeshift gennemført en række finansieringsrunder og undervejs opnået status som såkaldt *unicorn*, hvilket betyder, at virksomheden er værdisat til over 1 mia. dollars.

Christian Lanng var direktør frem til september 2023, da han forlod virksomheden med en forklaring om, at han var udbrændt.

Efterfølgende trak Tradeshift tæppet væk under hans forklaring med en pressemeddelelse om, at han var blevet fyret på grund af anklager om seksuelle overgreb og chikane.

Derefter fulgte stævningen fra Jane Doe og altså nu kontra-stævningen fra Christian Lanng.

Kontra-stævningen føjer nye detaljer til den spektakulære sag.

Ifølge Christian Lanngs udlægning indledte de to et romantisk forhold i begyndelsen af 2014, og kort efter ansatte han hende som sin personlige assistent.

Forholdet varede i fem måneder, men Jane Doe fortsatte med at arbejde for Tradeshift frem til 2020, da hun blev afskediget i forbindelse med en fyringsrunde.

Derefter begyndte hun ifølge Christian Lanng at fremsætte »usammenhængende beskyldninger om seksuelt misbrug« begået af Lanng og andre i Tradeshift.

007

Beskyldningerne blev ifølge Lanng undersøgt af Tradeshifts HR-afdeling, der konkluderede, at der ikke var sket brud på virksomhedens retningslinjer.

Tradeshift har ingen kommentarer til dette.

Sagen eskalerede ifølge Lanng dog først, efter at Tradeshift blev værdisat til over 2 mia. dollars i december 2021.

Jane Doe hyrede advokater, og Christian Lanng blev ifølge eget udsagn rådgivet til at indgå et fortroligt forlig med hende, fordi der sideløbende foregik forhandlinger med en stor bank om et lukrativt salg af Tradeshift.

Forliget faldt på plads i maj 2022 og betød, at kvinden skulle have 10 mio. dollars over en periode.

Ifølge Lanngs presserådgiver nåede han at betale 675.000 dollars, men sagen kørte af sporet, da han missede en rate.

Nu krævede kvinden yderligere 10 mio. dollars, hævder Lanng.

Ifølge ham har kvindens stævning ført til hans fyring fra Tradeshift, missede forretningsmuligheder, »følelsesmæssigt ubehag« og udgifter til bl.a. advokater, og det hele kan opgøres til en værdi på ikke under 40 mio. dollars, mener han.

»Jeg stoler på, at vores retssystem kan gennemskue Jane Does og hendes advokaters grundløse søgsmål og holde både hende og hendes advokater juridisk og økonomisk ansvarlige for deres handlinger,« hedder det i udtalelsen fra Christian Lanng.

Advokat Bryan Freedman påpeger, at Lanng selv indvilgede i at betale Jane Doe 10 mio. dollars i et frivilligt forlig »for at gøre hende tavs«, mens der var forhandlinger med en bank. Ifølge advokaten var der tale om HSBC, som Tradeshift indgik en finansieringsaftale med i august 2023:

»Det rigtige spørgsmål at stille er, hvorfor Lanng ville indvilge i at indgå et forlig om 10 mio. dollars, hvis han intet forkert gjorde?« hedder det i hans skriftlige udtalelse.

**ARTIKLENS EMNER**

TRADESHIFT                                    F Ø L G

HSBC                                          F Ø L G

SE DE EMNER, DU FØLGER



**Begrænsningens kunst:** På karaokebar er der kun én sang, som Ditlev Engel vil synge

Ditlev Engel vender hjem. Efter 17 år i Aarhus er huset, der ligger ved Mindeparken og Marselisborg,...



**Madanmeldelse:** Tjeneren jokede med at stemple ud — en time senere blev han sendt hjem

»Jamen så kan jeg jo godt gå hjem,« sagde tjeneren i spøg, da vi takkede pænt nej til hans tilbud om…



**OK skyder flere penge i kriseramt dagligvaregigant**

Energivirksomheden OK a.m.b.a. må hive yderligere 155 mio. kr. op af kassen



**Pas på:** Din store friværdi kan være umulig at belåne

For to ud af tre boligejere over 50 år giver friværdien økonomisk tryghed. Det

011

for at overtage den kris… | viser en Yougov-under…





**Unge, der kvitter jobbet, koster hvert år Q8 millioner:** »Vi vil gerne forstå dem«

Hvordan har du det? Beskeden popper op på telefonen, når en medarbejder i Q8 har afsluttet en vagt. …

**Stortesten:** Her finder du gode bud på sommerens bedste rosévin

Må jeg ikke indlede med at udbringe et lille leve for den danske sommer? Vi er jo lige oppe over, og…



012



**Dansk direktør går i clinch med oliegigant:** »Jeg forventer ikke at blive modtaget med klapsalver og kindkys«

PFA-direktør Rasmus Bessing forventer ikke nogen varm velkomst, når han fredag tropper op på en af å...



Lars Munch færdig som formand i JP/Politikens Hus

Det er lidt over en måned siden, at Lars Munch blev udnævnt som ny formand for mediekoncernen JP/Pol...



Nu er der fundet flere milliarder i statskassen: Her er erhvervslivets ønsker

Den danske økonomi er så velsmurt en maskine, at der vil komme langt flere penge ind i statskassen, ...



Nye obligationer sluger halvdelen af disse boligejeres rentegevinst

Foreløbig 16.000 boligejere får slet ikke gavn af de faldende renter som alle andre. Det er de bolig...

013

# Top job

 

k via PRO&CO A/S · Grant Thornton · Sydbank A/S

·lger B2B - · Senior Associates og · Privatrådgiver til
and · Managere til Transaction · Billund/Grindsted
· Advisory Service i
· København

LÆS MERE FRA TOP JOB

# FINANS

**Adresse:**
Rådhuspladsen 37,
1785 København V
+45 33 30 31 31

**Udgiver:**
JP/Politikens Hus

**Redaktionen:**
Kontakt redaktionen
Nyhedsbreve
Download app

**For annoncører:**
Annonce

014

