# EXHIBIT 10



# CERTIFICATION OF TRANSLATION

**Project number: S-238008**

**Name of files: Translation Danish to English / Marlene Rios**

**Job performed on: 29-05-2024**

**Translation from language: Danish**

**Translation into language: English**

**Translation performed by: U.T.S Inter**

**Date of certification: May 29, 2024**

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

*A.H.J Huisman, Managing Director*
*Universal Translation Services*

Corporate ATA Member number 260038
American Translators Association

- Head Office USA:  Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain:  Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:  Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia



001

- 11/04/2024 KL. 13:42
- OPDATERET 11/04/2024 KL. 17:14

**ERHVERV**

# Blev beskyldt for at holde sexslave: Tidligere dansk it-direktør kræver kæmpeerstatning

Først blev han stævnet af en kvinde for at have begået seksuelle krænkelser. Nu har tidligere Tradeshift-direktør Christian Lanng stævnet kvinden for afpresning.

**DEL ARTIKLEN** GEM PÅ LÆSELISTE



Christian Lanng var indtil september 2023 topchef i Tradeshift i San Francisco. Illustration: Anders Vester Thykier



**JESPER HØBERG**

Den detroniserede danske topchef i Tradeshift Christian Lanng tager en strid om en opsigtsvækkende sexkontrakt til nye højder.

002

Christian Lanng har netop anlagt et modsøgsmål mod en tidligere kvindelig medarbejder og hendes advokatfirma med krav om erstatning på ikke under 40 mio. dollars (ca. 278 mio. kr.) for bl.a. bagvaskelse og pengeafpresning.

Søgsmålet kommer, efter at kvinden i december stævnede Lanng med anklager om voldtægt og seksuelle krænkelser. En central del af søgsmålet kredser om beskyldninger om sexslaveri med psykiske og fysiske men som resultat.

Kvinden offentliggjorde i samme ombæring en slavekontrakt indgået mellem de to i 2014.

Den BDSM-lignende kontrakt indeholdt bl.a. bestemmelser om, at hun skulle stå seksuelt til rådighed for Christian Lanng døgnet rundt, og at han havde lov til at straffe hende med f.eks. spanking, klemmer og ydmygelser.

## Slave Contract

With this Contract ▮▮▮▮▮▮▮▮▮▮▮▮ enter into a 24/7 slave relationship with her Master Christian Lanng. ▮▮▮▮▮▮▮▮▮ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

### 1.0.0 Slave's Role

The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master.

Lanng har hele vejen igennem fastholdt, at de to havde et frivilligt seksuelt forhold, og at kvinden nu forsøger at afpresse ham for penge ved at afsløre intime detaljer.

Og nu har Christian Lanng så kontra-stævnet kvinden, der i søgsmålene blot er navngivet med pseudonymet Jane Doe, hendes to advokater og advokatfirmaet Freedman, Taitelman & Cooley, der har base i Los Angeles.

»Som det fremgår af stævningen, er det min opfattelse, at Jane Does advokater er gået til sagen som hurtige penge og besluttede at udvikle en mediehistorie, der er åbenlyst usandsynlig,« udtaler Christian Lanng i en skriftlig udtalelse.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267
AHJ Huisman

Jane Does ene advokat, Bryan Freedman, kalder i en ligeledes skriftlig udtalelse Lanngs modangreb for et »chokerende og grundløst« forsøg på at dreje fokus væk fra beskyldningen om, at han misbrugte kvinden.

Han afviser, at kvindens søgsmål er udtryk for pengeafpresning:

»Det er fornærmende bare at antyde det. Lanng har misbrugt Jane seksuelt og mentalt, og han, Tradeshift, bestyrelsen og investorerne skal stilles til ansvar,« hedder det.

Ud over Christian Lanng stævnede Jane Doe ligeledes Tradeshift og en stribe personer med tilknytning til selskabet, herunder iværksætteren Morten Lund, Gert Sylvest og Mikkel Hippe Brun.
Alle fire var med til at etablere Tradeshift hjemme i Danmark i 2010, men virksomheden, der har udviklet en handelsplatform for virksomheder, flyttede hurtigt til San Francisco.

