# EXHIBIT 11



    

**Travis Scott, Alexander 'AE' Edwards Brawl In Cannes With Tyga Close By**

**Can You Guess Which Hot Star Shared This Sexy Robe Snap?**

**'Wheel of Fortune' Contestant's Wild 'in the Butt' Guess, Audience Cracks Up**

**See Expecting Parents Justin And Hailey Bieber Vacaying In Japan!**

**Billie Eilish Appears to Shade Taylor Swift, Calls 3-Hour Concerts 'Psychotic'**

Reality Stars Declare War on NBC & Bravo, Claim Sexual, Mental Health Exploitation

# TV REALITY STARS
# DECLARING WAR ON NBC, BRAVO
## Allege Sexual, Mental Health Exploitation

    *8/4/2023 6:39 AM PT*



TMZ 001



Getty

**UPDATE**

**12:03 PM PT** -- Attorney **Bryan Freedman** joined us on "TMZ Live" Friday, breaking down the allegations being made against the studios ... and while he has about 15 people interested in the case, he says hundreds will come forward.

TMZ

002



STOP THE EXPLOITATION

8/4/23

TMZ.com

He says tons of folks have been exploited for many different reasons, with mental illness being a big one -- and it's an alleged tactic Bryan thinks is "disgusting."

Bryan claims these reality stars have laws that protect them from things like this, but something shady's been going down. BTW, he also talked to us about an alleged "slave contract" that he says was utilized for production.

Some reality stars have gone scorched earth against NBC and, it appears, in particular, Bravo ... claiming its reality stars have been subjected to "grotesque and depraved mistreatment."

TMZ has obtained a **letter** sent by attorneys Bryan Freedman and **Mark Geragos** to NBC, claiming current and former cast and crew members of its reality shows have been tormented. Among the allegations:

TMZ
003

Re: **Demand for Immediate Litigation Preservation Hold**

Dear Kimberley:

This firm, along with Mark Geragos, represents a significant number of individuals employed by or contracted with Bravo Media ("Bravo"), E!, and CNBC (collectively, "NBC"), assets owned and controlled by NBCUniversal. Specifically, our clients are current and former cast members and crewmembers on some of NBC's most lucrative reality TV shows. As you know, NBC has a pattern and practice of grotesque and depraved mistreatment of the reality stars and crewmembers on whose account its coffers swell. These individuals have been mentally, physically, and financially victimized by NBC and threatened with ruin should they decide to speak out about their mistreatment. As a result, the sordid and dark underbelly of NBC's widely consumed reality TV universe has remained under wraps for far too long. Please be advised that the day of reckoning has arrived.

While our investigation is still ongoing, we have reason to believe that cast members and crewmembers on NBC reality TV shows have been subjected to disturbing mistreatment by NBCUniversal and/or its employees, contractors, and third-party affiliates. This includes, but is not limited to:

- Deliberate attempts to manufacture mental instability by plying cast members with alcohol while depriving them of food and sleep.

**READ THE LETTER**     LAUNCH DOC



**-- Deliberate attempts to manufacture mental instability by plying cast members with alcohol while depriving them of food and sleep**



-- Denying mental health treatment to cast members displaying obvious and alarming signs of mental deterioration

-- Exploiting minors for uncompensated and sometimes long-term appearances on NBC reality TV shows

-- Distributing and/or condoning the distribution of non-consensual pornography

-- Covering up acts of sexual violence

-- Refusing to allow cast members the freedom to leave their shows, even under dire circumstances



**REALITY TV -- BEHIND THE SCENES**   LAUNCH GALLERY

Getty



005

The pornography claim is interesting ... in the letter, the lawyers mention "distribution of revenge porn," though they do not elaborate.



The letter demands that NBC retain a slew of information, including "nonconsensual pornography in connection with cast members ... [and] alleged sexual violence perpetrated by or against cast members ..."

The lawyers claim NBC has "threatened [cast members] with ruin should they decide to speak out about their mistreatment."



This aligns with **Bethenny Frankel**'s call to unionize reality stars.

We reached out to NBC for comment ... so far, no word back.

Originally Published -- 6:39 AM PT

 SHARE           SHARE



Thenerdstash.com

Trolls Viciously Attack & Body-Shame Selena Gomez's Beach Pics

Spo

## RELATED ARTICLES

 **Emmys Postponed Amid Actors' and Writers' Strikes**

 **SAG-AFTRA President Fran Drescher Rips Studios, Says Public Can Help End Strike**

REALITY TV    NBC    SEX    EXCLUSIVE    FAIRLY LEGAL    HEALTH

TMZ 007



## MORE FOR YOU

Recommended by Outbrain



**This Photo Was Not Edited, Look Closer**
Sponsored - Daily Sports Reporter



**The New EX90 SUV Will Leave You Speechless (See Prices)**
Sponsored - Popular Searches|Search Ads





[Photos] Barbara, the Bounty Hunter's Daughter, Died At 23
Sponsored - Guilty Eats



[Photos] Wayne Brady Finally Came Out In H…
Sponsored - Last Night On



[Photos] 30+ Disgusting Facts About Life In Th…
Sponsored - Culturess



[Photos] Tori Spelling's Son Came Out, Makin…
Sponsored - Last Night On



[Photos] Unsettling Pics Of Places That Had To…
Sponsored - Last Night On



Sean Kingston Arrested in Southern California After FL Raid at His Home



TMZ TV Hot Takes: Cassie Speaks Out, Britney Spears, Victor Wembanyama



### 7.5% High Yield CD
Find The Highest CD Interest Rates

Sponsored - CD Rates



### Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens
Watch More

Sponsored - MCT Wellness

