# EXHIBIT 12

# Keen On… Christian Lanng: Why All Current Business Software Is Crap [TCTV]

Login

Search

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More

**Andrew Keen**

@ajkeen  /  10:45 AM PDT • March 20, 2012

Comment




Forget all those stereotypes about repressed, understated Scandinavians. Christian Lanng, the CEO and co-founder of the business software network Tradeshift, is as unashamedly noisy as

the brashest Silicon Valley entrepreneur (think a young Viking version of Marc Benioff). And not only has Lanng founded one of the most promising business start-ups in the world right now but, having relocated to the Bay Area earlier this year from his native Copenhagen, he's also pioneering the idea of a lean intercontinental start-up with offices in Europe, America and Asia.

So why, I asked Lanng when he came into TechCrunch TV's San Francisco studio earlier this month, did he move from Denmark to Silicon Valley? While Lanng acknowledged the value of the European welfare state in giving him the education to become a top class programmer, he told them that this welfare system "kills the hunger" to make money. America, in contrast with Europe, "creates hunger" for success, Lanng told me.

Lanng also was not shy to promote Tradeshift. "All current business software is crap", he explained, before detailing how his start-up is using distributed data to solve core problems for many of the world's businesses. I suspect Lanng is onto something here. The 18 month old Tradeshift has already raised $17 million from investors including PayPal and is being used by more than 100,000 companies around the globe. So keep an

Login

Search 🔍

Startups
Venture
Security
AI
Crypto
Apps
Events
Startup Battlefield
More

**002**

eye on Christian Lanng. This is one Scandinavian who isn't shy to radically change the world.

## More TechCrunch







Login

Search

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More



Login

Search

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More

# Sign up for Newsletters

See all newsletters

[ ] Daily News

☐ Week in Review

☐ Startups Weekly

☐ Event Updates

☐ Advertising Updates

By subscribing, you are agreeing to Yahoo's Terms and Privacy Policy.

Email *

Subscribe

http://tcrn.ch/GBoEyq          Copy

Login

Search 🔍

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More

## Tags

christian lanng    Keen On    Video



### Opera's AI assistant can now summarize web pages on Android

Aisha Malik
10:07 AM PDT • May 6, 2024



### TechCrunch Minute: Newchip, Techstars, and what happens when startup accelerators fail

Alex Wilhelm
9:00 AM PDT • May 6, 2024



### Police resurrect Lockbit's site and troll the ransomware gang

Lorenzo Franceschi-Bicchierai

8:39 AM PDT • May 6, 2024

Login

Search 🔍

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More



### How to choose a deep tech startup program

Tim De Chant

8:30 AM PDT • May 6, 2024



### Dorsey leaves Bluesky, tech giants do more with less, and the next IPO

Alex Wilhelm, Theresa Loconsolo

8:16 AM PDT • May 6, 2024



### Apple iPad event 2024: Watch Apple unveil new iPads right here

Brian Heater

8:00 AM PDT • May 6, 2024



### Alphabet-owned Intrinsic incorporates Nvidia tech into robotics platform

Brian Heater

8:00 AM PDT • May 6, 2024



### Stack Overflow signs deal with OpenAI to supply data to its models

Kyle Wiggers

7:55 AM PDT • May 6, 2024

Login

Search 🔍

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More



### Biden administration plans $285M in CHIPS Act funding for digital twins

Anthony Ha

3:00 AM PDT • May 6, 2024



### Quora CEO Adam D'Angelo talks about AI, chatbot platform Poe and why OpenAI is not a competitor

Ivan Mehta

3:00 AM PDT • May 6, 2024



### Sequoia's Jess Lee explains how early-stage startups can identify product-market fit

Ingrid Lunden

1:31 AM PDT • May 6, 2024



# Jack Dorsey departs Bluesky board

Anthony Ha

1:20 PM PDT • May 5, 2024

Login

Search

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More



# Hyundai antes up $1B for AV startup Motional and Elon unplugs the Tesla Supercharger team

Kirsten Korosec

12:00 PM PDT • May 5, 2024



# Women in AI: Catherine Breslin helps companies develop AI strategies

Dominic-Madori Davis

9:00 AM PDT • May 5, 2024



# Why NASA is betting on a 36-pixel camera

Haje Jan Kamps

8:03 AM PDT • May 5, 2024



# Alternative clouds are booming as companies



seek cheaper access to GPUs

Kyle Wiggers
6:30 AM PDT • May 5, 2024

Login

Search

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More



### The rabbit r1 shipped half-baked, but that's kind of the point

Devin Coldewey
5:05 AM PDT • May 5, 2024



### Google lays off workers, Tesla cans its Supercharger team and UnitedHealthcare reveals security lapses

Kyle Wiggers
1:15 PM PDT • May 4, 2024



### Human composting and timber marketplaces: Talking "industrial" VC with investor Dayna Grayson

Connie Loizos
12:23 PM PDT • May 4, 2024



### Women in AI: Tara Chklovski is teaching the next generation of AI innovators

Dominic-Madori Davis
10:00 AM PDT • May 4, 2024

| About | Legal | | |
|---|---|---|---|
| TechCrunch Staff | Terms of Service | | Login |
| Contact Us | Privacy Policy | | Search |
| Advertise | | | |
| Crunchboard Jobs | RSS | | Startups |
| | Terms of Use | | Venture |
| Site Map | | | Security |
| | Your Privacy Choices | | AI |
| | | | Crypto |
| | | | Apps |
| | CA Privacy Notice | | Events |
| | | | Startup Battlefield |
| | Code of Conduct | | More |
| | About Our Ads | | |

**Trending Tech Topics**

Google Cloud

Kaiser Hack

Noncompete Ban

TikTok Ban

Augment Startup

Tech Layoffs

ChatGPT

Facebook

X

YouTube

Instagram

Login

LinkedIn

Mastodon

Search

© 2024 Yahoo.

All rights reserved.

Powered by WordPress VIP.

Startups

Venture

Security

AI

Crypto

Apps

Events

Startup Battlefield

More