# EXHIBIT 13

  



# Christian Lanng

Chief Executive Officer, Chairman and Co-Founder, Tradeshift

@christianlanng

Linkedin

Chief Executive Officer and Chairman, Tradeshift, a global cloud network and platform for commerce between companies, currently serving more than 1.5 million companies in more than 150 countries; works with Fortune 500 leaders on digital transformation of supply-chains and the Fourth Industrial Revolution. Expertise and interests: artificial intelligence, digital global trade, cloud and digital transformation, supply chain digitalization and sustainable supply chains.

## Most Popular



### How to stop supply chain issues disrupting the economic recovery
11 Nov 2021



### Here's how global supply chains will change after COVID-19
06 May 2020

**001**

## ABOUT US

Our Mission

Our Impact

Leadership and Governance

Partners

Sustainability at the Forum

History

Careers

Contact Us

## EVENTS

Events

Open Forum

## MEDIA

Press

Subscribe to our press releases

Pictures

## MORE FROM THE FORUM

Strategic Intelligence

UpLink

002

Centre for the Fourth Industrial Revolution

New Champions

**PARTNERS & MEMBERS**

Sign in

Join Us

**LANGUAGE EDITIONS**

English

Español

中文

日本語

Privacy Policy & Terms of Service

© 2024 World Economic Forum

003