# EXHIBIT 15

Subscribe: $49.99/year          Sign In

ADVERTISEMENT

# Christian Lanng

Forbes Councils Member | **COUNCIL POST** • Membership (fee-based)

Founder and CEO, Tradeshift, a global cloud network and platform for commerce between companies serving more than 1.5 million businesses. Read Christian Lanng's full executive profile here.

**Latest**     Popular     Archive



225 views • Sep 30, 2022

001

**Inflation Hogs The Headlines, But Distance Is The Danger**



417 views • Apr 12, 2022

**Equipping Supply Chains For A Troubled World**



859 views • Jun 16, 2021

**Why It's Time To Reset The Relationship Between Buyers And Suppliers**



465 views • Oct 20, 2020

**Covid Gives Us A Chance To Catch Up With The Future**

003

ADVERTISEMENT

See Also



893 views • Jul 9, 2020

**Unlocking Capital To Fund Sustainable Supply Chains**

More Articles

ADVERTISEMENT

# Forbes

© 2024 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information    Privacy Preferences    Digital Terms of Sale    Terms of Service
Contact Us    Send Us Feedback    Report a Security Issue    Jobs At Forbes    Reprints & Permissions    Forbes Press Room
Advertise    Investors

FORBES > INNOVATION

# Equipping Supply Chains For A Troubled World



**Christian Lanng** Forbes Councils Member

**Forbes Technology Council** COUNCIL POST | Membership (fee-based)

Apr 12, 2022, 07:45am EDT

*Founder and CEO, Tradeshift, a global cloud network and platform for commerce between companies serving more than 1.5 million businesses.*



GETTY

After a tumultuous two years, supply chain operators had begun to dream

of a gradual return to normal as the bottlenecks that had bedeviled the transport of goods around the world showed the first signs of easing in the final months of 2021.

ADVERTISEMENT



**Own a Dogtopia Franchise**

Own a Dog Daycare Franchise | Dogtopia Franchise

Dogtopia                                                Open  ›

Hope for better times ahead proved tragically premature, however, with the horrific events unfolding in Ukraine adding an even more difficult dimension to the global trading environment. According to one recent report, more than 300,000 companies have already seen a significant impact on their supply chain since the war broke out. That number will continue to rise as the conflict continues and sanctions begin to bite.

With inflation already running at its highest levels in 30 years, businesses in virtually every sector are contending with rising costs and shortages of vital components. Resilience measures, which include maintaining higher inventory levels to cope with volatile demand cycles, are adding to the squeeze

ADVERTISEMENT



Big discount on Temu. Up to 90% off. Shop now.

## The Danger Of A Siege Mentality

In a perfect world, buyers and suppliers would be working together to address shared challenges. A number of factors prevent them from doing this, not least the primal instinct of self-preservation. Many large organizations were quick to erect their own barricades at the beginning of the pandemic, canceling supplier orders and deferring payments to protect their own cash flow. These measures might seem to afford some protection, but they only result in further snarling up supply chains and exacerbating pressures on an already fragile ecosystem.

This kind of siege mentality is a natural response to confounding events like Covid-19, and it wasn't necessarily the wrong reaction for the short term. China's swift and severe lockdown measures looked like a masterstroke early on in the pandemic, with factories up and running again in a matter of weeks. Data from our company's Index of Global Trade Health shows trade activity tracking at well above pre-pandemic forecasts in the first half of 2021. The same strict Covid measures are now, however, becoming a major barrier to recovery. The latest data shows a 10 point fall

in transaction volumes in Q4. Lockdown measures in Shanghai and Shenzen, which account for 16% of China's exports, will place further pressure on strained capacity across the region.



## The Problematic Relationship Between Buyers And Sellers

It is easy enough to blame Covid for the barriers that continue to hamper supply chains, but the walls between businesses actually went up long before the pandemic. While the relationship between suppliers and buyers is traditionally visualized as a chain, from a relationship standpoint, it tends to look a lot more like a bicycle wheel. This is because, for decades, businesses have been pursuing a hub-and-spoke approach to procurement, with production entirely reliant on a small coterie of suppliers operating within the buyer's "walled garden."

These single-strand models enabled organizations to slash costs through just-in-time manufacturing models. But they provided very little visibility

beyond first-tier relationships. Enterprises had no insight into their suppliers' relationships with other organizations down the chain—and, subsequently, their overall health. In short, they were in a prison of their own making, blind to potential problems that could affect their suppliers and, subsequently, them.

The hub-and-spoke model makes connecting buyers and suppliers both laborious and inefficient. Furthermore, most business software designed to support this process seems to stem from another age. Every new connection is a project in and of itself, with integrations extending into months. It's a world away from the social networks that connect billions of people across the globe. Understandably, buyers tend to prioritize onboarding based on the perceived value of the supplier. Typically these are the largest, tier-one suppliers. For all the talk of digitalization across supply chains, a 20% onboarding rate is still seen as the benchmark of success. That's 80% of smaller suppliers left out in the cold.

