# EXHIBIT 16



SHARE    

**SQUAWK BOX EUROPE**

# Global transaction volumes below expected range, says Tradeshift CEO

Christian Lanng, CEO of Tradeshift, discusses the latest data from its global trade index report.

WED, APR 19 2023 • 5:47 AM EDT

**RELATED**



MARKETS 

CNBC TV 

WATCHLIST 

MENU 

https://www.cnbc.com/video/2023/04/19/global-transaction-volumes-below-expected-range-says-tradeshift-ceo.html

1/5

5/24/24, 12:12 PM
Global transaction volumes below expected range, says Tradeshift CEO
Case 4:24-cv-00166-JST   Document 55-19   Filed 05/30/24   Page 3 of 17

**05:30**

**Global transaction volumes below expected range, says Tradeshift CEO**

**02:56**

**U.S. tariffs on China have no direct impact on Siemens, CEO says**

**02:52**

**'No doubt' that China will come back, but may take several quarters, Siemens CEO says**

**01:48**

**Federal Reserve set to cut rates twice in 2024, StanChart strategist says**

**04:10**

**More upside risks to U.S. inflation in 'stark contrast' to Europe, strategist says**

**04:23**

**Federal Reserve officials seem to 'have no idea what's going on,' strategist says**

 MARKETS

 CNBC TV

 WATCHLIST

MENU

03:26

#### U.S. stock market 'party' likely to continue, strategist says

# TOP VIDEOS



**VIDEO** 04:57

### Digital Realty CEO speaks on data center demand, Microsoft's AI PC

AN HOUR AGO



**VIDEO** 03:50

### Duke Energy CEO on recent demand: 'You should think of us as a growth industry'

AN HOUR AGO



**VIDEO** 03:52

### Raymond James CIO: Tech is a 'shining star' this earnings season

AN HOUR AGO



**VIDEO** 04:39

### Rates, risk & real Estate: Starwood REIT limits withdrawals

AN HOUR AGO


 MARKETS
 CNBC TV
 WATCHLIST
MENU



**VIDEO**   03:19

Apple and OpenAI team up in expected AI debut

AN HOUR AGO

LOAD MORE



| Subscribe to CNBC PRO | Subscribe to Investing Club |
| Licensing & Reprints | CNBC Councils |
| Select Personal Finance | CNBC on Peacock |
| Join the CNBC Panel | Supply Chain Values |
| Select Shopping | Closed Captioning |
| Digital Products | News Releases |
| Internships | Corrections |
| About CNBC | Ad Choices |
| Site Map | Podcasts |
| Careers | Help |
| Contact | |

**News Tips**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

   

**Advertise With Us**

**PLEASE CONTACT US**



## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

CA Notice

Terms of Service

© 2024 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by




MARKETS


CNBC TV


WATCHLIST

MENU



SHARE    

**DAVOS 2024: WORLD ECONOMIC FORUM**

# Supply chains need to be nimble and we're not there yet: Tradeshift CEO

Supply chains are at the forefront of many companies' concerns now, Tradeshift CEO Christian Lanng tells CNBC, with more changes seen in the last 18 months than in the last decade.

TUE, JAN 17 2023 • 9:45 AM EST

    

Subscribe to CNBC PRO

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

Subscribe to Investing Club

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help

     

News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

Advertise With Us

PLEASE CONTACT US

 CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Your Privacy Choices

CA Notice


MARKETS


CNBC TV

007


WATCHLIST

MENU

© 2024 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by




MARKETS


CNBC TV


WATCHLIST

MENU

008

Subscribe



● LIVE ON BLOOMBERG TV

For You     Live TV

NOW PLAYING
**Tradeshift CEO on Global Trade**

▶ 27:08
America Has a Retirement Problem, Ghilarducci Says

▶ 05:57
AT&T CEO: Focused on Always-On Connectivity

▶ 02:07
Elon Musk $56 Billion Pay Slammed by Shareholder Group

▶ 09:29
Nvidia to Become $10T Company: I/O Fund's Kindig

▶ 08:23
DLF: India's Luxury Real Estate Market To Surge

▶ 03:23
Nvidia Just Continues to Deliver: Melissa Otto (Correct)

▶ 44:26
Nvidia's Earnings and Apple's DOJ Case | Bloomberg Technology

▶ 08:42
Expect Jury to Convict Trump: Cobb on Hush Money Trial

▶ 03:19
Gold Set to Reach $3,000 Over Next 12 Months, Citi Says

▶ 02:05
SpaceX Considers Selling Shares at $200 Bln Valuation

▶ 02:12
Segantii Capital Redemption Requests Hit $1 Billion Before Move to Shut Down

