# EXHIBIT 17

 **What to Watch, Binge, See, & Skip**        NEWSLETTERS    SUBSCRIBE    LOG IN

ALL    CHEAT SHEET    TRUMP TRIAL    OBSESSED    ROYALS    POLITICS    ENTERTAINMENT    OPINION    INNOVATION    U.S. NEWS    SCOUTED

CRIME & JUSTICE ⊕

# Tech CEO Accused of Raping, Torturing Employee in 'Slave Contract'

| HORRIFIC |

**Tradeshift fired Christian Lanng in October over "serious allegations of sexual assault and harassment."**

**Mark Alfred**
Breaking News Intern

Updated Dec. 12, 2023 2:13PM EST
Published Dec. 12, 2023 1:44PM EST

f    𝕏    ✉    ⦿

| MY ACCOUNT |
| MANAGE NEWSLETTERS |
| SUBSCRIPTION OFFERS |
| NEED HELP? |

 READ THIS LIST

     NEWSLETTERS    SUBSCRIBE

CHEAT SHEET   TRUMP TRIAL   OBSESSED   ROYALS   POLITICS   ENTERTAINMENT   OPINION   INNOVATION   U.S. NEWS   SCOUTED



George Rose/Getty

'Her Brand is Chaos'
MICHAEL DALY, REESE GORMAN

**Fox News Rushes to Embrace KC Kicker's 'Quite Tender' Speech**
JUSTIN BARAGONA

**Diddy Seen Assaulting Cassie in Newly Released Video**
HELEN HOLMES

**Emma Stone's Twisted Latest Makes 'Poor Things' Seem Normal**
ESTHER ZUCKERMAN

### Sign Up for Our Cheat Sheet Newsletter

It's a free, speedy summary of the day's must-read headlines.

Enter your email                                        SIGN UP

By clicking "Sign Up" you agree to Terms of Use and Privacy Policy.

The former chief executive of Tradeshift, a billion-dollar San Francisco business software startup, is accused of inflicting years of suffering and pain on an unidentified woman as he allegedly sexually trafficked her around the world.

In a lawsuit filed with the San Francisco County Superior Court, the woman accused Christian Lanng of forcing her to abide by a "slave contract" under which she endured "rape, sexual abuse, torture and assault."

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

ADVERTISEMENT

5/17/24, 1 21 PM                    Tradeshift CEO Christian Lanng Accused of Trafficking Former Employee

    NEWSLETTERS   SUBSCRIBE

CHEAT SHEET   TRUMP TRIAL   OBSESSED   ROYALS   POLITICS   ENTERTAINMENT   OPINION   INNOVATION   U.S. NEWS   SCOUTED

Singapore, and Japan, trips during
which she was allegedly "sexually
assaulted, including being bound
against her will and beaten to the point
of bleeding."

The alleged "slave contract," a copy of
which appears in the suit, required that
the woman "Always be sexually
available for her master when he needs
sex and to never refuse him sex even
when not wearing the collar," and keep
within a certain weight range, among
other depraved requirements.

"The slave agrees to always taking her
punishments without being angry,
sullen or frustrated with her master and
thank him after," one passage of the
purported "slave contract" read.



Tradeshift, which fired Lanng for
"serious allegations of sexual assault
and harassment" in October, and its
investors were fully aware of the
allegations made by the woman, the
lawsuit claims, but for years failed to
act. The woman served as a "direct
report" to Lanng, but her exact position
was not made clear.

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

In a statement to the *New York Post*,
Lanng denied any sexual misconduct
and said the woman continued to work
with Tradeshift for five years after their
relationship ended.


**What to Watch, Binge, See, & Skip**

NEWSLETTERS    SUBSCRIBE

CHEAT SHEET    TRUMP TRIAL    OBSESSED    ROYALS    POLITICS    ENTERTAINMENT    OPINION    INNOVATION    U.S. NEWS    SCOUTED

shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," Lanng said.

"In 2014, I made the grave error of judgment to hire someone I was dating and with whom I was engaged in a consensual sexual relationship. While this did not constitute a violation of Tradeshift's human resources policies, it was irresponsible to employ someone with whom I was romantically involved. I regret the decision," he continued.

In the lawsuit, the woman says she was fired by the company after bringing her claims of abuse to both human resources and the board of directors, while Lanng was kept on as CEO.

"Rather than come to her aid, protect her and fire the CEO and other perpetrators, Tradeshift terminated her and protected the perpetrators, one of whom remained the CEO and others who remained board members for many years after," the lawsuit read.

The lawsuit alleges that in one instance Lanng "assaulted her in public" after she tried to escape further abuse.

"At certain points during Lanng's years-long sexual abuse, torture and assault

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?





