Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and
Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>    Defendants. | CASE NO. 4:24-cv-00166-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Hon. Jon S. Tigar |

Plaintiff and Counter-Defendant Jane Doe ("Plaintiff"), Counter-Defendants Bryan Freedman, Miles Cooley, and Freedman, Taitelman + Cooley, LLP ("Counter-Defendants"), Defendants Tradeshift, Inc., Tradeshift Holdings, Inc., Littler Mendelson P.C., and Christian Lanng ("Defendants," collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Case Management Conference is currently set for July 2, 2024;

WHEREAS, Tradeshift's Motion to Compel Arbitration [ECF 20], and the Counter-Defendants' Special Motion to Strike [ECF 55] are pending before the Court (the "Motions");

WHEREAS, the Court has not yet ruled on its Order to Show Cause [ECF 57] (the "OSC");

WHEREAS, the Parties agree that due to the uncertainty regarding which parties and claims will remain before the Court after ruling on the Motions and the OSC, it has become difficult to have substantive discussions regarding a joint discovery plan.

WHEREAS, the Parties agree that in light of this, the interests of justice would be served by having the Case Management Conference continued while the Court rules on the pending Motions and OSC.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Plaintiff, Defendants, and Counter-Defendants through their respective counsel of record, and subject to the Court's approval and order, that the Case Management Conference should be continued from July 2, 2024 to September 3, 2024.

| | | |
|---|---|---|
| 1 | DATED: June 25, 2024 | Ekwan E. Rhow |
| 2 | | Christopher J. Lee |
| 3 | | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |

By: ___/s/ Ekwan E. Rhow___
Ekwan E. Rhow
Attorneys for Defendants Tradeshift, Inc and Tradeshift Holdings, Inc.

DATED: June 25, 2024

Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
FREEDMAN TAITELMAN + COOLEY, LLP

By: ___/s/ Bryan J. Freedman___
Bryan J. Freedman
Attorneys for Plaintiff Jane Doe

DATED: June 25, 2024

Allison Lane
Justin J. Fields
DUANE MORRIS LLP

By: ___/s/ Justin Fields___
Justin Fields
Attorneys for Defendant LITTLER MENDELSON, P.C.

1  DATED:  June 25, 2024         Nicholas Lauber
                                 FROST LLP
2
                                 By:  ____/s/ Nicholas Lauber____
3                                        Nicholas Lauber
4                                Attorneys for Defendant/Counterclaimant
                                 Christian Laang
5

6  DATED:  June 25, 2024         Jean-Paul Jassy
                                 Jeffrey A. Payne
7                                JASSY VICK CAROLAN LLP

8                                By:  ____/s/ Jean-Paul Jassy____
                                         Jean-Paul Jassy
9                                Attorneys for Counterdefendants Jane Doe;
                                 Bryan J. Freedman; Miles Cooley and
10                               FREEDMAN TAITLEMAN + COOLEY LLP

# FILER'S ATTESTATION

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED: June 25, 2024

By:     */s/ Ekwan E. Rhow*
        Ekwan E. Rhow

**[~~PROPOSED~~] ORDER**

Based on the Parties' stipulation and good cause appearing, the Court continues the Case Management Conference to September 3, 2024 at 2:00 p.m.

IT IS SO ORDERED.

DATED: June 26, 2024

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE