**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
JEFFREY A. PAYNE, Cal. Bar No. 279034
  jpayne@jassyvick.com
NICHOLAS R. HARTMANN, Cal. Bar No. 301049
  nhartmann@jassyvick.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  310-870-7048
Facsimile:  310-870-7010

Attorneys for Counter-Defendants
JANE DOE, BRYAN J. FREEDMAN, MILES
COOLEY, and FREEDMAN TAITELMAN +
COOLEY, LLP

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRADESHIFT, INC., et al.,<br><br>  Defendant.<br><br>---<br><br>CHRISTIAN LANNG,<br><br>  Counterclaimant,<br><br>  vs.<br><br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br><br>  Counter-Defendants. | Case No. 4:24-cv-00166-JST<br><br>Honorable Jon S. Tigar<br><br>**COUNTER-DEFENDANTS' NOTICE OF ERRATA REGARDING EXHIBITS 7 AND 8 TO SPECIAL MOTION TO STRIKE COUNTERCLAIMANT CHRISTIAN LANNG'S FIRST AMENDED COUNTERCOMPLAINT UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date:  August 29, 2024<br>Time:  2:00 pm<br>Courtroom  6 |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Counter-Defendants Jane Doe, Bryan J. Freedman, Miles Cooley, and Freedman Taitelman + Cooley LLP (erroneously sued as Freedman, Taitelman, & Cooley, LLP) (collectively, "Counter-Defendants") respectfully submit this Notice of Errata to correct inadvertent technical errors in the rendering of printouts of Internet articles that comprised Exhibits 7 and 8 to Counter-Defendants' special motion to strike Counterclaimant Christian Lanng's First Amended Countercomplaint pursuant to California Code of Civil Procedure section 425.16, ECF No. 55-10 at 019–20; ECF No. 55-11 at 002–12, 025–33. Attached hereto as Exhibits 7 and 8 are corrected versions of those exhibits without the rendering errors.

Counter-Defendants also note that the each of the articles comprising Exhibits 7, 8, and 17 are included in two forms to improve clarity and readability: the original web versions (i.e., with advertisements) and "Reader" versions (i.e., versions with text only and no advertisements). *See* ECF No. 55-9 (Payne Decl.) ¶¶ 1–2, 11.

Dated:   July 8, 2024

/s/ Jeffrey A. Payne_____
Counsel for Counter-Defendants
JANE DOE, BRYAN J. FREEDMAN,
MILES COOLEY, and FREEDMAN
TAITELMAN + COOLEY, LLP

-1-

Case No. 4-24-cv-00166-JST
NOTICE OF ERRATA RE EXHIBITS 7 AND 8 TO SPECIAL MOTION TO STRIKE FIRST AMENDED COUNTERCOMPLAINT