# EXHIBIT 7









# Tradeshift co-founder accused of sexual assault by company, allegations he denies

Mike Butcher

2:07 AM PDT • October 13, 2023

☐ Comment



**Image Credits:** Tradeshift / file photo

Tradeshift, a late-stage fintech startup that has raised over $1 billion in venture

**DISRUPT**                                                                    ✕

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW



Tradeshift — and its B2B fintech platform for payments, supply chain procurement and marketplace services between buyers and suppliers — has attracted investment from a wide range of investors, including strategic backers HSBC, Goldman Sachs, American Express and Intuit. Most recently, HSBC invested $35 million in July.

A spokesman said Goldman Sachs Group sold its shares in 2021. HSBC declined to comment on recent events.

Tradeshift's statement said the company became aware of the allegations in late August and dismissed Lanng on September 1. The U.S.-Danish company said it has set up a "dedicated and anonymous whistle-blowing line" for its 800 employees.

In August, Lanng, while still running Tradeshift, launched a separate venture called Beyond Work, which describes itself as a "human-first interface to automate anything with multiplayer AI." It has raised $2.5 million in pre-seed funding led by Moonfire Ventures, with co-investment from MIT-affiliated fund E14, and is currently waitlist-only. TechCrunch reached out to Moonfire for comment and we will update this post with any reply we receive.

In a statement sent to TechCrunch, Lanng said: "I refute the statement made this week by Tradeshift. There has never been an HR case, complaint or formal allegation filed against me at Tradeshift. The board includes long term members who would have been aware of any such claims, so the statement that the board recently became aware of anything is not true."

**TechCrunch Disrupt 2024**
**Join 10,000 Startup Leaders**

**Innovation For Every Stage** San Francisco, October 28-30

Register Now

**DISRUPT**

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW



his and others' exits from Tradeshift. "Multiple co-founders are leaving Tradeshift after being in active discussion about our exit post HSBC deal when the board moved to dismiss me," he said.

In an apparently unrelated development, Tradeshift co-founder and former head of platform Mikkel Hippe Brun posted on LinkedIn on Tuesday that he had left Tradeshift to work on another startup. TechCrunch has reached out to him for comment.

A spokesperson for Tradeshift said the company was not responding to Lanng's statements beyond what it had already posted on its web site. TechCrunch has not yet been able to independently substantiate Tradeshift's allegations against Lanng. Three women contacted individually by TechCrunch, who have worked or are working at Tradeshift, have voiced their support of him to us.

Lanng formed Tradeshift in 2005 with Hippe and Gert Sylvest, originally under the name EasyTrade. It has been valued as high as $2.7 billion, in 2021.



# More TechCrunch









**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW

003

https //techcrunch com/2023/10/13/tradeshift co founder accused of sexual assault by company allegations he denies/                3/12



Get the industry's biggest tech news

Explore all newsletters ↗

**TechCrunch Daily News**  ◯
Every weekday and Sunday, you can get
the best of TechCrunch's coverage.

**Startups Weekly**  ◯
Startups are the core of TechCrunch, so
get our best coverage delivered weekly.

**TechCrunch Fintech**  ◯
The latest Fintech news and analysis,
delivered every Sunday.

**TechCrunch Mobility**  ◯
TechCrunch Mobility is your destination for
transportation news and insight.

**Email address (required)**

Email address

Subscribe

*By submitting your email, you agree to our Terms and Privacy Notice.*

# Tags

tradeshift, christine lagarde, Fintech

**DISRUPT**

### TechCrunch Disrupt Returns This October In San Francisco.

REGISTER NOW

5/17/24, 1 16 PM
Case 4:24-cv-00166-JST Document 65-1 Filed 07/08/24 Page 6 of 21
Tradeshift co-founder accused of sexual assault by company; allegations he denies | TechCrunch



**the age of AI — plus, Musk is raging against the machine**

**Haje Jan Kamps**
1 hour ago



Biotech & Health

## IndieBio's SF incubator lineup is making some wild biotech promises

**Devin Coldewey**
2 hours ago



Apps

## YouTube TV's 'multiview' feature is now available on Android phones and tablets

**Aisha Malik**
4 hours ago





**TC DISRUPT**

### TechCrunch Disrupt Returns This October In San Francisco.

REGISTER NOW



OpenAI created a team to control 'superintelligent' AI — then let it wither, source says

