CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JEFFREY BOGERT (SBN 132778)
jeff@frostllp.com
NICK LAUBER (SBN 288499)
Nick@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant/Counterclaimant
Christian Lanng

# UNITED STATES DISTRICT COURT

# CALIFORNIA NORTHERN DISTRICT (OAKLAND)

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>      vs.<br><br>TRADESHIFT, INC., et al.<br><br>             Defendant.<br><br>CHRISTIAN LANNG,<br><br>             Counterclaimant,<br><br>      vs.<br><br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br><br>             Counterdefendant. | Case No. 4:24-cv-00166-JST<br><br>*Judge Jon S. Tigar*<br><br>**DECLARATION OF DIANA SMITH IN SUPPORT OF DEFENDANT/COUNTER CLAIMANT CHRISTIAN LANNG'S OPPOSITION TO ANTI-SLAPP**<br><br>Trial Date:      None Set |

1

## DECLARATION OF DIANA SMITH

I, Diana Smith, declare as follows:

1. I am not a party to and am financially disinterested in this legal action. I have personal knowledge of the facts set forth herein and, if called upon to testify as a witness, I could and would competently testify to the matters stated herein. I make this Declaration in support of Counterclaimant's Opposition to Anti-SLAPP.

2. I was in contact with the law firm Freedman, Taitelman + Cooley, LLP in 2023 because they were potentially going to represent me in lawsuit against Lanng.

3. Miles Cooley, an attorney with Freedman, Taitelman, + Cooley, LLP contacted me through a WhatsApp to inform me of a social media campaign directed at Tradeshift, Inc. and Lanng. A true and correct copy of that message is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21st, 2024, at _____7/21/2024_____.

DocuSigned by:
*D Smith*
D33A56D1AB2A42F
Diana Smith

38538.1

DECLARATION OF DIANA SMITH