CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JEFFREY BOGERT (SBN 132778)
jeff@frostllp.com
NICK LAUBER (SBN 288499)
Nick@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant/Counterclaimant
Christian Lanng

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (OAKLAND)

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>TRADESHIFT, INC., et al.<br><br>        Defendant.<br><br>CHRISTIAN LANNG,<br><br>        Counterclaimant,<br><br>vs.<br><br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br><br>        Counterdefendant. | Case No. 4:24-cv-00166-JST<br><br>*Judge Jon S. Tigar*<br><br>**DECLARATION OF NICHOLAS LAUBER IN SUPPORT OF DEFENDANT/COUNTER CLAIMANT CHRISTIAN LANNG'S OPPOSITION TO ANTI-SLAPP**<br><br>Trial Date:    None Set |

1

# DECLARATION OF NICHOLAS LAUBER

I, Nicholas Lauber, declare as follows:

1. I am not a party to this. I am licensed to practice in the State of California and am admitted to U.S. District Court for the Northern District of California. I am attorney with the law firm of Frost LLP, attorneys of record herein for Christian Lanng I make this Declaration in support of Counterclaimant's Opposition to Anti-SLAPP. The facts stated below are true of my own personal knowledge and if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit 5 is a true and correct of the documents Bates stamped FTC 000001 – 000013 which were produced by Counterdefendant Freedman, Taitelman, + Cooley LLP pursuant to a request for production propounded in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2024, at Los Angeles, California.

_____
Nicholas Lauber

39467.1

DECLARATION OF NICHOLAS LAUBER