# EXHIBIT 1

 Miles Cooley

All I know is that it's going ... I'll let you know when I have more ... 21:56

👍

They are building out an infrastructure apparently but don't know much more than that 22:20

**Sat 7 Oct**

Update re Tradeshift campaign

Pass this along: (from our specialist)

—

Sure thing - here you go sir.

So the Christian Lanng Twitter account has followed a bunch of Tradeshift employees, board members, and companies that have invested in Tradeshift, as well as some female sexual abuse specialists. It's made some posts about "finding my voice" and interacting with several of the sex abuse people. I had something in draft that calls out Christian directly, but you asked me to hold because I want to intimate that his investors knew. I'd like to know if I can also mention contacting Freedman more or if that's still to be held back.

has followed a bunch of Tradeshift employees, board members, and companies that have invested in Tradeshift, as well as some female sexual abuse specialists. It's made some posts about "finding my voice" and interacting with several of the sex abuse people. I had something in draft that calls out Christian directly, but you asked me to hold because I want to intimate that his investors knew. I'd like to know if I can also mention contacting Freedman more or if that's still to be held back.

The website was acquired — we just need to get content for what you want to exist and can start marketing that.

When the website exists that's when I think it'll make sense to troll the Tradeshift friendly subreddits and maybe come up with a meme about Christian.

The final step, when there's a potential court case, we can do the social network ad buys on his name to the website.

We talk budget whenever but this guy is a scumbag so we will apply your discount and work on fumes to fuck this guy up. But it's all in motion.     01:31