# EXHIBIT 2

Dear ,

This is going to be the private diary you share with me, in this I want reflection on a daily basis, I want any sexual encounters noted, either between us or others, I want you to note if you felt you broke the rules, I want you to write in which ways you are happy, sad, feel you can improve or praise for yourself.

You will make at least one post per day, starting today.

Christian

-----

## Monday 6th January 2014

Your thoughts…

i have little thoughts - big waves- throughout the day but sitting down and writing...writing is a wonderful way to have him inside me. maybe this summer writing was so intense and overwhelming because he wasn't there to come out of me. (harvard summer writing intensive) this week has taken me over. tomorrow is the morning meeting funny i might just be jaded enough to be relaxed at the meeting - I'm so over it not working out it makes me not attached to the outcome at all..I get to be completely present and completely detached at the same time.
I love when i have this sexy cheerleaderish little girl vibe comes over me. i love when this little bit of teasing comes and i want to push his buttons and come all over him. the text messages and conversations i had today lets see...much better then months ago. 1. i don't feel the need (as much) to tect people. 2. I am much more content not to engage 3. I don't have time for nonsense i am worth me- i love that part because I don't need to say anything negative I just have other priorities.
i almost texted nikesh the social anthropology idea but didnàt because he is not my friend like that anymore.
Andy texted much longer than he usually does I am much happier to be his friend - i did catch myself wanting to start texting long amounts to him but i ended the conversation. I would say it was much better than several months ago but that I am still getting there. one day...poof I will laugh at how i acted around him
nouriel was hot and cold the way he has been since october . he was straight mean and I handled him diplomatically and then I said that what he said was as bad as my own internal self hate and he apologized. I wish men like that realized the power and influence they have-more on this another time.
rich told me that you know its all names and spaces and places and to be seen and to see and thats what is exhausting. The real purpose is to communion and contribution. i'm tired.

I am wondering when all my experiences with christian are going to come out. where did they go? did they even happen? I moving so fast
my aunt told me last week when i decided not to go to LA but stay to see if I would have job offer "if it is a question of staying or going- just stay"

later…

its 9pm and i'm a little lost with how to spend my time. I guess i can organize things and read and watch about tradeshift. listening to itunes radio..

http://www.youtube.com/watch?v=5NV6Rdv1a3I

I just loved listening to christian talking about tech giants tonight. he is one I love it-him. I relaxes me to be with him. I feel like i can be me and at the same time am naturally becoming my ideal self. when i was looking at him tonight in the car ride home i really saw just how powerful it was- he is- we are- independent and together. I love his world and our world.

https://soundcloud.com/discobelle/dscbl-ffmx-15ips

sex was really good with christian tonight i love sitting like that on my knees and i loved choking on him i love when i am so open that i can deep throat and my body starts moving fast and deep giving head like a…i've noticed that i do that during sex now too- i can begin fucking a man the same way men usually start thrusting a woman..when the stars aline my core and hips thrust and tonight i felt it but in my throat giving head. i wanted to live in that space. I like i remember more of what happened that the other nights. the nights with the ropes have got to be some of my most special memories. actually this whole week is like my greatest fantasy coming to life. I canàt help but think about Ophelia and her hand in all of this. i'll never forget then someone said "when a sibling dies, the other siblings divide the interests and traits from the one that passed and internalize them, in order to maintain the balance" so many of the turns i have taken in the last 3 years have been because i developed/incorporated some of her interests and strengths into my own.

i like that christian was like "i see you and tariq text i dont care" was so sexy to me

omg david the guy from LA that i don't even know his last name but he goes down on me for length and we've had a relationship passed on this for years….he texted and i didn't have his number saved for some reason.. he seems upset and neglected and i didn't really care or have time to bother responding to him at all.

I have a secret…
https://soundcloud.com/discobelle/dscbl-ffmx-15ips i like listening from 11.30 on

yes we have..

when christian is online and i see the little orange marker i feel so much. i love google docs for this reason. it is an extremely intimate instant messenger . i need to learn how to spell which reminds me why isn't there an app that allows me to learn how to spell a word and hear it when i highlight it or even to just words i specifically spell incorrectly all the time. and find patterns and tell me if it is something wrong with a part of my brain or what the deal is (i want to delete this but will keep everything i write here and never delete)

are you online?

