# EXHIBIT 3





Follow

# Not Christian Lanng

@_ChristianLanng

Parody account for Christian Lanng, although there's nothing funny about the serious abuses which this account will be documenting. #abuse

San Francisco, CA    Joined September 2023

**57** Following    **76** Followers



I hope you've all been paying attention. bloomberg.com/news/articles/...

It's not too late to come forward if he assaulted you too.



Danish Fintech Fires CEO Facing Sexual Assault Complaint

From bloomberg.com

♡ 3   ıl 854

**Not Christian Lanng** @_ChristianLanng · Oct 1, 2023
It is important we stand together and support organizations like @WomenAgnstAbuse. Don't let anyone take your voice away from you. It took me a long time to find mine, but now that I have it, I'm never letting go.

♡ 1   ıl 927

**Not Christian Lanng** @_ChristianLanng · Sep 30, 2023
I have a lot to say, but it has taken me a long time to get to this point where I can say anything. In the next couple of weeks I'm going to be providing evidence of some heinous actions so I can help other women get help. Thanks for understanding how difficult it is to talk up.

💬 1   ⇄ 1   ♡ 6   ıl 3.1K

**Not Christian Lanng** @_ChristianLanng · Sep 30, 2023
There are resources such as @AbuseResources in CA if you are struggling. It's important that we stick together and defend survivors @defendsurvivors. You aren't alone.

💬 1     🔁     ♥ 1     📊 2.2K     🔖  ⬆️

Show more replies



**Not Christian Lanng** @_ChristianLanng · Oct 11, 2023
Sure enough @tradeshift is trying to now disavow, but they knew. This isn't over. bloomberg.com/news/articles/… #sexslavery #abuse #tradeshift



Danish Fintech Fires CEO Facing Sexual Assault Complaint

From bloomberg.com

💬 1     🔁     ♥ 2     📊 2K     🔖  ⬆️

**Not Christian Lanng** @_ChristianLanng · Oct 13, 2023
More: techcrunch.com/2023/10/13/tra…

Think about "attracted investment from a wide range of investors, including strategic backers HSBC, Goldman Sachs, American Express and Intuit." The attempted distancing of Christian from the company is recent cya bullshit, but the behavior is old

techcrunch.com
Tradeshift co-founder accused of sexual assault by c
The startup said it dismissed its co-founder claiming "serious allegations of sexual assault and …

**Not Christian Lanng** @_ChristianLanng · Oct 3, 2023

The attempt to silence this account failed. I should perhaps suggest looking inward. Deep inward. Down to the place where you are clearly trying to hide the fact that Christian's behavior was a known quantity for quite some time.

Do you know how many others he abused?

💬 2    🔁    ♡ 1    📊 1.3K

---

**Not Christian Lanng** @_ChristianLanng · Oct 3, 2023

The work people like @IAMannalynnemcc does is important to bring to light the problem of human trafficking in modern society. No form of slavery is okay. Giving women a piece of paper and saying it's a legal contract does not make it okay Christian! #endslavery #endsexslavery

💬 3    🔁    ♡ 1    📊 1.4K

---

**Not Christian Lanng** @_ChristianLanng · Oct 11, 2023

While it might look like progress, it's just a company trying to pretend they were good stewards. Investors knew. The board KNEW. How many other women dealt with his sexual harassment and sex slave contracts?

We will come forward one by one.

tradeshift.com/resources/pres...

💬    🔁    ♡ 2    📊 1.3K


Why do survivors of sexual and domestic abuse have PTSD and symptoms like those that have been in battle, terrorized, and tortured? Because they have been in a battle and terrorized and tortured.
#DomesticViolenceAwarenessMonth #DVAM

💬 18   🔁 148   ♡ 376   📊 9.5K


**Kristi** ♥ @MsKristi5 · Oct 2, 2023
There was a period of time where I prepared for my death during my assault. My brain played tricks on my mind, as if it were able to anticipate the feeling of a knife slicing through my stomach. I finally jumped out of a moving vehicle and escaped.

