# EXHIBIT 4

# BF's new media statement

## Debora Lima <debora@senseiadvisory.com>

Thu 4/11/2024 7:27 AM

To:Chris Frost <Chris@frostllp.com>;Nicholas Lauber <Nick@frostllp.com>
Cc:Lisa Crawford <lisa@lisacrawfordconsulting.com>;Eric Galen <e@ericgalen.com>;Christian Lanng <christian.lanng@gmail.com>

[EXTERNAL E-MAIL]

Provided to a Danish journalist named Jesper Hoberg.

*This lawsuit is an egregious and meritless attempt by Christian to deflect from the underlying issue at hand - that he sexually abused and victimized Jane, an employee, for years and then did not pay a dime in settlement proceeds under the agreement that he signed. He was fired from Tradeshift in part for this very breach of contract, a fact that he is now attempting to position as a demand for additional funds. Further, he is using this countersuit, the legal system, and the media to continue manipulating and abusing Jane by offering a narrative that is not grounded in any truth, portraying her as a consenting party in an illegal workplace relationship. This lawsuit is riddled with lies about third party sites for which no evidence is offered and bogus extortion claims and is an example of irresponsible lawyering and media manipulation.*

To my knowledge, there are at least two GLARING falsehoods here – that Jane Doe was sexually abused for years - or at all, but just from a timeline perspective, 'years' is an insane stretch; and that Christian never paid a dime.

Besides wanting to flag this new media statement, I'm also wondering: Why does Freedman feel so comfortable lying on the record like this? Is he just that confident that he'll prevail? I've never really seen anything this brazen.

--
Debora Lima
Media Director, Sensei Advisory
Cell: +1 786.797.8540

*Austin | NYC | LA | Miami | London | São Paulo | Hamburg | Dubai*