UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS Plc, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-00166-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LITTLER MENDELSON, P.C.'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:   December 7, 2023<br>Removal filed:    January 9, 2024 |

1  The Court, having considered the Administrative Motion by Defendant Littler Mendelson, P.C. ("Littler) to extend its time to respond to Plaintiff's operative complaint, finds good cause to grant the Motion.

Accordingly, Littler's time to respond to Plaintiff's operative complaint is now: _____November 4_____, 2024.

IT IS SO ORDERED.

Dated: August 15, 2024

_____
HON. JON S. TIGAR
UNITED STATE DISTRICT JUDGE