UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRADESHIFT, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-00166-JST<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

The Court has stayed this action pending arbitration. ECF No. 76. Accordingly, all pending motions are administratively terminated, and the Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge