Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Tradeshift, Inc. and
Tradeshift Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 4:24-cv-00166-JST<br><br>**JOINT STIPULATION RE: ORDER ON MOTION TO COMPEL ARBITRATION [ECF NO. 76]**<br><br>Assigned to Hon. Jon S. Tigar |

Plaintiff and Counter-Defendant Jane Doe ("Plaintiff") and Defendants Tradeshift, Inc., and Tradeshift Holdings, Inc. ("Defendants," collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

On May 22, 2025, the Court entered an Order directing the parties to state within seven days their position on whether any portion of the Order Granting Motion to Compel Arbitration [ECF No. 76] (the "Order") would need to be redacted. Having met and conferred, all Parties to the Motion to Compel Arbitration agree that no redaction is necessary.

DATED: May 29, 2025

Ekwan E. Rhow
Christopher Jumin Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/Christopher Jumin Lee*
 Christopher Jumin Lee
Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

DATED: May 29, 2025

Bryan J. Freedman
Miles M. Cooley
Jason H. Sunshine
FREEDMAN TAITELMAN + COOLEY, LLP

By: */s/ Bryan J. Freedman*
 Bryan J. Freedman
Attorneys for Plaintiff Jane Doe

## FILER'S ATTESTATION

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED: May 29, 2025

Ekwan E. Rhow
Christopher Jumin Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: /s/ Christopher Jumin Lee

Christopher Jumin Lee
Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.