UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe,

Plaintiff,

v.

Tradeshift, Inc. et al.,

Defendant.

Case No. 4:24-cv-00166-JST

**MOTION TO SUBSTITUTE LAW FIRM;** ~~**PROPOSED ORDER**~~

On behalf of (party name) Jane Doe, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Willkie Farr & Gallagher LLP - Nicholas Reddick, Matthew Gurvitz, Alyxandra Vernon

Name(s) of counsel withdrawing from representation and firm name:

Liner Freedman Taitelman + Cooley LLP - Bryan Joel Freedman, Miles Cooley, Jason Sunshine

Date: 08/22/2025

### ~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: September 10, 2025

_____
UNITED STATES DISTRICT JUDGE