**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

JANE DOE,

                        Plaintiff,

        v.

TRADESHIFT, INC., a Delaware corporation,
TRADESHIFT HOLDINGS, INC., a Delaware
corporation, CHRISTIAN LANNG, an individual,
MIKKEL HIPPE BRUN, an individual, GERT
SYLVEST, an individual, MORTEN LUND, an
individual, MORTEN SONDERGAARD aka
MORTEN PEDERSEN and aka MORTEN
BLINKSBJERG NIELSEN, an individual, JEFF
RANSDELL, an individual, KING & SPALDING
INTERNATIONAL, a United Kingdom business
entity, LITTLER MENDELSON, P.C., a California
professional corporation, HSBC HOLDINGS PLC,
a United Kingdom business entity, KOCH
INDUSTRIES, INC., a Delaware corporation, and
DOES, 1-100, inclusive,

                        Defendants.

Case No.: 4:24-cv-00166-JST

**PLAINTIFF JANE DOE'S NOTICE
REGARDING COMPLETION OF
ARBITRATION**

Ctrm.:   6, 2nd Floor
            Hon. Jon S. Tigar
            1301 Clay Street
            Oakland, CA  94612

Complaint Removed:  January 9, 2024

## NOTICE OF COMPLETION OF ARBITRATION

On February 20, 2024, Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc. (collectively, "Tradeshift") filed a motion to compel arbitration of Plaintiff Jane Doe's claims against them. ECF No. 20. On August 16, 2024, the Court granted Tradeshift's motion and ordered Ms. Doe to arbitrate her claims against Tradeshift. ECF No. 76. The Court also stayed this action pending arbitration and ordered the parties to notify the court within 48 hours of the completion or termination of arbitration. *Id.* at 22–23. Pursuant to that order, Ms. Doe and Tradeshift write to inform the Court that the arbitration between them was terminated on June 8, 2026.

Respectfully submitted,

Dated: June 10, 2026

**WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Nicholas Reddick*
Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff

PLAINTIFF JANE DOE'S NOTICE REGARDING COMPLETION OF ARBITRATION
Case No. 4:24-cv-00166-JST

Dated: June 10, 2026

**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**

By:   */s/ Christopher Jumin Lee*
      Christopher Jumin Lee

Ekwan E. Rhow (SBN 174604)
Christopher Jumin Lee (SBN 322140)
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

Attorneys for Defendants Tradeshift, Inc. and Tradeshift Holdings, Inc.

PLAINTIFF JANE DOE'S NOTICE REGARDING COMPLETION OF ARBITRATION
Case No. 4:24-cv-00166-JST

## CIVIL LOCAL RULE 5-1 ATTESTATION

As required by Local Rule 5-1, I, Nicholas Reddick, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.


Dated:  June 10, 2026                              */s/ Nicholas Reddick*
                                                    Nicholas Reddick

PLAINTIFF JANE DOE'S NOTICE REGARDING COMPLETION OF ARBITRATION
Case No. 4:24-cv-00166-JST