**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>        v.<br><br>TRADESHIFT, INC., a Delaware corporation, TRADESHIFT HOLDINGS, INC., a Delaware corporation, CHRISTIAN LANNG, an individual, MIKKEL HIPPE BRUN, an individual, GERT SYLVEST, an individual, MORTEN LUND, an individual, MORTEN SONDERGAARD aka MORTEN PEDERSEN and aka MORTEN BLINKSBJERG NIELSEN, an individual, JEFF RANSDELL, an individual, KING & SPALDING INTERNATIONAL, a United Kingdom business entity, LITTLER MENDELSON, P.C., a California professional corporation, HSBC HOLDINGS PLC, a United Kingdom business entity, KOCH INDUSTRIES, INC., a Delaware corporation, and DOES, 1-100, inclusive,<br><br>                      Defendants. | CASE NO.: 4:24-cv-00166-JST<br><br>**PLAINTIFF JANE DOE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Ctrm.:    6, 2nd Floor<br>            Hon. Jon S. Tigar<br>            1301 Clay Street<br>            Oakland, CA  94612<br><br>Complaint Removed:  January 9, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe files this notice of voluntary dismissal as to the following Defendants only:

1. Tradeshift, Inc.

2. Tradeshift Holdings, Inc.

3. Mikkel Hippe Brun

4. Gert Sylvest

5. Morten Lund

6. Morten Sondergaard aka Morten Pedersen and aka Morten Blinksbjerg Nielsen

7. Jeff Ransdell

8. King & Spalding International

9. Littler Mendelson, P.C.

10. HSBC Holdings Plc

11. Koch Industries, Inc.

None of the foregoing Defendants have filed or served in this action an answer or a motion for summary judgment. In accordance with Rule 41(a)(1)(B), this voluntary dismissal is with prejudice as to the claims against the enumerated parties.

Respectfully submitted,

Dated: June 10, 2026

**WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Nicholas Reddick*
          Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff

PLAINTIFF JANE DOE'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1) / Case No. 4:24-cv-00166-JST