**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
 nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
 emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
 avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
 idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
 mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTIAN LANNG and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.: 4:24-cv-00166-JST<br><br>**PLAINTIFF JANE DOE'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT CHRISTIAN LANNG PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Ctrm.:   6, 2nd Floor<br>            Hon. Jon S. Tigar<br>            1301 Clay Street<br>            Oakland, CA  94612<br><br>Complaint Removed:  January 9, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jane Doe hereby moves for an order dismissing her claims for sexual assault and battery, sex trafficking, and intentional infliction of emotional distress against Defendant Christian Lanng which involve his mistreatment of Ms. Doe in the capacity of her employer.  In support of her Motion, Ms. Doe states as follows:

1.    On December 7, 2023, Ms. Doe filed a Complaint ("Complaint") against all Defendants in the Superior Court of San Francisco alleging claims for sexual assault and batter, sex trafficking, participating in/aiding a sex trafficking operation, intentional infliction of emotional distress, and negligence.  *See Doe v. Tradeshift, Inc., et al.*, No. CGC-23-610929 (Cal. Super. Ct. Dec. 7, 2023), dkt No. 1.

2.    On December 11, 2023, Ms. Doe filed a First Amended Complaint ("FAC") fixing a clerical mistake, but otherwise identical to her original Complaint.  *Doe v. Tradeshift, Inc., et al.*, No. CGC-23-610929 (Cal. Super. Ct. Dec. 7, 2023), dkt No. 5.

3.    On January 9, 2024, Defendants Tradeshift, Inc. and Tradeshift Holdings LLC (collectively, "Tradeshift") removed the FAC to the United States District Court for the Northern District of California.  ECF No. 1.

4.    On February 20, 2024, Tradeshift moved to compel arbitration as to the claims filed against it.  ECF No. 20.

5.    On April 9, 2024, while Tradeshift's motion to compel certain claims to arbitration was pending, Defendant Christian Lanng filed an Answer to Ms. Doe's FAC (ECF No. 37) and his own Counterclaims against Ms. Doe and her then-counsel.  ECF No. 38.  He amended his Counterclaims on April 16, 2026.  ECF No. 43.

6.    On August 16, 2024, the Court granted Tradeshift's motion to compel arbitration.  ECF No. 76.  On August 19, 2024, the Court stayed the case as to all other Defendants—including Defendant Lanng—pending the resolution of the arbitration between Tradeshift and Ms. Doe.  ECF No. 77.

7.    On June 10, 2026, Ms. Doe filed a notice informing the Court that the arbitration with Tradeshift had concluded.  ECF No. 84.

1

8.    Concurrently with this Motion, Ms. Doe has filed a notice of voluntary dismissal with prejudice as to the following Defendants:  Tradeshift, Inc., Tradeshift Holdings, Inc., Mikkel Hippe Brun, Gert Sylvest, Morten Lund, Morten Sondergaard (aka Morten Pedersen and aka Morten Blinksbjerg Nielsen), Jeff Ransdell, King & Spalding International, Littler Mendelson P.C., HSBC Holdings Plc, and Koch Industries, Inc.  None of these defendants have filed an Answer, Motion for Summary Judgment, or any Counterclaims in this action.

9.    Ms. Doe is also filing a Motion for Leave to Amend her Complaint to pursue claims against Defendant Lanng for breach of contract, and, in the alternative, promissory estoppel.

10.    Ms. Doe hereby moves to voluntarily dismiss with prejudice the pending claims against Defendant Christian Lanng, which involved his mistreatment of Ms. Doe in the capacity of her employer, with the foregoing reservation:  In dismissing the pending claims against Defendant Lanng with prejudice, Ms. Doe reserves the right to bring, and will not be prejudiced from bringing, a claim for sexual assault or similar personal injury claim against Defendant Lanng (even if such claims involve certain facts and allegations that underlie or overlap with the currently pending claims against Defendant Lanng), in the event that the claims against Defendant Lanng for breach of contract, or in the alternative, promissory estoppel, are dismissed, but only to the extent that such new claim is distinct from the claims currently alleged in the underlying action, does not relate in any way to Defendant Tradeshift or to Ms. Doe's or Defendant Lanng's employment at Defendant Tradeshift, and includes no allegation that Defendant Lanng was acting in his corporate status or capacity or that Defendant Tradeshift is or could be jointly, vicariously, or otherwise liable.

Given that Plaintiff intends to narrow her claims against Defendant Lanng, thereby streamlining this action, Plaintiff Jane Doe respectfully requests an order of dismissal consistent with the above Paragraph 10.  Defendant Lanng will not suffer legal prejudice.  Defendant Lanng's counsel, Nicholas Lauber, represented that he is unable to provide his client's position on this Motion at this time.

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AGAINST DEFENDANT LANNG PURSUANT TO FED. R. CIV. P. 41(a)(2) / Case No. 4:24-cv-00166-JST

Respectfully submitted,

Dated:  June 10, 2026                    **WILLKIE FARR & GALLAGHER LLP**

By:    */s/ Nicholas Reddick*
          Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff

3
PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AGAINST
DEFENDANT LANNG PURSUANT TO FED. R. CIV. P. 41(a)(2) / Case No. 4:24-cv-00166-JST