**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN LANNG and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: 4:24-cv-00166-JST <br><br> **DECLARATION OF NICHOLAS REDDICK IN SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br><br> Date:    August 27, 2026 <br> Time:    2:00 PM <br> Ctrm.:   6, 2nd Floor <br>          Hon. Jon S. Tigar <br>          1301 Clay Street <br>          Oakland, CA  94612 <br><br> Complaint Removed:  January 9, 2024 |

REDDICK DECLARATION IN SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT / Case No. 4:24-cv-00166-JST

I, Nicholas Reddick, hereby declare:

1.    I am an attorney at law, duly qualified and admitted to practice before this Court. I am a partner at the law firm of Willkie Farr & Gallagher LLP, counsel of record for Plaintiff Jane Doe ("Plaintiff" or "Doe").

2.    I submit this declaration in support of Plaintiff's Motion For Leave To File A Second Amended Complaint (the "Motion"). The facts set forth below are based on my personal, firsthand knowledge and, if called as a witness, I could and would competently testify thereto.

3.    On June 10, 2026, I contacted via telephone counsel of record for Defendant Christian Lanng ("Defendant" or "Lanng"), Nicholas Lauber. I discussed with Mr. Lauber Ms. Doe's forthcoming Motion for Leave to Amend and proposed Second Amended Complaint. This included explaining (1) the claims Ms. Doe would pursue included breach of contract and promissory estoppel; and (2) the basis for Ms. Doe's Motion for Leave to Amend. I also explained that Ms. Doe intended to dismiss certain claims against Defendant Lanng with prejudice while reserving the right to bring future personal injury claims should the breach of contract or promissory estoppel claims be dismissed at any point, consistent with the Motion for Voluntary Dismissal of Certain Claims against Defendant Christian Lanng.

4.    On that call, Mr. Lauber informed me that Mr. Lanng was still considering whether to continue being represented by his firm. As such, Mr. Lauber explained that Mr. Lanng was unable to take a position on Ms. Doe's Motion for Leave to Amend or Motion for Voluntary Dismissal at this time.

5.    Given the uncertainty regarding Defendant Lanng's representation, I scheduled an August 27, 2026 hearing on the Motion—the first available date on the Court's calendar. Should Defendant Lanng's representation oppose the Motion and need a different hearing date, I will work to find a mutually agreeable date for a hearing on this Motion.

///

///

///

///

1

REDDICK DECLARATION IN SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT / Case No. 4:24-cv-00166-JST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 10th day of June, 2026, in Monterrey, California.


/s/ Nicholas Reddick
Nicholas Reddick

REDDICK DECLARATION IN SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT / Case No. 4:24-cv-00166-JST