# Exhibit D

**DRAFT**
**NOT BINDING UNTIL SIGNED**

## THIRD AMENDMENT TO CONFIDENTIAL SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This Second Amendment to the Confidential Settlement and Mutual Release Agreement (the "**Third Amendment**") is entered into by and between ███████████ ("█████ on the one hand, and Christian Lanng ("**Lanng**"), on the other hand.

### RECITALS

**WHEREAS,** ████ and Lang entered into that certain Confidential Settlement and Mutual Release Agreement (the "**Agreement**"), effective May 14, 2022;

**WHEREAS,** ████ and Lanng entered into that certain First Amendment to Confidential Settlement and Mutual Release Agreement (the "**First Amendment**"), effective September 12, 2022;

**WHEREAS,** ████ and Lanng entered into that certain Second Amendment to Confidential Settlement and Mutual Release Agreement (the "**Second Amendment**"), effective January 11, 2023;

**NOW, THEREFORE,** Lanng and ████ agree as follows:

### AGREEMENT

1.      Amendments to Agreement. The Agreement, the First Amendment, and the Second Amendment are hereby amended as follows:

1.1      The entirety of Section 4, including subparts 4.1-4.4, is amended and replaced, in its entirety, as follows:

"Settlement Payment. Subject to the terms of this Agreement, Lanng shall make the following payments to ████

4.1      On or before March 17, 2023, Lanng shall make one of the following payments to ████

a.      Lanng shall pay ████ $400,000 in cash to an account identified by ████ or

b.      Lanng shall pay ████ $4,850,000 in cash to an account identified by ████

4.2      Unless Lanng paid ████ $4,850,000 pursuant to Section 4.1(b), above, on or before March 17, 2023, provided that ████ is not in breach of any provision of this Agreement, Lang shall make one of the following payments to ████



████ initials

_DS_

_u_

Lanng initials

1

**DRAFT**
**NOT BINDING UNTIL SIGNED**

    c.      If on or before April 17, 2023, Lanng shall pay ▮ $4,550,000 in cash to an account identified by ▮ or

    d.      If on or before May 17, 2023, Lanng shall pay ▮ $4,650,000 in cash to an account identified by ▮ or

    e.      If on or before June 19, 2023, Lanng shall pay ▮ $4,750,000 in cash to an account identified by ▮

4.3    Provided that ▮ is not in breach of any provision of this Agreement, on or before August 17, 2023, Lanng shall pay ▮ $2,500,000 in cash to an account identified by ▮

4.4    Provided that ▮ is not in breach of any provision of this Agreement, on or before December 18, 2023, Lanng shall pay ▮ $2,500,000 in cash to an account identified by ▮

4.5  All payments are to be made to:

    Werksman Jackson & Quinn LLP Client Trust Account
    Union Bank
    Pasadena Branch
    70 South Lake Avenue
    Pasadena, California 91101 USA (626) 683-5500

    ABA Routing No. ▮
    Account No. ▮

    SWIFT Code: ▮

2.    <u>Reaffirmation of No Prior Disclosure of Confidential Information</u>: ▮ and Lanng, on their own behalf and on behalf of their agents, attorneys, employees, contractors, officers, directors, representatives, partners, spouses, joint venturers, partnerships, companies, predecessors-in interest, administrators, executors, heirs, successors, and assigns, ▮ counsel, Werksman Jackson & Quinn, and Lanng's counsel, Quinn Emanuel Urquhart & Sullivan, reaffirm, represent, and warrant that the representations and warranties regarding Confidential Information set forth in Section 10 of the Agreement continue to be true and accurate, as well as that neither they nor anyone affiliated with them has previously disclosed in any manner, whether directly or indirectly, in form or substance, to any third person not a Party hereto: (a) the fact of or amount of the Extension Payments; or (b) any term of the First Amendment, Second Amendment, or this Third Amendment.



initials

Lanng initials

2

Doc ID: 046d5ca7ffeaa5d6221422ae59a208a43dbd8767

**DRAFT**
**NOT BINDING UNTIL SIGNED**

3.     Defined Terms. Capitalized terms used but not defined herein shall have the same meanings given them in the Agreement.

4.     No Other Amendment; Conflict. Except as set forth in the First Amendment, the Second Amendment, and this Third Amendment, the Agreement is unchanged and, as so amended, the Agreement shall remain in full force. If the provisions of this Third Amendment conflict with the provisions of the Agreement, the First Amendment, and/or the Second Amendment, then the provisions of this Third Amendment shall prevail.

5.     Counterparts. This Third Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Signatures by facsimile shall be of the same force and effect as if in original ink.

IN WITNESS WHEREOF, the Parties have approved and executed this Agreement on the date set forth opposite their respective signatures.

03 / 01 / 2023

Dated: February ___, 2023

 

3/1/2023

Dated: February ___, 2023

DocuSigned by:

*Christian Lanng*

CHRISTIAN LANNG



initials

Lanng initials

3

Doc ID: 046d5ca7ffeaa5d6221422ae59a208a43dbd8767

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Third Amendment to Confidential Settlement Agreement... |
| **File name** | Third%20Amendment...13920314_1%29.pdf |
| **Document ID** | 046d5ca7ffeaa5d6221422ae59a208a43dbd8767 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

SENT
**03 / 02 / 2023**
00:41:33 UTC
Sent for signature to ███████████

VIEWED
**03 / 02 / 2023**
01:26:41 UTC
Viewed by ████████████

SIGNED
**03 / 02 / 2023**
01:35:10 UTC
Signed by ████████████

COMPLETED
**03 / 02 / 2023**
01:35:10 UTC
The document has been completed.

Powered by ✕ **Dropbox** Sign

4