# Exhibit E

# Slave Contract

With this Contract ██████████ enter into a 24/7 slave relationship with her Master Christian Lanng. ██████████ (henceforth "slave", "she" or "her") understands she is the full property with no rights, outside what is outlined in this document, of Christian Lanng (henceforth "Master", "him" or "his"). This Contract will run until 1st of March 2015 at which point the Slave will be free to leave the contract if she wish so.

## 1.0.0 Slave's Role

The slave agrees to submit completely to the master in all ways. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the master without risking punishment, except in situations where the slave's veto (see section 1.0.1) applies. The slave also agrees that, once entered into the Slavery Contract, their body belongs to their master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the master, including all assets, finances, online accounts and material goods, to do with as they see fit. The slave agrees to please the master to the best of their ability, in that they now exist solely for the pleasure of said master .

## 1.0.1 Slave's Veto

The slave, where appropriate, holds veto power over any command given by the master , at which time they may rightfully refuse to obey that command. This power may only be invoked under the following circumstances, or where agreed by both master and slave:

1. Where said command conflicts with any existing laws and may lead to fines, arrest, or prosecution of the slave .
2. Where said command may cause extreme damage to slave's life, such as losing their job, causing family stress, etc.
3. Where said command may cause permanent bodily harm (see 4.0.0) to the slave .

## 1.0.2 Slave's Rules

The slave will always do her best to keep a behavior and demeanor that is fitting for her role as a submissive to her Master. This includes, but is not limited to:

### Always

- Never lying to her Master about anything. If the truth is inappropriate or hurtful in the moment the slave can ask permission to instead write the truth in her diary.
- Always be sexually available for her Master when he needs sex and to never refuse him sex even when not wearing the collar

1

- To always be attentive to her Master and put his needs above hers
- Regularly updating her diary to keep her Master up-to-date with her emotions and state of mind
- Agree to follow her weekly schedule as set by her Master here:

████████████████████████████████████████████
█████████

- Never disrespect her Master by acting rude, not listening, raising her voice to him, not accepting his command or show defiance, contempt or anger with her body language or tone of voice
- Trust her Master completely
- Worship her Master and all of his body
- Always be in submission to her Master
- To never masturbate without wearing her Collar and whenever she does masturbate, know that this is a privilege given to her by her Master
- To always keep all her bodily openings available for her Master and make sure they are cleanly washed
- To always sleep in the nude unless she has permission
- To give the Master full insight into any aspect of her life, including her phone, computer, finances and anything else.
- To always tell him if she have flirted or have had sexual contact with other men or women
- Never have other sexual contact without explicit permission to do so
- To know her Slave positions and train them weekly so she doesn't forget http://www.bcwsd.com/backroom/library/articles_us/slavepos.shtml
- Every morning to read these rules as her waking ritual to remind the Slave of her ownership and submission

### In Private or wearing her Slave Collar

- Whenever she sees her Master in private for the first time, she is to kneel and ask if there is anything she can do for him. At this point the Master will either tell her to wear her Collar or let her know that she can be ████ if she is told to wear the collar the below rules apply, if allowed to be ████ all the other rules still apply except for collar rules as follows and she is still her Masters complete property to do with as he will, if wearing the collar she have to additionally obey to the following:
  - She will always call him Sir or Master when she is wearing the collar, she will always focus 100% on his needs and proactively try to please him in anyway she can when she is wearing the collar

2

- o She will always fold kneel in the waiting position completely naked when she is fitted with the Collar or whenever the Master do not have a direct order for her (position 3, the waiting position)
- o To always remain sexually available to her Master when she is wearing the collar with no delay, disobedience or fighting
- o She will have no limits when wearing her collar and will be available to all ways her master wants to use her (except for when she uses her safeword).
- o She will always swallow her Master's cum when giving the privilege of sucking his cock or making him cum, to always lick it of his body, the floor, the bed or wherever it hits.
- o She will never call herself anything but "she" "the submissive", "the slave" or "fucktoy" while wearing the collar.
- o She will always offer herself to pee on when the Master has to pee and let him know that he is always welcome to pee in the Slave's mouth or over her body.
- o She will endure any pleasure or pain the Master gives her while wearing the collar, unless it goes beyond the Slaves limits at which point she is obligated to use her safeword
- o She will wake no later than 7am and give the master a blowjob when sleeping with her collar and her Master, unless he have told her the night before he don't need his morning blowjob.
- o She will wake no later than 7am and masturbate when sleeping with her collar and without her Master, unless she have been given explicit permission not to.
- o She will incorporate sexual hunger and wanting into everything she does while wearing the collar

