# Exhibit F



**Christian**

If we break up or end the relation ship
we agree to it                                    11:39

Or maybe we renew every year        11:40

But during our relationship there is no
such thing as me raping you              11:40

Because per definition      11:40

I'm allowed always    11:40

> **Christian**
> But during our relationship there is no such thing
> as me raping you

Of course there is                          11:40