# Exhibit G

**To:**      Halim Dhanidina[hdhanidina@werksmanjackson.com]
**Cc:**      Bruce Van Dalsem[brucevandalsem@quinnemanuel.com]
**From:**    Sara Pollock
**Sent:**    Thur 9/8/2022 3:02:54 PM
**Subject:** Lanng

.....
,,,,,
Halim,

I am following up on an extension agreement. As discussed, Christian needs additional time to close the deal and to receive the funding. As also discussed, the only alternative is to blow up the deal, which would harm everyone, including your client. We've offered $100K in exchange for another 120 days. Given the impending deadline, we need to get an agreement signed.

In the meantime, our understanding is that a signed term sheet from HSBC is imminent, and we will pass along as soon as we receive.

Please let us know where things stand on your end. I'll send over a draft agreement for your review.

Thank you,

Sara

**Sara Pollock**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5038 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarapollock@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1