# Exhibit H

**To:**      Halim Dhanidina[hdhanidina@werksmanjackson.com]
**Cc:**      Sara Pollock[sarapollock@quinnemanuel.com]
**From:**    Bruce Van Dalsem
**Sent:**    Sun 1/8/2023 2:46:13 PM
**Subject:** RE: Lanng

.........
>>>>>>>>

Halim – I know you know this, but if she makes any demand on the company, files a lawsuit or otherwise makes her claims public, it will kill the HSBC deal, the company will likely go BK, Christian may go BK and she will subject herself to years of intrusive litigation with an uncertain outcome. Or she can wait and likely be a wealthy woman in matter of weeks.

Bruce

**From:** Halim Dhanidina <hdhanidina@werksmanjackson.com>
**Sent:** Sunday, January 8, 2023 2:37 PM
**To:** Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
**Cc:** Sara Pollock <sarapollock@quinnemanuel.com>
**Subject:** Re: Lanng

I have asked ▬▬▬▬ to let me know as a courtesy before she takes any action at the end of the day tomorrow, but I have not heard back. Honestly, I can't say I blame her at this point.
Halim

Sent from my iPhone

On Jan 8, 2023, at 9:08 AM, Bruce Van Dalsem <brucevandalsem@quinnemanuel.com> wrote:

Hakim, no money has been paid yet.
The attached is out of date, but it's the last term sheet signed my HSBC.
A lawsuit, or even a letter, will torch this deal instantly. Patience please.
**Bruce Van Dalsem**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan LLP**
865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
+1-213-443-3218 Direct
+1-213.443.3000 Main Office Number
+1-213-443-3100 FAX
brucevandalsem@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original mess

-------- Original message --------
From: Halim Dhanidina <hdhanidina@werksmanjackson.com>
Date: 1/7/23 10:45 AM (GMT-08:00)
To: Sara Pollock <sarapollock@quinnemanuel.com>
Cc: Bruce Van Dalsem <brucevandalsem@quinnemanuel.com>
Subject: Re: Lanng

[EXTERNAL EMAIL from hdhanidina@werksmanjackson.com]

I was hoping this wouldn't happen. I'm at my son's basketball tournament this morning but I will call later today after I let my client know the status.