# Exhibit J



**00:49**

**Christian**

**From:** Bruce Van Dalsem
**Sent:** Tuesday, June 27, 2023 11:00 AM
**To:** Bryan Freedman <bfreedman@ftllp.com>
**Cc:** Sara Pollock <sarapollock@quinnemanuel.com>
**Subject:** Lanng

CONFIDENTIAL SETTLEMENT COMMUNICATION

LMK when would be a good time to continue our conversation.  The goal would be payment to ▮▮ of $5m upon closing the HSBC deal, plus a slice of Christian's stock, also upon close.  The stock might be subject to a lockup, but that's among the matters to discuss.

Bruce Van Dalsem

*Partner,*
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
+1-213-443-3218 Direct
+1-213-443-3000 Main Office Number

19:07

1