# Exhibit K