Her har Tradeshift gennemført en række finansieringsrunder og undervejs opnået status som såkaldt *unicorn*, hvilket betyder, at virksomheden er værdisat til over 1 mia. dollars.
Christian Lanng var direktør frem til september 2023, da han forlod virksomheden med en forklaring om, at han var udbrændt.

Efterfølgende trak Tradeshift tæppet væk under hans forklaring med en pressemeddelelse om, at han var blevet fyret på grund af anklager om seksuelle overgreb og chikane.

Derefter fulgte stævningen fra Jane Doe og altså nu kontra-stævningen fra Christian Lanng.

Kontra-stævningen føjer nye detaljer til den spektakulære sag.

Ifølge Christian Lanngs udlægning indledte de to et romantisk forhold i begyndelsen af 2014, og kort efter ansatte han hende som sin personlige assistent.

Forholdet varede i fem måneder, men Jane Doe fortsatte med at arbejde for Tradeshift frem til 2020, da hun blev afskediget i forbindelse med en fyringsrunde.

Derefter begyndte hun ifølge Christian Lanng at fremsætte »usammenhængende beskyldninger om seksuelt misbrug» begået af Lanng og andre i Tradeshift.

Beskyldningerne blev ifølge Lanng undersøgt af Tradeshifts HR-afdeling, der konkluderede, at der ikke var sket brud på virksomhedens retningslinjer.

Tradeshift har ingen kommentarer til dette.

Sagen eskalerede ifølge Lanng dog først, efter at Tradeshift blev værdisat til over 2 mia. dollars i december 2021.

Jane Doe hyrede advokater, og Christian Lanng blev ifølge eget udsagn rådgivet til at **indgå et fortroligt** forlig med hende, fordi der sideløbende foregik forhandlinger med en stor bank om et **lukrativt salg af** Tradeshift.

Forliget faldt på plads i maj 2022 og betød, at kvinden skulle have 10 mio. dollars over **en periode**.

004

Ifølge Lanngs presserådgiver nåede han at betale 675.000 dollars, men sagen kørte af sporet, da han missede en rate.

Nu krævede kvinden yderligere 10 mio. dollars, hævder Lanng.

Ifølge ham har kvindens stævning ført til hans fyring fra Tradeshift, missede forretningsmuligheder, »følelsesmæssigt ubehag« og udgifter til bl.a. advokater, og det hele kan opgøres til en værdi på ikke under 40 mio. dollars, mener han.

»Jeg stoler på, at vores retssystem kan gennemskue Jane Does og hendes advokaters grundløse søgsmål og holde både hende og hendes advokater juridisk og økonomisk ansvarlige for deres handlinger,« hedder det i udtalelsen fra Christian Lanng.

Advokat Bryan Freedman påpeger, at Lanng selv indvilgede i at betale Jane Doe 10 mio. dollars i et frivilligt forlig »for at gøre hende tavs«, mens der var forhandlinger med en bank. Ifølge advokaten var der tale om HSBC, som Tradeshift indgik en finansieringsaftale med i august 2023:

»Det rigtige spørgsmål at stille er, hvorfor Lanng ville indvilge i at indgå et forlig om 10 mio. dollars, hvis han intet forkert gjorde?« hedder det i hans skriftlige udtalelse.

04/11/2024 AT 13:42

UPDATED 04/11/2024 AT 17:14

BUSINESS

# Accused of keeping sex slaves: Former Danish IT director demands huge compensation

First he was sued by a woman for sexual harassment. Now, former Tradeshift CEO Christian Lanng has sued the woman for blackmail.

SHARE ARTICLE SAVE TO READING LIST



Until September 2023, Christian Lanng was CEO of Tradeshift in San Francisco. Illustration: Anders Vester Thykier



**JESPER HØBERG**

The dethroned Danish CEO of Tradeshift Christian Lanng takes a dispute over a sensational sex contract to new heights.

006

Christian Lanng has just filed a countersuit against a former female employee and her law firm, claiming damages of no less than 40 million dollars (approx. 278 million DKK) for slander and extortion, among other things.