And yet these smaller suppliers hold the key to solving the crisis—or even preventing it in the first place: If manufacturers had a more holistic view of their suppliers' businesses, they would be able to anticipate when they were

about to come under pressure and take action. Either by providing early payment options when they are struggling with cash flow or by building in redundancies so orders can be spread across a more diverse group during volatile trading periods.

**The Network Effect**

The most efficient and resilient supply chains are, in effect, digitally networked ecosystems of suppliers, distributors, retailers and every other partner an organization needs. This is the only model that enables participating businesses to exchange real-time information, accurately forecast changes in demand and communicate effectively with partners.

Making this transition needs more than a change of mindset; it requires a change of methodology, underpinned by technology that looks and feels more like a social network and where every business has the same opportunity to be part of the community and get value back from their participation.

It may be a curse to live in interesting times, but countless inventions were

the product of a troubled, turbid world. Technology is by no means the be-all-end-all solution that some would make it out to be. The real value technology brings is the visibility, options and time it affords us as human beings. All of these assets will be crucial when it comes to maintaining strong relationships during uncertain times.

Forbes Technology Council is an invitation-only community for world-class CIOs, CTOs and technology executives. *Do I qualify?*

MORE FROM FORBES ADVISOR

**Best Tax Software Of 2022**

**Best Tax Software For The Self-Employed Of 2022**

**Income Tax Calculator: Estimate Your Taxes**

*Follow me on Twitter or LinkedIn. Check out my website.*

 **Christian Lanng**

Founder and CEO, Tradeshift, a global cloud network and platform for commerce... **Read More**

Editorial Standards          Corrections                    Reprints & Permissions

ADVERTISEMENT

## Recommended

01. **Stocks That Will Make You Rich in 2024**                    >

02. **No.1 AI Stock to Invest In**                                >

03. **Styles of Leadership**                                      >

04. **Top AI Companies to Invest In**                             >

05. **AI Stock to Buy Right Now**                                 >

# Forbes

© 2024 Forbes Media LLC. All Rights Reserved.

AdChoices |Privacy Statement |Do Not Sell My Personal Information |Digital Terms of Sale |Terms of Service |
Contact Us |Report a Security Issue |Jobs At Forbes |Reprints & Permissions |Forbes Press Room |Advertise

FORBES > INNOVATION

# Why It's Time To Reset The Relationship Between Buyers And Suppliers



**Christian Lanng** Forbes Councils Member

**Forbes Technology Council** COUNCIL POST | Membership (fee-based)

 

Jun 16, 2021, 09:10am EDT

*Founder and CEO, Tradeshift, a global cloud network and platform for commerce between companies serving more than 1.5 million businesses.*



GETTY

Suppliers of semiconductor chips and buyers in the automotive industry are locked in a stand-off over who should bear the cost of maintaining excess inventory to help manage spikes in demand.

ADVERTISEMENT



Tradeweb

**SEC Treasury Clearing Mandate: What Market Participants Need to Know**

In late 2023, the U.S. Securities and Exchange Commission (SEC) adopted a new set of rules requiring the majority of trades in the $26 trillion U.S. Treasuries markets to be cleared through...

**LEARN MORE >>**

Jean-Marc Chéry, chief executive of STMicroelectronics, was pulling no punches when, during a recent interview with the Financial Times, he spoke of an "imbalance" in the relationship between suppliers and their customers: "If they expect the semiconductor [suppliers] to be the bank, to keep having a big working capital to support them, they can forget it."

Disputes such as this are not uncommon within supply chains. Indeed, it is fairly standard practice for large buyers to flex their buying power in order to negotiate a better deal with suppliers.

015

ADVERTISEMENT






Now is the perfect time to join Dogtopia,
North America's fastest-growing pet
franchise

As CEO of a multibillion-dollar organization, Mr. Chéry and his peers are
more than capable of handling themselves in a negotiation. But spare a
thought for the millions of suppliers globally that do not have a place at the
negotiating table. What leverage does a widget producer in the Philippines
have when its only buyer asks for a better deal? Or a truck driver in Idaho
whose largest customer suddenly implements 120-day payment terms?

**Smaller Suppliers Foot The Bill For Covid Disruption**

Early on in the pandemic, lack of visibility meant supply chain operators
were hit by disruption in areas deep within their supply chains that they
barely knew existed. The same lack of visibility also meant that when large
buyers canceled orders and started to defer payments to their tier-one
suppliers, they had very little awareness of how these acts of self-
preservation would affect suppliers further down the supply chain.

Richer nations stepped in with a range of measures to protect suppliers from bankruptcy. Even so, many suppliers were forced to dig deep into their limited reserves of working capital to stay afloat. The entire supply chain has been knocked from its axis, and it will be some time before equilibrium is restored.

## Surging Order Volumes Create Fresh Challenges

Trying to build on such uneven foundations will inevitably create problems. According to our company's latest Index of Global Trade Health, manufacturing order volumes surged by 80% year on year in March. One in five suppliers reported being concerned about their ability to keep pace with that rise in demand. The data suggests that while order volumes are increasing, buyers are maintaining a tight grip on working capital, making it difficult for suppliers to build up the cash reserves they need to accelerate production. Nearly a third of suppliers had seen their cash flow position deteriorate over the past six months. Nearly half said that they had seen an increase in the number of late customer payments since the beginning of the year.

ADVERTISEMENT



## The Wrong Tools For The Right Job

Before the pandemic, the relationship between buyers and suppliers was largely governed by the exchange of paper-based documents. Most organizations now accept that digitizing these processes should be a priority as they look to ingrain transparency, flexibility and collaboration into supply chains. But the odds that such initiatives will be successful are low. According to Boston Consulting Group, 70% of large-scale digitalization projects will fail to meet their objectives.

For all its promises of enhanced transparency and flexibility, the majority of enterprise software struggles to replicate the complex and interconnected architecture of modern supply chains. Rather than making it easy for buyers and suppliers to connect with one another, the design of these systems revolves around a series of one-to-one relationships. Every new connection between a buyer and a supplier is a project in itself, requiring significant time and effort from both the buyer and the seller.

Any benefits from such systems are almost entirely skewed toward the buyer. Suppliers, meanwhile are presented with an ultimatum compelling

018

them to spend time and money connecting to complex systems they must then navigate just to get paid. That does not feel like the basis for a more balanced and collaborative relationship.

## LinkedIn For The Supply Chain

So what is the solution? The way we establish and maintain relationships in our personal lives is increasingly governed by the social media applications a majority of us subscribe to. Why should the way that buyers and suppliers interact should not be any different? A new breed of cloud-based supply chain platforms is taking inspiration from sites like LinkedIn to make it incredibly easy for buyers and suppliers to connect and share information with each other on a single network.

Establishing this digital foundation opens up a far more holistic view of trading relationships that mirrors the highly interconnected nature of modern supply chains. It also allows decision-makers to spot single points of failure faster and make informed choices about how to manage them.

Furthermore, the robust data that these networks provide into buyer-

supplier relationships opens the door to a range of innovations that offer real value to suppliers, from increased access to curated marketplaces where sellers can seek out fresh commercial opportunities to digitized financing options that help them unlock faster access to working capital.

Transitioning to more equitable and, ultimately, more resilient buyer-supplier relationships will also require a broader shift in attitudes and approaches to procurement. Supplier diversity programs, particularly those that favor businesses with sound sustainability credentials, will rise further up the corporate agenda as buyers seek to reduce their reliance on single sourcing. Experiences of the past year will also trigger a shift away from the largely informal and transactional relationships that have traditionally governed supply chains and move toward longer-term partnerships that emphasize more regular information and data sharing.

**A Chance To Level The Playing Field**

Buyers and suppliers will never stop trying to tip the balance slightly in their favor during a negotiation. That is the nature of business. But the basis of any good relationship begins by ensuring that everyone gets the

chance to sit at the same table. Technology is poised to underpin a future where buyer-supplier relationships are built on a level playing field.

MORE FOR YOU

**When Does Bridgerton Season 3 Part 2 Come Out On Netflix See The Release Schedule**

**A Storm Of 3 000 Ukrainian Bomblets Blew Up Four Russian Jets At Their Base In Crimea**

**Samsung Galaxy S24 Series Users Really Want To Turn Off One Of Its Best Features**

Forbes Technology Council is an invitation-only community for world-class CIOs, CTOs and technology executives. *Do I qualify?*

*Follow me on* Twitter *or* LinkedIn. *Check out my* website.



**Christian Lanng**

Founder and CEO, Tradeshift, a global cloud network and platform for commerce... **Read More**

Editorial Standards                    Corrections                    Reprints & Permissions

ADVERTISEMENT

## Recommended

01. **Free Cyber Security Tools**                                          ›

02. **Elon Musk Stocks to Buy Now**                                        ›

03. **Best Investments for Seniors**                                       ›

04. **Affordable Home Security Systems**                                   ›

05. **Current Mortgage Rates Today**                                       ›

# Forbes

© 2024 Forbes Media LLC. All Rights Reserved.
AdChoices | Privacy Statement | Do Not Sell My Personal Information | Digital Terms of Sale | Terms of Service |
Contact Us | Report a Security Issue | Jobs At Forbes | Reprints & Permissions | Forbes Press Room | Advertise