▶ 01:24
HSBC Won't Force Workers Back to Office Five Days a Week

▶ 15:26
HSBC Americas CEO on Returning to Office, Rates, China

▶ 04:09
US Stocks Are in a Long-Term Bull Market, Yardeni Says

▶ 07:42
Musk Says Not in Favor of China EV Tariffs

# Tradeshift CEO on Global Trade

**Daybreak Asia** - **TV Shows**
November 15th, 2022, 7:42 PM PST

Tradeshift Chief Executive Officer Christian Lanng discusses his take on global trade and disruptions. He speaks with Bloomberg's Haidi Stroud-Watts Ahn on the sidelines of the Bloomberg New Economy Forum on "Bloomberg Daybreak: Asia." (Source: Bloomberg)

## More From Daybreak Asia


▶ 08:27


▶ 02:42


▶ 47:21


▶ 06:52

009


Oasis Management on Japan Economy, Kobayashi Pharma
6 hours ago


Japan's Inflation Cools as Central Bank Waits for Wage Gains to Kick In
14 hours ago


Bloomberg Daybreak: Asia 24/05/2024
17 hours ago

CloudAlpha Capital: Po Hyundai Electric
18 hours ago

ALL EPISODES AND CLIPS ▸

# Bloomberg Markets

"Bloomberg Markets" is focused on bringing you the most important global business and breaking markets news and information as it happens.

▶ 44:19
SpaceX's Tender Offer and AI in Hollywood | Bloomberg Technology

▶ 03:56
Hedge Funds' Stampede Threaten Options Trade


▶ 46:54
Bloomberg Markets With Katie Greifeld 05/24/2024


▶ 49:26
Bloomberg Markets: Asia 05/24/2

MORE EPISODES AND CLIPS ▸

# See all shows

Terms of Service    Do Not Sell or Share My Personal Information    Trademarks    Privacy Policy

Careers    Made in NYC    Advertise    Ad Choices ▷    Help

©2024 Bloomberg L.P. All Rights Reserved.

# THE SANCTUARY

THE SANCTUARY

# US government shutdown only a crisis if more than 10 days, says Tradeshift CEO

PUBLISHED MON, JAN 22 2018•11:30 AM EST    UPDATED TUE, JAN 23 2018•5:34 AM EST

  David Reid
@DAVYREID73

  Karen Tso
@CNBCKAREN

WATCH LIVE

## KEY POINTS

The cloud-based firm's CEO said the shutdown is political grandstanding

Christian Lanng said he expects it to be resolved soon

Lanng added that trade deals can move on without America




MARKETS


CNBC TV


WATCHLIST


MENU

011



**VIDEO** **03:57**
**Blockchain can help decentralize trust, Tradeshift CEO says**

One of the founders of cloud-based supply chain firm Tradeshift said Monday that the U.S. government shutdown will not be a crisis if it lasts less than 10 days.

Hundreds of thousands of federal workers woke up today to find the U.S. government still shut down. Senators were set to vote at 12 p.m. ET on a funding bill to get the government moving again.

Christian Lanng, Tradeshift's CEO and co-founder, said it was unusual to see "peak Dow" and a government shutdown at the same time.

"It is kind of strange and obviously, it will have some impact but I do think this is political grandstanding rather than a real economic impact," he told CNBC at The Sanctuary in Davos, Switzerland.

"I think it will be resolved within 10 days, but if not it will be a crisis."

Tradeshift is a firm that claims to simplify procurement, expenses management and business travel. It stands to benefit from flourishing international trade.

But Lanng said isolationist policies, such as those that have been espoused by the U.S. government of late, would not harm his company.



MARKETS

CNBC TV

WATCHLIST
MENU

012

"Globalization is a trend that has lasted 4,000 years. I don't think people realize how deeply it is integrated into our daily lives.

"If the U.S. steps out of the Trans-Pacific Partnership (TPP) then what America might discover is, while it is a very powerful nation with a big economy, the world will move on," he said.

**RELATED**


A big Hyperloop player says people might be able to take rides by 2022


Matt Damon reveals which Democrats he would like to see in the White House



MARKETS

CNBC TV

WATCHLIST
MENU

013

## MORE IN THE SANCTUARY



**Ripple CEO calls U.S. SEC Chair Gary Gensler a 'political liability'**

Ryan Browne



MARKETS

CNBC TV
014

WATCHLIST
MENU
https://www.cnbc.com/2018/01/22/davos-2018-government-shutdown-only-a-crisis-if-more-than-10-days.html    4/6





VIDEO 19:40

**Pushback against Trump plays into the hands of the Chinese, Austria minister says**

Karen Gilchrist

**Watch CNBC's full interview with Meta's Nicola Mendelsohn**

Tania Bryer

READ MORE



Subscribe to CNBC PRO

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Select Shopping

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

Subscribe to Investing Club

CNBC Councils

CNBC on Peacock

Supply Chain Values

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help




MARKETS


CNBC TV

WATCHLIST


MENU

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy
 Your Privacy Choices
CA Notice
Terms of Service

© 2024 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by


MARKETS

CNBC TV
016

WATCHLIST
MENU

https://www.cnbc.com/2018/01/22/davos-2018-government-shutdown-only-a-crisis-if-more-than-10-days.html 6/6