NEWSLETTERS    SUBSCRIBE

CHEAT SHEET   TRUMP TRIAL   OBSESSED   ROYALS   POLITICS   ENTERTAINMENT   OPINION   INNOVATION   U.S. NEWS   SCOUTED

contract, but when she did, Lanng would become enraged, even violent," the lawsuit alleges.

The woman "is aware of and has been in contact with other victims who have suffered sexual abuse, torture, assault and sex trafficking in connection with Lanng, under the aegis of Tradeshift," according to the lawsuit.

"As if the allegations are not horrific enough, the coverup takes this tragedy to another sick level. Time for HSBC, Tradeshift and others to take responsibility," the woman's attorneys told The Daily Beast.

The woman said she spent hundreds of thousands of dollars on medical care as a result of the alleged abuse by Lanng and that she "bears numerous scars and bodily damage, remnants from the actual, physical sexual torture she endured at Lanng's hands while an employee at Tradeshift."

The woman is seeking unspecified damages and restitution.

| MY ACCOUNT |
| MANAGE NEWSLETTERS |
| SUBSCRIPTION OFFERS |
| NEED HELP? |

**Sign Up for Our Election Newsletter**

Stay informed as the 2024 election heats up with the free, weekly Trail Mix newsletter.

**Sign Up**

 

NEWSLETTERS    SUBSCRIBE

CHEAT SHEET    TRUMP TRIAL    OBSESSED    ROYALS    POLITICS    ENTERTAINMENT    OPINION    INNOVATION    U.S. NEWS    SCOUTED

Got a tip? Send it to The Daily Beast here.

## Trending Now

- All Signs Point to a Trump Debate Meltdown

- MAGA Rep's Insane Biden Claim Is Too Much Even for Bartiromo

- GOP Rep Files for Divorce as Wife Drops Cryptic Hint

- Seth Meyers Revels in Boebert's Courthouse Humiliation

- House Committee Goes Totally Off the Rails Thanks to MTG

Loading...

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

 **What to Watch, Binge, See, & Skip**  ✈ **NEWSLETTERS**    SUBSCRIBE

**CHEAT SHEET   TRUMP TRIAL   OBSESSED   ROYALS   POLITICS   ENTERTAINMENT   OPINION   INNOVATION   U.S. NEWS   SCOUTED**



ABOUT   CONTACT   TIPS   JOBS   ADVERTISE   HELP   PRIVACY   CODE OF ETHICS & STANDARDS   DIVERSITY   TERMS & CONDITIONS   COPYRIGHT & TRADEMARK
SITEMAP   DO NOT SELL OR SHARE MY PERSONAL INFORMATION

COUPONS:  Dick's Sporting Goods Coupons   HP Coupon Codes   Chewy Promo Codes   Nordstrom Rack Coupons   NordVPN Coupons   JCPenny Coupons   Nordstrom Coupons
Samsung Promo Coupons   Home Depot Coupons   Hotwire Promo Codes   eBay Coupons   Ashley Furniture Promo Codes

© 2024 The Daily Beast Company LLC

Case 4:24-cv-00166-JST     Document 55-20     Filed 05/30/24     Page 9 of 66

Tradeshift CEO Christian Lanng Accused of Trafficking Former Employee     about:reader?url=https%3A%2F%2Fwww.thedailybeast.com%2Ftradesh...

thedailybeast.com

# Tradeshift CEO Christian Lanng Accused of Trafficking Former Employee

*Mark Alfred*

4–5 minutes

The former chief executive of Tradeshift, a billion-dollar San Francisco business software startup, is accused of inflicting years of suffering and pain on an unidentified woman as he allegedly sexually trafficked her around the world.

In a lawsuit filed with the San Francisco County Superior Court, the woman accused Christian Lanng of forcing her to abide by a "slave contract" under which she endured "rape, sexual abuse, torture and assault."

The woman accused Lanng of trafficking her across countries including the United Kingdom, Singapore, and Japan, trips during which she was allegedly "sexually assaulted, including being bound against her will and beaten to the point of bleeding."

The alleged "slave contract," a copy of which appears in the suit, required that the woman "Always be sexually available for her master when he needs sex and to never refuse him sex even when not wearing the collar," and keep within a certain weight range, among other depraved requirements.

008

"The slave agrees to always taking her punishments without being angry, sullen or frustrated with her master and thank him after," one passage of the purported "slave contract" read.

Tradeshift, which fired Lanng for "serious allegations of sexual assault and harassment" in October, and its investors were fully aware of the allegations made by the woman, the lawsuit claims, but for years failed to act. The woman served as a "direct report" to Lanng, but her exact position was not made clear.

In a statement to the *New York Post*, Lanng denied any sexual misconduct and said the woman continued to work with Tradeshift for five years after their relationship ended.

"The claims in this lawsuit are defamatory and not reflective of my past relationship with the plaintiff. The shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," Lanng said.

"In 2014, I made the grave error of judgment to hire someone I was dating and with whom I was engaged in a consensual sexual relationship. While this did not constitute a violation of Tradeshift's human resources policies, it was irresponsible to employ someone with whom I was romantically involved. I regret the decision," he continued.

In the lawsuit, the woman says she was fired by the company after bringing her claims of abuse to both human resources and the board of directors, while Lanng was kept on as CEO.

"Rather than come to her aid, protect her and fire the CEO and other perpetrators, Tradeshift terminated her and protected the perpetrators, one of whom remained the CEO and others who

009

remained board members for many years after," the lawsuit read.

The lawsuit alleges that in one instance Lanng "assaulted her in public" after she tried to escape further abuse.

"At certain points during Lanng's years-long sexual abuse, torture and assault of Jane Doe, she attempted to… disengage from the 'master-slave' arrangement outlined in the slave contract, but when she did, Lanng would become enraged, even violent," the lawsuit alleges.

The woman "is aware of and has been in contact with other victims who have suffered sexual abuse, torture, assault and sex trafficking in connection with Lanng, under the aegis of Tradeshift," according to the lawsuit.

"As if the allegations are not horrific enough, the coverup takes this tragedy to another sick level. Time for HSBC, Tradeshift and others to take responsibility," the woman's attorneys told The Daily Beast.

The woman said she spent hundreds of thousands of dollars on medical care as a result of the alleged abuse by Lanng and that she "bears numerous scars and bodily damage, remnants from the actual, physical sexual torture she endured at Lanng's hands while an employee at Tradeshift."

The woman is seeking unspecified damages and restitution.

**NEW YORK POST**

LOG IN

**LATEST IN US NEWS**

 RFK Jr. steps up Trump attacks as rivals angle for Libertarian...

 Blackstone CEO to back Trump, cites economic concerns,...

 Bo wi 'gl

**US NEWS**

# San Francisco tech CEO Christian Lanng accused of forcing assistant to sign 'slave contract,' sexual torture

By Jesse O'Neill

Published Dec. 12, 2023, 12:26 p.m. ET

San Francisco tech CEO Christian Lanng accused of forcing assistant to sign 'slave contract,' sexual torture

The co-founder of a San Francisco tech company is accused of forcing his former assistant to sign a depraved "slave contract" — subjecting her to years of "unwanted sexual horror."

Tradeshift co-founder Christian Lanng allegedly forced his ex-employee to sign the contract just months after hiring her as his executive assistant, according to a lawsuit filed Thursday.

The woman, identified in the court documents only as Jane Doe, claims Lanng then raped and abused her for years. The software company is also named in the suit.

Lanng's torture involved "inflicting physical pain on her by various means, urinating on her and routinely penetrating her person with foreign objects," according to the lawsuit, which was first reported by the Mercury News.



The shocking allegations came to light after the disgraced executive was fired as CEO earlier this year for "gross misconduct on multiple grounds" after management learned about "serious allegations of sexual assault and harassment" against him.

The accuser also claimed she was fired in 2020 when she complained to human resources about the nine-page "slave contract," which she insisted she was forced into signing.

Doe had agreed to "always be sexually available for her master when he needs sex and to never refuse him sex even when not wearing the [day] collar," according to a supposed copy of the

013

## Before you go ...



Fired Tradeshift CEO Christian Lanng allegedly abused his former assistant after coercing her into signing a sexual enslavement contract.
TradeShift

"Whenever she sees her master in private for the first time, she is to kneel and ask if there is anything she can do for him," the purported contract added.

The document also allegedly allowed Lanng to deliver "any punishment the master decides to inflict, whether earned or not" — although it did note that it was the "master's responsibility" to avoid killing the woman or causing permanent injury.

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...    https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lan...

The contract also allegedly stated that the "slave" must always take her punishments "without being angry, sullen or frustrated with her master" and she must "thank him after."

015

The former assistant was also supposed to keep a "diary" of his "subjugation and enslavement of her," and had agreed to be beaten "with a cane if she did not write submissive entries," according to the lawsuit.

Lanng allegedly "beat her to the point of bleeding" and violated her with "inanimate objects," the woman claimed.

The accuser was also contractually required to dress in "a proper, feminine way" and keep her weight between 130 and 155 pounds while agreeing to send Lanng weekly spreadsheets of her progress, the suit alleges.

"The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment," the contract read, according to the lawsuit.



The lawsuit claims that Lanng raped and abused the unidentified assistant for years.
Facebook / Christian Lanng

"The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master to be used as seen fit within the guidelines defined herein. All of the slave's possessions

master to be used as seen fit within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit."

The lawsuit said the former assistant had agreed to the disturbing stipulations because she "loved her job, was accomplishing important work in her new role and did not want to lose the opportunity to work a Tradeshift."

A representative from the Tradeshift, which was also named in the lawsuit, told The Post that it "denies the allegations in the claim insofar as they are made against the company," but declined to comment further while referring back to the statement it released in October announcing Lanng's dismissal.

Lanng vehemently denied the allegations in a statement to The Post, saying that the pair had a "consensual" sexual relationship.



017

Lanng was fired as CEO earlier this year for "gross misconduct on multiple grounds" after sexual assault and harassment claims were made against him.

Facebook / Christian Lanng



221 Main Street, Suite 250, San Francisco, CA 94105
Lower Ground Floor, One George Yard, London, EC3V 9DF, United Kingdom

**Private & Confidential**

Christian Lanng

By email:                                                            1 September 2023

Dear Christian

**Notice of Termination of Employment**

Following our meeting today, I am writing to confirm that Tradeshift Network Limited and Tradeshift Inc. have decided to terminate your employment.

The reasons for the decision relate to the following conduct issues:

1.  **Complaints of sexual misconduct and surrounding behaviours**

    There is a pattern of complaints that have been raised against you relating to serious sexual misconduct which is exceptionally concerning. In particular, claims have been made by former employee         ("Potential Plaintiff 1") and Tradeshift has recently received detailed evidence concerning a second potential claim by         ("Potential Plaintiff 2") following a similar fact pattern.

In addition, you have:

*   Failed to adhere to all of your agreed payments under your settlement agreement dated May 14, 2022 (as subsequently amended) with Potential Plaintiff 1.

4

Lanng's termination letter from Tradeshift.

"The claims in this lawsuit are defamatory and not reflective of my past relationship with the plaintiff. The shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," he said.

"The only details of the salacious complaint against me that are truthful are that the plaintiff and I were in a sexual relationship and that she was once employed at Tradeshift. This relationship, which predated her employment at Tradeshift, ended eight months after she joined the company.

"In 2014, I made the grave error of judgment to hire someone I was dating and with whom I was

018

engaged in a consensual sexual relationship. While this did not constitute a violation of Tradeshift's human resources policies, it was irresponsible to employ someone with whom I was romantically involved. I regret the decision. It was a foolish mistake that I will not repeat."

Lanng added that his former assistant went on to work with Tradeshift for five more years after their relationship ended and rose the ranks "outside of my purview."

Her position was then ultimately terminated "during one of several rounds of layoffs Tradeshift has unfortunately had to undergo," the former CEO said.

A complaint, formal or otherwise, was never lodged by this person, not to the Tradeshift board nor the company's HR department, Lanng said.

In October the fired CEO also told TechCruch there had "never been an HR case, complaint or formal allegation filed" against him at the company.

A spokesperson for the accuser, meanwhile, denied the relationship was consensual in a statement to The Post.

"In what world is a slave contract remotely consensual? Is Lanng really arguing that since the slave contract existed before that it was okay to continue it during employment? Our client entirely rejects the notion that she had a 'consensual' slave relationship with her boss."

FILED UNDER    CALIFORNIA, LAWSUITS, SAN FRANCISCO, SEXUAL ABUSE, SILICON VALLEY, 12/12/23

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lan...

## SPONSORED STORIES

### Inside Elon Musk's Private Dinner

A secret billionaire summit in Hollywood presages a majo...
Puck

### New Edema Device Leaves Experts Speechless (It's...

Health Inside Journal

### As seen in BBC, Good Housekeeping, and Women's Health.

30% Off Memorial Sale
mysteryvibe.com



### The Shoe Orthopedists Swea...

Barefoot Vitality

### PC Cleaner Made My Computer Run Lik...

pchelpsoft.com

### Star Trek Lovers Are In Love With This...

Star Trek Fleet Command

### Hang Pennies in a Bag of Water, Here's Why

LifeHackWhiz



020



## Always Keep a Bread Clip in Your Wallet, Here's Why

LifeHackGuru

## One That Will Never Stop Getting Compliments From…

outfany.com

## This Genius $49 Device Gets You Over 100 Channels

Here's how millions of Americans are getting acce…
gadgetsreviewers.com



## This is a must-have wheel removal tool for car travel

Breezeca

## These Orthopedic Comfy Walking Shoes Let You Stand All D…

riloey.com

## CODE: "OCEANSALE" | Your paradise awaits! 20% Off! Bo…

Your paradise awaits!
Ocean Hotels

## [Images] Her Daughter Is Basically Her Twin

Tachnik

## Here's Why The New Outlander Is Turning Heads Everywhere…

Popular Searches|Search Ads

## Memorial Day offer: Get an extra 10% off

Visit spectacular destinations with an extra 10% discount…
Barcelo Hotel Group

234 People Reacted

# What's your reaction to this

021

# article?

          

**Top Notch**       **Next!**       **So-so**

158            583         18

## AROUND THE WEB

**Why The Pearl Harbor Attack Totally Stunned Hitler**
Grunge.com

**South Park's Latest Special Pulls No Punches Against Lizzo**
NYPost.com

**The Scottie Scheffler Arrest Just Keeps Getting Messier**
NYPost.com

**The Tragic Death Of Fox News Anchor Uma Pemmaraju**
NickiSwift.com

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lan...

**The Tragedy Of Barron Trump Is No Secret Anymore**
NickiSwift.com

**The Brooke Shields Nude Scene That Haunts Her Daughter**
Looper.com

**This Dodgeball Actress Is A Total Knockout In Real Life**
Looper.com

**SVU Alum Dann Florek Isn't Holding Back About Hargitay Anymore**
NBC.com

Powered by ZergNet

023

024

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lan...

# Before you go ...

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...        https://nypost.com/2023/12/12/news/former-tradeshift-ceo-christian-lan...

027

**MORE STORIES**

028

**NEW YORK POST**

© 2024 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Membership Terms | Privacy Notice | Sitemap

Your California Privacy Rights | Do Not Sell or Share My Personal Information/Opt-Out

Ⓥ VIP | Powered by WordPress VIP

[nypost.com](nypost.com)

# San Francisco tech CEO Christian Lanng accused of forcing assistant to sign 'slave contract,' sexual torture

*Jesse O'Neill*

6–8 minutes

---

The co-founder of a San Francisco tech company is accused of forcing his former assistant to sign a depraved "slave contract" — subjecting her to years of "unwanted sexual horror."

Tradeshift co-founder Christian Lanng allegedly forced his ex-employee to sign the contract just months after hiring her as his executive assistant, according to a lawsuit filed Thursday.

The woman, identified in the court documents only as Jane Doe, claims Lanng then raped and abused her for years. The software company is also named in the suit.

Lanng's torture involved "inflicting physical pain on her by various means, urinating on her and routinely penetrating her person with foreign objects," according to the lawsuit, which [was first reported by the Mercury News](was first reported by the Mercury News).



0:00 / 0:00

1/1This Day in History



033

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...        about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...




Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...    about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...



035

Case 4:24-cv-00166-JST    Document 55-20    Filed 05/30/24    Page 37 of 66

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...    about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...



036

Case 4:24-cv-00166-JST    Document 55-20    Filed 05/30/24    Page 38 of 66

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...





038

Case 4:24-cv-00166-JST    Document 55-20    Filed 05/30/24    Page 40 of 66

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...



039

Case 4:24-cv-00166-JST   Document 55-20   Filed 05/30/24   Page 41 of 66

Former Tradeshift CEO Christian Lanng accused of forcing assistant to ...          about:reader?url=https%3A%2F%2Fnypost.com%2F2023%2F12%2F...

Continue watchingThis Day in Historyafter the ad

The shocking allegations came to light after the disgraced executive was fired as CEO earlier this year for "gross misconduct on multiple grounds" after management learned about "serious allegations of sexual assault and harassment" against him.

The accuser also claimed she was fired in 2020 when she complained to human resources about the nine-page "slave contract," which she insisted she was forced into signing.

Doe had agreed to "always be sexually available for her master when he needs sex and to never refuse him sex even when not wearing the [day] collar," according to a supposed copy of the contract filed with the lawsuit.



Fired Tradeshift CEO Christian Lanng allegedly abused his former

assistant after coercing her into signing a sexual enslavement contract. TradeShift

"Whenever she sees her master in private for the first time, she is to kneel and ask if there is anything she can do for him," the purported contract added.

The document also allegedly allowed Lanng to deliver "any punishment the master decides to inflict, whether earned or not" — although it did note that it was the "master's responsibility" to avoid killing the woman or causing permanent injury.

The contract also allegedly stated that the "slave" must always take her punishments "without being angry, sullen or frustrated with her master" and she must "thank him after."

The former assistant was also supposed to keep a "diary" of his "subjugation and enslavement of her," and had agreed to be beaten "with a cane if she did not write submissive entries," according to the lawsuit.

Lanng allegedly "beat her to the point of bleeding" and violated her with "inanimate objects," the woman claimed.

The accuser was also contractually required to dress in "a proper, feminine way" and keep her weight between 130 and 155 pounds while agreeing to send Lanng weekly spreadsheets of her progress, the suit alleges.

"The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment," the contract read, according to the lawsuit.

041



The lawsuit claims that Lanng raped and abused the unidentified assistant for years. Facebook / Christian Lanng

"The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master to be used as seen fit within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit."

The lawsuit said the former assistant had agreed to the disturbing stipulations because she "loved her job, was accomplishing important work in her new role and did not want to lose the opportunity to work a Tradeshift."

A representative from the Tradeshift, which was also named in the lawsuit, told The Post that it "denies the allegations in the claim insofar as they are made against the company," but declined to comment further while referring back to the statement it released in October announcing Lanng's dismissal.

042

Lanng vehemently denied the allegations in a statement to The
Post, saying that the pair had a "consensual" sexual relationship.



Lanng was fired as CEO earlier this year for "gross misconduct on
multiple grounds" after sexual assault and harassment claims were
made against him. Facebook / Christian Lanng

## Tradeshift

221 Main Street, Suite 250, San Francisco, CA 94105
Lower Ground Floor, One George Yard, London, EC3V 9DF, United Kingdom

**Private & Confidential**

Christian Lanng



Lanng's termination letter from Tradeshift.

"The claims in this lawsuit are defamatory and not reflective of my past relationship with the plaintiff. The shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," he said.

"The only details of the salacious complaint against me that are truthful are that the plaintiff and I were in a sexual relationship and that she was once employed at Tradeshift. This relationship, which predated her employment at Tradeshift, ended eight months after she joined the company.

"In 2014, I made the grave error of judgment to hire someone I was dating and with whom I was engaged in a consensual sexual relationship. While this did not constitute a violation of Tradeshift's human resources policies, it was irresponsible to employ someone

with whom I was romantically involved. I regret the decision. It was a foolish mistake that I will not repeat."

Lanng added that his former assistant went on to work with Tradeshift for five more years after their relationship ended and rose the ranks "outside of my purview."

Her position was then ultimately terminated "during one of several rounds of layoffs Tradeshift has unfortunately had to undergo," the former CEO said.

A complaint, formal or otherwise, was never lodged by this person, not to the Tradeshift board nor the company's HR department, Lanng said.

In October the fired CEO also told TechCruch there had "never been an HR case, complaint or formal allegation filed" against him at the company.

A spokesperson for the accuser, meanwhile, denied the relationship was consensual in a statement to The Post.

"In what world is a slave contract remotely consensual? Is Lanng really arguing that since the slave contract existed before that it was okay to continue it during employment? Our client entirely rejects the notion that she had a 'consensual' slave relationship with her boss."



**LOG IN**

**LATEST IN US NEWS**



**RFK Jr. steps up Trump attacks as rivals angle for Libertarian...**



**Blackstone CEO to back Trump, cites economic concerns,…**



**Bc wi 'gl**

Privacy - Terms

*US NEWS*

# Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled around with Kevin Spacey at glitzy summit

By Olivia Land

Published Dec. 13, 2023, 9:02 a.m. ET

00:00 / 00:35

The San Francisco tech CEO accused of forcing his former assistant to sign a degrading "slave contract" palled around with disgraced actor Kevin Spacey at the same World Economic Forum meeting where the victim claims he abused her.

Tradeshift co-founder Christian Lanng, 45, hobnobbed with Spacey, 64, at the NGO's glitzy annual summit in Davos, Switzerland in late January 2016, a photo shared on the Tradeshift Facebook showed.

"Tech fan Kevin Spacey with Tradeshift founder Christian Lanng at the Tradeshift Sanctuary in Davos," the caption read.

The encounter also took place at the same gathering where Lanng's accuser – identified only as Jane Doe – says the tech whiz assaulted her in public, according to a bombshell lawsuit filed Thursday.

AD

2024 RAM 1500 BIG HORN® CREW CAB 4X2 5'7" BOX

Get

**$5,000** TOTAL CASH ALLOWANCE ON SELECT VEHICLES WHEN EQUIPPED WITH V6
ENGINE ^

Lanng was fired from the San Francisco-based cloud network in October for what the company described at the time as evidence of "gross misconduct on multiple grounds."



048

# Before you go ....



Christian Lanng (right) and Kevin Spacey pictured together at the World Economic Forum in 2016.
Facebook / Tradeshift

Lanng supposedly forced his assistant to sign a depraved "slave contract" and subjected her to years of "unwanted sexual horror" that left her "bedridden and in a precarious psychological state for almost two years," the lawsuit alleged.

The woman claims she was fired in 2020 when she reported the abuses to HR, the accuser claimed.

A representative for Tradeshift, however, told The Post this week that the network "denies the allegations in the claim insofar as they are made against the company" – and declined to comment further on Lanng's purported behavior.

Slave Contract

049

With this Contract ███████████ enter into a 24/7 slave relationship with her Master Christian Lanng, ███████████ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

**1.0.0 Slave's Role**

The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master.

**1.0.1 Slave's Veto**

The slave, where appropriate, holds veto power over any command given by the master, at which time they may rightfully refuse to obey that command. This power may only be invoked under the following circumstances, or where agreed by both master and slave:
1. Where said command conflicts with any existing laws and may lead to fines, arrest, or prosecution of the slave.
2. Where said command may cause extreme damage to slave's life, such as losing their job, causing family stress, etc.
3. Where said command may cause permanent bodily harm (see 4.0.0) to the slave.

**1.0.2 Slave's Rules**

The slave will always do her best to keep a behavior and demeanor that is fitting for her role as a submissive to her Master. This includes, but is not limited to:

**Always**
- Never lying to her Master about anything. If the truth is inappropriate or hurtful in the moment the slave can ask permission to instead write the truth in her diary.
- Always be sexually available for her Master when he needs sex and to never refuse him sex even when not wearing the collar

**3**

---

Lanng was accused of keeping his assistant as a "sex slave" in a new lawsuit.

Superior Court of California

Lanng, however, said the plaintiff's claims were "defamatory."

"The shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," he insisted to The Post.

"In what world is a slave contract remotely consensual? Is Lanng really arguing that since the slave contract existed before that it was okay to continue it during employment? Our client entirely rejects the notion that she had a 'consensual' slave relationship with her boss," a representative for the accuser shot back.





Lanng has denied that the relationship between him and the accuser was abusive.
TradeShift

Lanng's photo-op with Spacey also came just one year before the Emmy winner was axed from his critically-acclaimed role on Netflix's "House of Cards" following allegations of sexual misconduct.

The actor — who has repeatedly denied the stream of accusations against him — was acquitted of all charges in a London case related to alleged sexual offenses that took place between 2001 and 2004 in July.

**FILED UNDER**   CALIFORNIA,   DAVOS,   KEVIN SPACEY,   LAWSUITS,   SEXUAL ABUSE, SILICON VALLEY,   12/13/23

## SPONSORED STORIES

**As seen in BBC, Good Housekeeping, and Women's Health.**

30% Off Memorial Sale
mysteryvibe.com

**Watch the cruelty Israeli female hostages are facing**

IGAA

**Star Trek Lovers Are In Love With This Game, And It's Free**

Ready to conquer where others have failed? Play for…
Star Trek Fleet Command



**Mahathir says Beijing**

**Top Doctor Reveals**

**This amazing puzzle**

052

Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled a...          https://nypost.com/2023/12/13/news/disgraced-tech-ceo-who-allegedly-...

## 'can claim' South China Sea, no need...

Nikkei Asia

## the Root Cause of ED in Men Over 50

WG Men

## game is perfect for spending your time

Stormshot

## Israeli woman who was held captive speaks on her Oct. ...

IGAA

## Inside Elon Musk's Private Dinner

A secret billionaire summit in Hollywood presages a majo...

Puck

## California Bridge Is One Of The Most Dreaded In The World

Health Discover

## Everything To Know About Kayla Nicole, Travis Kelce's Ex-...

21ninety.com

## Understanding Lymphoma Journey: Discover Lymphom...

Search Ads

## CODE: "OCEANSALE" | Enjoy our paradise beaches with a 20%...

Your paradise awaits!

Ocean Hotels

## Four-star Army general suspended...

SF Policy

## Drone footage of Japan destroyer...

Nikkei Asia

## Average Cost to Charter A Private J...

## Here is the real cost of full mouth dental implants in 2023

053

Popular Searches|Search Ads

PopularSearchNow | Search Ads

33 People Reacted

## What's your reaction to this article?

  

| Top Notch | Next! | So-so |
|-----------|-------|-------|
| 31        | 35    | 5     |

## AROUND THE WEB

**Bill Burr & Bill Maher's Heated Podcast Moment Has Gone Viral**
NYPost.com

**Fitness Influencers Booted From Gym After Gross Workout Video**
NYPost.com

**Barron Trump's Transformation Has People Looking Twice**
NickiSwift.com

**Something About Chelsea Clinton's Marriage Just Never Added Up**
NickiSwift.com

**The Truth About Dairy Queen Ice Cream You'll Wish You Never Knew**
Mashed.com

**Stephen Hawking's Chilling Prediction For The End Of The World**
Grunge.com

**The Scandalous Nude Scene Sydney Sweeney Will Always Regret**
Looper.com

**The Nude Scene Jennifer Lawrence Wishes She Could Take Back**
Looper.com

Powered by ZergNet

055

Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled a...    https://nypost.com/2023/12/13/news/disgraced-tech-ceo-who-allegedly-...

# Before you go ...

Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled a...                https://nypost.com/2023/12/13/news/disgraced-tech-ceo-who-allegedly-...

**MORE STORIES**

Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled a...    https://nypost.com/2023/12/13/news/disgraced-tech-ceo-who-allegedly-...

**NEW YORK POST**

© 2024 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Membership Terms | Privacy Notice | Sitemap

Your California Privacy Rights | Do Not Sell or Share My Personal Information/Opt-Out

VIP | Powered by WordPress VIP

nypost.com

# Disgraced tech CEO who allegedly kept assistant as 'sex slave' palled around with Kevin Spacey at glitzy summit

*Olivia Land*

3–4 minutes

---

The San Francisco tech CEO accused of forcing his former assistant to sign a degrading "slave contract" palled around with disgraced actor Kevin Spacey at the same World Economic Forum meeting where the victim claims he abused her.

Tradeshift co-founder Christian Lanng, 45, hobnobbed with Spacey, 64, at the NGO's glitzy annual summit in Davos, Switzerland in late January 2016, a photo shared on the Tradeshift Facebook showed.

"Tech fan Kevin Spacey with Tradeshift founder Christian Lanng at the Tradeshift Sanctuary in Davos," the caption read.

The encounter also took place at the same gathering where Lanng's accuser – identified only as Jane Doe – says the tech whiz assaulted her in public, according to a bombshell lawsuit filed Thursday.

Lanng was fired from the San Francisco-based cloud network in

061

October for what the company described at the time as evidence of "gross misconduct on multiple grounds."



Christian Lanng (right) and Kevin Spacey pictured together at the World Economic Forum in 2016. Facebook / Tradeshift

Lanng supposedly forced his assistant to sign a depraved "slave contract" and subjected her to years of "unwanted sexual horror" that left her "bedridden and in a precarious psychological state for almost two years," the lawsuit alleged.

The woman claims she was fired in 2020 when she reported the abuses to HR, the accuser claimed.

062

A representative for Tradeshift, however, told The Post this week that the network "denies the allegations in the claim insofar as they are made against the company" – and declined to comment further on Lanng's purported behavior.

### Slave Contract

With this Contract ▮▮▮▮▮▮▮▮▮▮▮ enter into a 24/7 slave relationship with her Master Christian Lanng. ▮▮▮▮▮▮▮▮ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

**1.0.0 Slave's Role**
The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master.

**1.0.1 Slave's Veto**
The slave, where appropriate, holds veto power over any command given by the master, at which time they may rightfully refuse to obey that command. This power may only be invoked under the following circumstances, or where agreed by both master and slave:
1. Where said command conflicts with any existing laws and may lead to fines, arrest, or prosecution of the slave.
2. Where said command may cause extreme damage to slave's life, such as losing their job, causing family stress, etc.
3. Where said command may cause permanent bodily harm (see 4.0.0) to the slave.

**1.0.2 Slave's Rules**
The slave will always do her best to keep a behavior and demeanor that is fitting for her role as a submissive to her Master. This includes, but is not limited to:

**Always**
- Never lying to her Master about anything. If the truth is inappropriate or hurtful in the moment the slave can ask permission to instead write the truth in her diary.
- Always be sexually available for her Master when he needs sex and to never refuse him sex even when not wearing the collar

Lanng was accused of keeping his assistant as a "sex slave" in a new lawsuit. Superior Court of California

Lanng, however, said the plaintiff's claims were "defamatory."

"The shocking and vile claims in the lawsuit are categorically false, and I reject allegations that I subjected someone to any form of abuse during my tenure as CEO or at any other time of my life," he

insisted to The Post.

"In what world is a slave contract remotely consensual? Is Lanng really arguing that since the slave contract existed before that it was okay to continue it during employment? Our client entirely rejects the notion that she had a 'consensual' slave relationship with her boss," a representative for the accuser shot back.



Lanng has denied that the relationship between him and the accuser was abusive. TradeShift

Lanng's photo-op with Spacey also came just one year before the Emmy winner was axed from his critically-acclaimed role on Netflix's "House of Cards" following allegations of sexual misconduct.

The actor – who has repeatedly denied the stream of accusations

against him – was [acquitted of all charges]() in a London case related to alleged sexual offenses that took place between 2001 and 2004 in July.