Kyle Wiggers
4 hours ago



---

Startups

Harness the TechCrunch Effect: Host a Side Event at Disrupt 2024

TechCrunch Events
4 hours ago



---

Fundraising

Pitch Deck Teardown: Goodcarbon's $5.5M seed deck

Haje Jan Kamps
4 hours ago



---

AI

Slack under attack over sneaky AI training policy

Ivan Mehta, Ingrid Lunden
5 hours ago



---

Security

Healthcare company WebTPA discloses breach affecting 2.5 million people

Lorenzo Franceschi-Bicchierai
6 hours ago



---

DISRUPT

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW

006

https //techcrunch com/2023/10/13/tradeshift co founder accused of sexual assault by company allegations he denies/      6/12





**Featured Article**

## Microsoft dodges UK antitrust scrutiny over its Mistral AI stake

Paul Sawers
6 hours ago

Fintech

## Embedded finance is still trendy as accounting automation startup Ember partners with HSBC UK



Romain Dillet
7 hours ago

Fintech

## Kudos lands $10M for an AI smart wallet that picks the best credit card for purchases



Christine Hall
8 hours ago

Government & Policy

**📺DISRUPT**

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW

007



## Synapse to be liquidated via Chapter 7 bankruptcy, cites 'gross mismanagement'

**Mary Ann Azevedo**
21 hours ago



---

Space

## Seraphim's latest space accelerator welcomes nine companies

**Aria Alamalhodaei**
22 hours ago



---

AI

## OpenAI inks deal to train AI on Reddit data

**Kyle Wiggers**
22 hours ago



---

Social

## X pushes more users to Communities

**Sarah Perez**
1 day ago



---

Social

## Mark Zuckerberg's makeover: Midlife crisis or carefully crafted rebrand?

**Amanda Silberling**
1 day ago



---

AI



**DISRUPT**

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW





neip them back up.

**Brian Heater**
1 day ago

Enterprise

## Microsoft's custom Cobalt chips will come to Azure next week

**Frederic Lardinois**
1 day ago



Transportation

## Tesla keeps cutting jobs and the feds probe Waymo

**Kirsten Korosec**
1 day ago



AI

## Sony Music warns tech companies over 'unauthorized' use of its content to train AI

**Aisha Malik**
1 day ago



AI

## GrubMarket buys Butter to give its food distribution tech an AI boost

**Rita Liao**
1 day ago



Fintech



**TC DISRUPT**

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW



## wonder if Meta was ever serious about the enterprise



Ron Miller
1 day ago

Social

## Meta Threads is testing pinned columns on the web, similar to the old TweetDeck



Ivan Mehta
1 day ago

Apps

## Google expands hands-free and eyes-free interfaces on Android



Devin Coldewey
1 day ago

Security

## Hacker claims theft of India's Samco account data



Jagmeet Singh
1 day ago

Security

## Ireland privacy watchdog confirms Dell data breach investigation



Lorenzo Franceschi-Bicchierai
1 day ago

Launch Your Startup At Disrupt

**DISRUPT**

## TechCrunch Disrupt Returns This October In San Francisco.

REGISTER NOW

010

https //techcrunch com/2023/10/13/tradeshift co founder accused of sexual assault by company allegations he denies/    10/12



**About**

TechCrunch

Staff

Contact Us

Advertise

Crunchboard Jobs

Site Map

**Legal**

Terms of Service

Privacy Policy

RSS Terms of Use

Your Privacy Choices

CA Privacy Notice

**DISRUPT**

## TechCrunch Disrupt Returns This October In San Francisco.

REGISTER NOW

011

https //techcrunch com/2023/10/13/tradeshift co founder accused of sexual assault by company allegations he denies/                    11/12



Tech Layoffs

ChatGPT

 Facebook     X          YouTube      Instagram      LinkedIn

Mastodon

© 2024 Yahoo. All rights reserved. Powered by WordPress VIP

**DISRUPT**

**TechCrunch Disrupt Returns This October In San Francisco.**

REGISTER NOW

012

https //techcrunch com/2023/10/13/tradeshift co founder accused of sexual assault by company allegations he denies/                    12/12

Tradeshift co-founder accused of sexual assault by company, allegations...    about:reader?url=https%3A%2F%2Ftechcrunch.com%2F2023%2F10...

Case 4:24-cv-00166-JST   Document 65-1   Filed 07/08/24   Page 14 of 21

[techcrunch.com](techcrunch.com)

# Tradeshift co-founder accused of sexual assault by company, allegations he denies | TechCrunch

*Mike Butcher*

3–4 minutes

---

[Tradeshift](), a late-stage fintech startup that has raised over $1 billion in venture and debt, has dismissed its co-founder Christian Lanng, citing "serious allegations of sexual assault and harassment" and "gross misconduct on multiple grounds," according to a [company statement]() posted on Tuesday.

Lanng has vehemently denied the allegations. Tradeshift appointed former chief revenue officer James Stirk as interim chief executive.

Tradeshift — and its B2B fintech platform for payments, supply chain procurement and marketplace services between buyers and suppliers — has attracted investment from a wide range of investors, including strategic backers HSBC, Goldman Sachs, American Express and Intuit. Most recently, HSBC [invested]() $35 million in July.

A spokesman said Goldman Sachs Group sold its shares in 2021. HSBC declined to comment on recent events.

Tradeshift's statement said the company became aware of the

013

Tradeshift co-founder accused of sexual assault by company, allegations...          about:reader?url=https%3A%2F%2Ftechcrunch.com%2F2023%2F10...

Case 4:24-cv-00166-JST   Document 65-1   Filed 07/08/24   Page 15 of 21

allegations in late August and dismissed Lanng on September 1. The U.S.-Danish company said it has set up a "dedicated and anonymous whistle-blowing line" for its 800 employees.

In August, Lanng, while still running Tradeshift, launched a separate venture called Beyond Work, which describes itself as a "human-first interface to automate anything with multiplayer AI." It has raised $2.5 million in pre-seed funding led by Moonfire Ventures, with co-investment from MIT-affiliated fund E14, and is currently waitlist-only. TechCrunch reached out to Moonfire for comment and we will update this post with any reply we receive.

In a statement sent to TechCrunch, Lanng said: "I refute the statement made this week by Tradeshift. There has never been an HR case, complaint or formal allegation filed against me at Tradeshift. The board includes long term members who would have been aware of any such claims, so the statement that the board recently became aware of anything is not true."

Lanng added: "I have given the current management and new board every opportunity to move on peacefully. This would still be my preference, but I am now taking advice on my next steps."

Lanng claimed the allegations stemmed from a breakdown in negotiations over his and others' exits from Tradeshift. "Multiple co-founders are leaving Tradeshift after being in active discussion about our exit post HSBC deal when the board moved to dismiss me," he said.

In an apparently unrelated development, Tradeshift co-founder and former head of platform Mikkel Hippe Brun posted on LinkedIn on Tuesday that he had left Tradeshift to work on another startup. TechCrunch has reached out to him for comment.

A spokesperson for Tradeshift said the company was not responding to Lanng's statements beyond what it had already posted on its web site. TechCrunch has not yet been able to independently substantiate Tradeshift's allegations against Lanng. Three women contacted individually by TechCrunch, who have worked or are working at Tradeshift, have voiced their support of him to us.

Lanng formed Tradeshift in 2005 with Hippe and Gert Sylvest, originally under the name EasyTrade. It has been valued as high as $2.7 billion, in 2021.

015

Equality

# Danish Fintech Fires CEO Facing Sexual Assault Complaint

- ■ Tradeshift dismissed Christian Lanng citing gross misconduct
- ■ Company was valued at $2.7 billion in 2021 financing round



Christian Lanng *Photographer: Ore Huiying/Bloomberg*

By [Christian Wienberg](#)
October 11, 2023 at 12:12 AM PDT
*Updated on October 11, 2023 at 8:17 AM PDT*

A payment-technology company that had some of the world's biggest banks as [backers](#) has fired its chief executive officer amid allegations of sexual assault and harassment.

Tradeshift Holdings Inc. dismissed its co-founder Christian Lanng due to "serious allegations of sexual assault and harassment" and "gross misconduct on multiple grounds," the company, which is based in San

Save now with a special offer.

## Subscribe now for

**uninterrupted access.**

Get the context behind every story for $1.99/month.

Or pay with credit card

| **Melinda French Gates' $12.5 Billion Creates Path to Unrestricted Giving** |
| --- |
| **Istanbul Pushes Ahead With IPO Plan for $10 Billion Gas Grid** |
| **UK Is Failing to Deliver Enough Affordable Housing for London Students** |

Tradeshift's board became aware of the allegations in late August and dismissed Lanng on Sept. 1, according to the statement. The US-Danish company has named Chief Revenue Officer James Stirk acting CEO until a permanent replacement is found, and said it will set up a "dedicated and anonymous whistle-blowing line" for its 800 employees.

Lanng denied the allegations.

"There has never been an HR case, complaint or formal allegation filed against me at Tradeshift," Lanng said in a message sent to Bloomberg News. "I can categorically refute any of these allegations and stand by my tenure and leadership over the last years."

Tradeshift, which operates in 13 countries, was <u>valued</u> at $2.7 billion in a 2021 financing round. Lanng and two other Danish entrepreneurs, Mikkel Hippe Brun and Gert Sylvest, formed the company under the name EasyTrade in 2005.

Hippe Brun said in a LinkedIn <u>post</u> on Tuesday that he's leaving the payment

Save now with a special offer.

**Subscribe now for**



017

https //www bloomberg com/news/articles/2023 10 11/goldman backed fintech fires ceo facing sexual assault complaint?embedded checkout  true

2/3

uninterrupted access.

Get the context behind every story for $1.99/month.

**Or pay with credit card**

Save now with a special offer.

Subscribe now for



Tradeshift Fires CEO Lanng Amid Sexual Assault Complaint - Bloomberg      about:reader?url=https%3A%2F%2Fwww.bloomberg.com%2Fnews%2...

Case 4:24-cv-00166-JST   Document 65-1   Filed 07/08/24   Page 20 of 21

bloomberg.com

# Tradeshift Fires CEO Lanng Amid Sexual Assault Complaint

*Christian Wienberg*

2–3 minutes

---

A payment-technology company that had some of the world's biggest banks as backers has fired its chief executive officer amid allegations of sexual assault and harassment.

Tradeshift Holdings Inc. dismissed its co-founder Christian Lanng due to "serious allegations of sexual assault and harassment" and "gross misconduct on multiple grounds," the company, which is based in San Francisco and Copenhagen, said in a statement late Tuesday.

Goldman Sachs Group Inc. invested in the company in 2018, but sold its shares in 2021, a spokesman from the Wall Street firm said by email. HSBC Holdings Plc also bought a stake in 2018 and invested an additional $35 million in July. HSBC declined to comment.

Tradeshift's board became aware of the allegations in late August and dismissed Lanng on Sept. 1, according to the statement. The US-Danish company has named Chief Revenue Officer James Stirk acting CEO until a permanent replacement is found, and said it will set up a "dedicated and anonymous whistle-blowing line" for

019

its 800 employees.

Lanng denied the allegations.

"There has never been an HR case, complaint or formal allegation filed against me at Tradeshift," Lanng said in a message sent to Bloomberg News. "I can categorically refute any of these allegations and stand by my tenure and leadership over the last years."

Tradeshift, which operates in 13 countries, was valued at $2.7 billion in a 2021 financing round. Lanng and two other Danish entrepreneurs, Mikkel Hippe Brun and Gert Sylvest, formed the company under the name EasyTrade in 2005.

Hippe Brun said in a LinkedIn post on Tuesday that he's leaving the payment company to focus on another startup.

(Updates to add other founder leaving in last paragraph. A previous version of the story was corrected to clarify Goldman sold its stake in 2021.)

020