i was so scared when he told me about the nipple clamps i felt it happening to me and i felt very close to death. i think i like him because he gives me that feeling. krishnamurti says to be alive is to to see death all around you always..there is nothing wrong with me i just don't understand what everyone is doing all day and why. but i love the woman in the rope photos. i look and do not see ▋ .  i understand it is me, im not 2 separate people, i just am having my mind blown. i can almost not look at the photos.. i love them though. he is so handsome i love kissing him and listening to him feels good. tonight he said "there will be a way back for you" such a line is filled with so much meaning. i am shocked he can say such a line without my saying anything at all. i wonder if he has met someone like me . people call me uniquely individual (music is good again at 24.45) i'm not sure what that means. one thing is people do not criticize me or make fun of me anymore the ones that do i usually don't even notice or know they are not my people and can use them for what i need and see their strengths not hold there need to gossip-make judgements against them. im rambling.

later..i wish i had ropes and christian now to sleep with. just here to feel


### Thursday 9th January 2014

Your thoughts…

today was difficult i tapped into some deep sorrow. i saw how deeply i don't feel that i belong and wow the games people play. once a man said he (i had to turn on music in order to check out just enough to write) i didn't realize…

i was in the bath last night realizing that i have selfless work ahead of me- and realizing that my yoga practice has carried me and will need to be implemented in order for me to continue. and this am on my run i realized that these first few days are similar to the first few days of a yoga immersion. let me give you a reference to what a yoga immersion looks like…

   **DAILY SCHEDULE AND COURSE RULES**
   - **4:30 am:** Wake up
   - **5:00 am:** Pranayama (BREATHING/CLEANSING TECHNIQUES)

compliment people , ask how they are doing, ask how i am doing- then when i screw up and i will screw up people will look out for me and cover my back

3rd-what I said about learning about the company its goals, vision, history, short and long term priorities and about each executive team- is perfect and strategic.. and it comes after step one. don't get lost in the big stuff and forget to continue learning the micro skills or else HR will stab me in the back.

4th- is contacts keeping my contacts and companies contacts in very nicely managed way and this becomes extremely valuable

it is a marathon not a spirit - you're going to do a great job. i'm so touched you said you learned your lesson from harvard that is real growth. wow really i'm really touched. sound fantastic gosh your meals should be covered and with the travel your salary is totally fine its just great ▇. Does he want to meet Fenwick west?

end

Back to the bathtub now.

back on bed now

falling down the rabbit hole

i'm feeling jealous and helpless and in fear

in the bathtub i have this thing sometimes where i like to put my face in the water I wondered if christian would be able to do that to be with the ropes or if it too much of a safety hazard maybe just in a loving way like then he first tied me. i can see that a cane is safer than water even though i just love water- its the sensory deprivation thats why i love meditation.i'm good at meditation. meditation and dissociating are separate things but they can complement each other i hope to use my ability to meditation and split and dissociate to push me forward into participating in mainstream life more. whatever that means.

http://www.youtube.com/watch?v=D83KsqI5ZP0

this is supposed to be a sex diary. its all so related. i don't want to be with christian and secretly thinking about his other lives or here at night wanting so badly to be bound and earlier when i wanted to cry i would have loved to be held and hit.earlier i wanted to be hit. but i don't want to send a photo to some admirer of mine when its really something i should share with christian. I divide myself between men people i think i might overwhelm them or because i think they also have many partners and so i don't want to have pain. but the scary thing about flirting and not fully getting involved is that at some point you forget what it means to share a bed and you think every people is superficial and trying to use you or lying to you in order to swoon you. my ex boyfriend when sharing his story of success told me if you do something long enough you become it aka i fake it till you make it but really...he said "i went into wall street not thinking i would be like them and then one day you wake up and you 35 and your a wall street monster and you realized you created yourself" i remember that.

Thank you for this incredible gift

i don't have anything to write

## Monday 27th January 2014

Your thoughts…travel

a new day

I'm the happiest girl in the world tonight

I feel so loved so cherished so adored and very loved

I loved being a little monkey with Christian

What a special day and night with him

I feel so soft and sweet and care for him so much its started

I have had moments where I'm like wow I really like him I love him

But now I see it's starting really

I don't want to harm him

I'm protective of him

I see the best in him

I see him in so many ways and hold him in such honor

I admire him

I love his body and touching it and am protective of it covet it

I feel safe with him

I breathe am let go and cut for him

I want him and desire him

I'm his baby and queen and monkey and goddess partner and slave and all his and he takes me and I really feel that he and I are a special thing

new day 12am
christian rented me a place to live in san fran i am touched and so happy i hope it was not too much i am so touched and relieved and happy. its not happy like excited it more like a deep gut wake up call that say ███ your wanted xo. so i'm very touched and I hope i give him the same affections

i'm sure tomorrow will feel like a shorter day at work because its the OKR and a half day to look at apartments. I will wear tennis shoes and try to get to office very early. i feel bad the Christian went to sleep so late after such a long day and has alcohol to process and has an early morning. he will feel really good with a shorter day and a hair cut. I will clean my nails and get a facial in the next week as well. it always feels so good.

i want to exercise and move but seriously feel so freaking good doing nothing in bed. i love the night because everyone is sleeping and i can finally work and get things done without the pressure. one thing i feel 10x times greater is pressure. I pick it up and it expands x10 in my aura ( ;) mortens assistant must has made an impact!) so i love having space from people like 16 feet around me and i love it even more when people are asleep. i used to be an early bird but I am less and less after major cities. when i live alone and totally alone day to day my schedule is 9 to 430 pm sleep. I used to sleep when everyone is awake was up just long enough for all time zones including usa. In asia I lived more of a normal day to day but it is much softer and sweeter in japan and singapore and indonesia.

i'm feeling good about work and christian and although i'm judging myself a lot this days but im sure its my period coming and becoming used to work and not exercising.. I'm optimistic. I can not wait for my class! I'm sure once i'm settled and after my class I will get recentered this weekend and start preparing for london and for the board meeting. juicing and fitness and yoga.


## Thursday 30th January 2014

Your thoughts…

Dear diary

I feel gold that rich routine and khalifa all write me saying I was missed at Davos
Rich said he will arrange my trip for next year he needs three of me there that I'm extremely good at picking up what's going on on the ground level and he needs my feedback

Routine is sending me reading list he made two suggestions
He asked about my job but I didn't respond
I need to be able to position myself better between the company my network

000036

Christian might be the best man I've ever met

At night I don't think I'll be able to wake up and do it all again but I do !

And more and more I'm excited in that first moment of waking up.
Christian takes care of me I want to massage him and sing to him and groom him and exercise with him and he can't hit me or hold me I love all of him

I realize I might have gained weight but I have been so good at not vomiting since the water fast and even more since meeting Christian that maybe I gained a few pounds but am actually more inclined to wake up in joy and release all body image pressure

I know by now that my natural weight is smaller than my current weight so if I'm using food and not exercising to cope for stress find control or to try to push Christian away I know that Window of games has a small life cycle . I know I can't beat myself up with eating too much and not exercising for very long any more . So I'm not worried . I am relaxed into it I actually believe I'm healing deep deep trauma . I'm beyond humble bare and deeply moved my Christians acceptance . It takes that much love to make change I have nothing to give him in return except to be touched and allow his love to change me totally and completely . It's my dream come true and my ultimate fantasy. I can not believe how live is unfolding . When he came inside me tonight I was overtaken with life . If someone would have asked me if I would be willing to do it all again...I would have said yes just for that moment when we came and I saw his face and felt his beard in my hand cock deep me I could feel him and I wasn't It was just this whoosh the best feeling in the world totally consumed and taken in his eyes and the taste of his spit inside me

## Thursday
Your thoughts…

Its late night midnight its Friday actually

End of a very very long day

I realize Christian let go of me today tonight but I think it's because he knows I am his

It only dawned on me a minute ago I wouldn't run he won me

I still fight him but tonight the first night he let me go I realize that with space I want him and need him and desire him

Maybe I won't fight as much now that I see how badly I am drawn to him how much I actually admire him and long for his saliva taste and beard on my face

Mmmm

Lonely in my bed tonight but also the space I've been asking him so it's sweet yet not as sweet as I thought I prefer Christian

Sometimes space is good . He has me and tonight I saw a glimpse into how far I've come and what I can do and where I'm failing

Christian please please always keep me always love me and desire me and keep me

X


**Friday**
Your thoughts… no diary
**Saturday**
Your thoughts…

there is no way in hell i'm seeing chl tomorrow. if he wants me to do all this shit for him 247 then he needs to make sure i can breathe i have all these laundry how does he think it gets done? i've never gone to a laundromat how does he think a beautiful excited little girl is supposed to love him if she doesn't even have time to do anything to get ready he has no fucking idea that every second with him only add to my to do list and that this has absolutely fallen into a work related situation if i can't perform for work i can not see him and if i don't have space to do get organized he isn't going to get organized for me or exercise for me or shower for me i do not have time to see him how funny is that. its not going to happen. i will not write mike i will go to that but i do not have the whole day i need the morning and the afternoon and evening for ▮. today is not ▮ day today is catching up for all the days ▮ has not had an ▮ day.

i have gained 7 pounds. yester and the last three times i weighed myself on the scale i was 155. i haven't been 155 that is a red zone that is a go straight to truenorthhealth zone that is i need a therapist zone that is a red zone. 145 is my yellow/red zone. i don't know how to communicate any better that 155 is horrify sign for ▮

i'm calling a red day . it is honest. it isn't biting. it is so i can not flee totally. i will absolutely just get on a plane and leave the country if i'm pushed to hard . i have dreams and goals and i will not compromise my well being. i understand that you have the best intentions for me and that you have my goals in mind with every action word and touch BUT how did this happen? i do not question or test your power at all.

happened I think I would be okay I think it would be okay and not irresponsible. I guess I would be okay to take a pill but you know maybe not because he came deep deep inside me on Sunday and it was so special to me in not had it like that and it would be too late to take a pill for Sunday so I wouldn't want to take a pill and then have something happen to harm me

But I can be more aware next time to not let him cum inside me or talk with him about when he is okay with it and when not

In exhausted at work and feel a lot of stress especially the social side of sitting in the office when I have such a difficulty concentrating there

I pray that tomorrow I can find a way to get everything done

I miss Christian so much I miss also not working and I also know him so much better because of work I see working for him is a way of his inviting me into his life it really is perfect situation I pray I can break through and change please let me change and soar and be okay

I miss no pressure and no performance pressure

I like the corients I gof when I wasn't bogged down by an employment position its interesting what roles and titles do to a person in so many ways my voice is dampened and in so many ways I know my special voice and strengths will not fade away for good they are just on the side right now while I learn these other things

Please don't let me forgot to explain about how I used to condition and punish myself

**Waiting for you to write to me… Your Master**
**ooo**
**NEW START**
**Sunday  MARCH 9, 2014**
Your thoughts…

im so soft i love christian i feel so warm and happy and cuddly. there is a very small part of me that says no no no wait he married etc put its leaving i mean i should have let him give me the aerobed. i think i know so much but do not know anything i'm surprised i have even contributed anything to work or his life outside of my body and mind for him only. i'm so happy to be home. i did such a good job with rock i didn't do anything with him - i did more with andy then i did with rock even though i was naked in bed all night with rock and kinda kissed him it was nothing it was not sexual there was no desire there - it wasn't painfully uncomfortable- it was just enough for me to see how it was such a waste of a weekend and how much i love christian. it even made me see that other men i might want to flirt with are not actually worth it.

I thought of several memories the last day.

In the meantime I have my new birthday scale and I will most likely do HCG diet for 30 days like...starting this week if I can find doctor or the shots asap.

I am from LA - i was born here and this is where I come from It feels so strange to be here and at the same time I am born of this place. I am really looking forward to having Christian here - I would like to see where he is born too.

What can I say I am enthralled.

I just did a complete spell check and It was a walk down memory lane- I have turned a FEW leafs. I am so obsessed and IN LOVE and in AWE and so bubbling wanting desiring aching for CHRISTIAN! my handsome man I am such a lucky girl - he makes me a woman! I am so much more confident I'm also very much his sex slave lol I'm aching to give myself to him all morning wet and waiting and when he texted i jump and screamed in joy heheehe I really like him a lot.


## Friday
Your thoughts…

no diary
## Saturday
Your thoughts…

no diary

## Sunday  2014
Your thoughts…

ok I like the idea of choosing a punishment and can pick some good ones but my mind already says i am shit and so i am afraid that if I pick a punishment it will push on that rather than actually punish me for what i did….because i do not know what i did really

I made christian angry.
This afternoon i was in bed sick and a flood of emails came into my inbox all work related and all tasks that i normally do. I do not feel comfortable at work and have a difficult time with these tasks and they were time sensitive to tomorrow. I also do not have a chair and so using the computer is rather difficult. I liked that i didn't have to make them and was secretly relieved but at the same time i was crushed that christian would do that to me after all our conversations i don't know why he would do that.

I knew immediately he was just in a zone and pumping things out and that it was because i was sick and he was just in the moment pumping things out.