I went to war. And it might
Show more

💬 3   🔁 1   ♡ 15   📊 665


**Not Christian Lanng** @_ChristianLanng · Oct 3, 2023
I'm glad you made it out. You're strong.

💬 1   🔁    ♡ 1   📊 133



**AnnaLynne McCord** ✓ @IAMannalynnemcc · Oct 3, 2023

On October 4th, I will be in NYC emceeing @HTLegalCenter's annual On My Side Celebration. We will spend the evening honoring courageous #traffickingsurvivors and the community that stands with them. Please, come join me!
Learn more and give here: htlegalcenter.org/2023-on-my-sid…




 1       ↻ 9       ♡ 7       ᐧᐧᐧ 5K       🔖  ↑ 



**Not Christian Lanng** @_ChristianLanng · Oct 4, 2023
Thank you for everything you do on this.

       ↻       ♡ 1       ᐧᐧᐧ 132       🔖  ↑ 

CNBC International 🌟 📺 @CNBCI · Apr 19, 2023

Global transaction volumes are below the expected range, said Christian Lanng, CEO of Tradeshift



♡ 1    ⇄ 1    ♥ 2    ılıl 1.6K


**Not Christian Lanng** @_ChristianLanng · Oct 11, 2023
So when is the follow up piece on Christian to ask about his abuse contracts? Don't forget to reach out to the investors and board who knew what he was doing well before the IPO.

             112    




**TechCrunch** ✳ @TechCrunch · Aug 1, 2023
Tradeshift raises $70M, launches financing JV with HSBC focused on B2B trade tcrn.ch/3Qlueyr by @ingridlunden

💬 2   🔁 7   ♡ 16   📊 31K


**Not Christian Lanng** @_ChristianLanng · Oct 11, 2023
Perhaps for the followup piece focus on how Tradeshift's board knew about Christian Lanng's slave contracts and chose to do nothing.

          🔁       ♡        📊 177

> **Not Christian Lanng** @_ChristianLanng
> The attempt to silence this account failed. I should perhaps suggest looking inward. Deep inward. Down to the place where you are clearly trying to hide the fact that Christian's behavior was a known quantity for quite some time.
>
> Do you know how many others he abused?
>
> 💬 2   🔁   ♡ 1   📊 1.3K

**MB** @freerunner_ca · Oct 13, 2023
open your DMs

💬 1   🔁   ♡   📊 345

**Not Christian Lanng** @_ChristianLanng · Oct 13, 2023
I would rather not. For my safety, I already had to deal with one take down attempt and don't know the extent of what they might try next. If you have information or questions, you can pass it to my lawyers at Freedman Taitelman.

💬   🔁   ♡ 2   📊 553

The B2B payments fintech said it has introduced a dedicated and anonymous whistleblowing line and is "committed to addressing complaints of workplace misconduct buff.ly/46rkPdT

Q 1     ↻     ♡     553

**Not Christian Lanng** @_ChristianLanng · Oct 15, 2023

Wow! What a joke it is for them to pretend to just now be responding to something they knew was happening for YEARS and tried to keep quiet. I don't want to sound like a bitch here, but this is the lamest and laziest cover up ever. Liars.

Q     ↻     ♡     285

**Buyers Meeting Point** @BuyersMtgPoint

If you are planning your #procurement event schedule ahead of this week, we recommend "P2P: What "Good" Looks Like (And Why it Matters)" from @tradeshift on November 8th buyersmeetingpoint.com/blogs-eb/entry...



○ 1     ↻     ♡     📊 299     🔖 ↑

**Not Christian Lanng** @_ChristianLanng · Oct 22, 2023

I'm not so sure that "good" and Tradeshift deserve to be in the same sentence any more. Hiding the truth on sexual assaults is not "good." That much I know!

○     ↻     ♡     📊 340     🔖 ↑


**Chris Gledhill** @cgledhill · Nov 3, 2023
Sam Bankman-Fried found guilty on all seven counts

| TechCrunch techcrunch.com/2023/11/02/sam… #fintech



💬 1    🔁 4    ♥ 5    📊 1.4K    🔖 ⬆


**Not Christian Lanng** @_ChristianLanng · Nov 3, 2023
Good. Criminals should go to prison, kind of like the board of Tradeshift for knowingly covering up sex crimes.

💬    🔁    ♥ 1    📊 277    🔖 ⬆



To Christian and the entire Tradeshift board: I'm not going anywhere. None of us are. This is just the beginning.

> **Not Christian Lanng** @_ChristianLanng · Sep 30, 2023
>
> I have a lot to say, but it has taken me a long time to get to this point where I can say anything. In the next couple of weeks I'm going to be providing evidence of some heinous actions so I can help other women get help. Thanks for understanding how difficult it is to talk up.

♡ 3   ıl 2.2K

**Not Christian Lanng** @_ChristianLanng · Dec 12, 2023

What have I been saying? This was no joke. dailymail.co.uk/news/article-1...

The whole board knew about it too and tried to cover it up. #slavery



From dailymail.co.uk

♡ 1   ıl 1.2K