## At work

- At work the slave will have freedom to use her own name and act independently as long as she remembers she is her Masters property and she is there to please him and for no other reason.
- She will work as a 6 hours in the office every day unless travelling or she has permission or instructed otherwise
- She will not leave work without first getting permission from her Master and she will always say goodbye to him in person before she leaves, unless instructed otherwise

3

- She will make sure her Masters wellbeing is taken care off during the workday to keep him happy and she will proactively think of ways to keep him happy whenever she is working with him.
- She will look pretty and inspiring to her coworkers and dress as feminine as possible, preferably in dresses or skirts (as outlined under appearance below)
- She will learn at least one new thing every week that increase her function and job security
- She will never challenge, humiliate or raise her voice in the presence of her Master and she will keep a proper business etiquette for an EA working for her CEO

### Appearance

- Make sure she is clean, feminine and have clean waxed/lasered pussy and legs for him always, her nails done and her hair kept in good condition.
- To always make an effort to keep her appearance to a high standard for her Master and to look as attractive as possible.
- To keep in shape and never have a weight above 155 through proper diet and exercise
  - To follow the rules of any exercise or diet plan put in place by the Master
- She will ask for her Masters opinion on what she wears whenever she goes out with him in public and he is with her, if not always default to dress or skirt.
- She will never belittle her own appearance, body or look, she is her Masters property and he loves it, if she belittles her own body or appearance expect to be punished for either a) not having dressed for her Masters standards or b) belittling something he finds pleasing and pleasurable (her body) alternatively the Master can chose to belittle the slave if she criticize herself and severely humilate her to make her feel as small and insignificant as possible. The Master will do this when he feels its a need for the slave.
- To never wear panties without her Masters permission, except when she has her period, travel for more than an hour in a car or airplane or doing heavy errands.
- To dress in a proper feminine way, preferably skirts, dresses and stockings.
- To wear feminine and sexy make-up whenever she is outside her apartment unless he have been given permission otherwise.
- To wear her Day Collar when she leaves the apartment with the Master to go out to eat or do other day activities with him

4

<u>Responsibility to protect her Masters property</u>

Further the slave wil have a responsibility to protect her Masters property, which is her body, mind and her job. She will be expected to maintain a minimum level of functioning that includes the following:

- Feeding herself regularly to keep her weight above 130 and below 155 pounds
- To weigh herself every week and register her weight in a shared spreadsheet
- To reply and keep contact with her family in a natural way when they reach out and to at least once a month reach out to them if they haven't been in contact.
- To unless ordered otherwise entertain herself in the evenings or at times when she is not with the master, including books, TV, movies and similar, expect if explicitly ordered by the Master.
- To take care of financial transactions every month, including rent, electricity and internet (which the Master might provide cash for).
- To every week do a check-in with her Master where she describes her physical or mental wellbeing in detail without hiding anything in either her diary or verbally directly to him.

## 2.0.0 Master's Role

The master accepts the responsibility of the slave's body and worldly possessions, to do with as he see fit, under the provisions determined in this contract. The master agrees to care for the slave , to arrange for the safety and well-being of the slave , as long as he owns the slave . The master also accepts the commitment to treat the slave properly, to train the slave, punish the slave, love the slave, and use the slave as he see fit.

The Master commits to the following for his slave:

- He will never lie to her
- He will always respect her
- He will always have her wellbeing and safety as his first priority
- He will never let go of his control, as long as we are together
- He understand that you are giving a gift and will treat you as such
- He will dedicate time and energy to develop and mentor your professionally as well as personally
- To provide the Slave with basic safety and living needs such as a home, food if she needs, spa's for waxing and care.
- The Master will work to shape the slave towards his goal of the perfect woman over the period of the contract, including obedience training, skills learned in the

5

workplace, appearance and demeanor, he can as part of this shape her, her body and her mind.
- He will have no other sexual partners besides you and his wife unless it's part of the play between the Master and his slave

Further the Master agrees to always accept the use of the Slaves code words:

- Red - Stop the current activity and check in with the slave and provide after care until she is okay to continue, if she is gagged or unable to speak she shakes her head from side to side rapidly in a "no" motion.
- Yellow - Slow down or give the slave time to breathe without stopping
- Green - The slave is ready for more and the Master can increase intensity if he wishes

## 3.0.0 Punishment

The slave agrees to accept any punishment the master decides to inflict, whether earned or not.

### 3.0.1 Rules of Punishment

Punishment of the slave is subject to certain rules designed to protect the slave from intentional abuse or permanent bodily harm (see 4.0.0).

Punishments can include the following things:

1. Spanking
2. Paddling
3. Whipping
4. Caning
5. Clamps
6. Short or long-term bondage
7. Hot wax
8. Slapping
9. Humilation
10. Electricity
11. Anything that Master sees fit which is not excluded in the exclusions above.

The slave agreees to always taking her punishments without being angry, sullen or frustrated with her Master and thank him after. The Slave agrees to always try to keep her ordered position while taking the punishment and keep her body lose and not tight.

6

## 4.0.0 Permanent Bodily Harm

Since the body of the slave now belongs to the master , it is the master's responsibility to protect that body from permanent bodily harm. Should the slave ever come to permanent bodily harm during the course of punishment or in any other slavery related activity, whether by intention or accident, it will be grounds for immediate termination of this contract, should the slave so desire. Permanent bodily harm shall be determined as:

1. Death
2. Any damage that involves loss of mobility or function, including broken bones.
3. Any permanent marks on the skin, including scars, burn damage, or tattoos, unless accepted by the slave .
4. Any loss of hair by ripping
5. Any diseases that could result in any of the above results, including sexually transmitted diseases.
6. Drastic loss of circulation from bondage, chains or other forms of restraints with permanent effects
7. Causing internal bleeding
8. Extended unintended loss of consciousness

## 5.0.0 Others

The slave may not seek any other master or lover or relate to others in any sexual or submissive way without the master's permission. To do so will be considered a breach of contract, and will result in extreme punishment. This includes text messaging, photos, calls or skype sex. If the Master chooses the Slave can be allowed to have sex with others, but this is solely at his discretion.

## 6.0.0 Secrecy

All physical evidence of the slavery will be kept in total secrecy, except where both master and slave agree. Any violation of this clause shall be cause to terminate this contract, should the injured party wish it. The materials and physical evidence shall be kept under lock and key in a place acceptable to both parties. If the relationship between the slave and her Master is discovered the following rules apply:

- If the relationship is discovered at work, the slave will deny everything and quit her job
- If the relationship is discovered by the Masters family or friends he will keep the slave, but she will quit her job

7

- If the relationship is discovered by the slaves family or friends she will only tell them that it is an affair and she will stay as a slave until released by her Master
- In case of a divorce between the Master and his wife the slave will remain the Master's property
- The Master will make sure he has a will in place taking care of the slave's security in case that something happen
- The slave will be only be allowed to write or communicate about the relationship with explicit permission by the Master, except if he is dead in which case she is to wait a minimum of 5 years to write her story

## 7.0.0 Alteration of Contract

This contract may not be altered, except when both master and slave agree. If the contract is altered, the new contract shall be printed and signed, and then the old contract must be destroyed. Either Master or slave can suggest alterations.

## 8.0.0 Termination of Contract

This contract may be terminated at any time by the master , but never by the slave, except under special conditions explained within this contract. Upon termination, all physical evidence of the slavery, including this contract, will be destroyed, except if mutually agreed otherwise. Further if the Master (or Slave using the exceptions or at the expiration date of the first year) chose to end the contract the following rules will apply:

- The slave will be left with a minimum of 10,000USD in her bank account and full control over her assets and bank account.
- The Master will spend a minimum of three months or as long as it takes to transition the slave back to real life and communicate with her as often as she needs in that period and take care of her safety as needed.
- The Master will ensure that the slave have a weight between 130 and 155 pounds
- The Master will ensure that the Slave's physical appearance is fit for participating in society as a high-end, beautiful woman.

## 9.0.0 Slave's Signature

I have read and fully understand this contract in its entirety. I agree to give everything I own to my master, and further accept their claim of ownership over my physical body. I understand that I will be commanded and trained and punished as a slave, and I promise to be true and to fulfill the pleasures and desires of my master to the best of my abilities. I understand that I cannot withdraw from this contract except as stated in this contract.

8



9

### 9.0.1 Master's Signature

I have read and fully understand this contract in its entirety. I agree to accept this slave as my property, body and possessions, and to care for her to the best of my ability. I shall provide for her security and well-being and command her, train her, and punish her as a slave. I understand the responsibility implicit in this arrangement, and agree that no harm shall come to the slave as long as she is mine. I further understand that I can withdraw from this contract at any time.

Christian Lanng

Signature:

9