The lawsuit comes after the woman filed a lawsuit against Lanng in December, accusing him of rape and sexual assault. A central part of the lawsuit revolves around allegations of sexual slavery resulting in mental and physical harm.

At the same time, the woman published a slave contract signed between the two in 2014.

The BDSM-like contract included provisions that she was to be sexually available to Christian Lanng around the clock, and that he was allowed to punish her with things like spanking, pinching and humiliation.

## Slave Contract

With this Contract ▓▓▓▓▓▓▓▓▓▓ enter into a 24/7 slave relationship with her Master Christian Lanng. ▓▓▓▓▓▓▓▓▓▓ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

### 1.0.0 Slave's Role
The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master.

Lanng has maintained throughout that the two had a consensual sexual relationship and that the woman is now trying to extort money from him by revealing intimate details.

And now Christian Lanng has counter-sued the woman, who is referred to in the lawsuits simply by the pseudonym Jane Doe, her two lawyers and the Los Angeles-based law firm Freedman, Taitelman & Cooley.

"As stated in the subpoena, it is my opinion that Jane Doe's attorneys approached the case as a quick money and decided to develop a media story that is patently false," Christian Lanng said in a written statement.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

007

Jane Doe's sole attorney, Bryan Freedman, in an equally written statement, calls Lanng's counterattack a "shocking and baseless" attempt to shift the focus away from the accusation that he abused the woman.

He denies that the woman's lawsuit is a form of extortion:

"It is insulting to even suggest it. Lanng has sexually and mentally abused Jane, and he, Tradeshift, the board and investors must be held accountable," it said.

In addition to Christian Lanng, Jane Doe also sued Tradeshift and a number of people associated with the company, including entrepreneur Morten Lund, Gert Sylvest and Mikkel Hippe Brun.
All four co-founded Tradeshift back home in Denmark in 2010, but the company, which has developed a trading platform for businesses, quickly moved to San Francisco.

Tradeshift has completed a number of funding rounds and, along the way, achieved *unicorn status,* which means the company is valued at over 1 billion dollars.
Christian Lanng was CEO until September 2023, when he left the company with the explanation that he was burned out.

Subsequently, Tradeshift pulled the rug out from under his explanation with a press release stating that he had been fired due to allegations of sexual assault and harassment.

Then came the subpoena from Jane Doe and now the counter-subpoena from Christian Lanng.

The countersuit adds new details to the spectacular case.

According to Christian Lanng, the two began a romantic relationship in early 2014, and soon after he hired her as his personal assistant.

The relationship lasted five months, but Jane Doe continued to work for Tradeshift until 2020, when she was dismissed in a round of layoffs.

Then, according to Christian Lanng, she began making "incoherent allegations of sexual abuse" by Lanng and others at Tradeshift.

According to Lanng, the allegations were investigated by Tradeshift's HR department, which concluded that there had been no breach of company guidelines.

Tradeshift has no comments on this.

However, according to Lanng, the case only escalated after Tradeshift was valued at over $2 billion in December 2021.

Jane Doe hired lawyers and Christian Lanng was advised to enter into a confidential **settlement with her** because, at the same time, negotiations were taking place with a large bank about a **lucrative sale of** Tradeshift.

The settlement was reached in May 2022 and meant that the woman would receive 10 **million dollars over** a period of time.

008

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

According to Lanng's press advisor, he managed to pay $675,000, but the case went off the rails when he missed an installment.

Now the woman demanded another 10 million dollars, Lanng claims.

According to him, the woman's lawsuit has led to his dismissal from Tradeshift, missed business opportunities, "emotional distress" and legal and other expenses, all valued at no less than $40 million, he says.

"I trust that our legal system can see through Jane Doe's and her lawyers' baseless lawsuit and hold both her and her lawyers legally and financially accountable for their actions," Lanng said in the statement.

Attorney Bryan Freedman points out that Lanng himself agreed to pay Jane Doe $10 million in a voluntary settlement "to silence her" while negotiations with a bank were ongoing. According to the lawyer, it was HSBC, with whom Tradeshift entered into a financing agreement in August 2023:

"The real question to ask is why would Lanng agree to settle for $10 million if he did nothing wrong?" his written statement reads.

009

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman