**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

JANE DOE,

                    Plaintiff,

     v.

CHRISTIAN LANNG and DOES 1-100, inclusive,

                    Defendants.

CASE NO.: 4:24-cv-00166-JST

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Date:       August 27, 2026
Time:       2:00 PM
Ctrm.:      6, 2nd Floor
                 Hon. Jon S. Tigar
                 1301 Clay Street
                 Oakland, CA  94612

Complaint Removed:  January 9, 2024

[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT / Case No. 4:24-cv-00166-JST

The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Plaintiff Jane Doe's Motion for Leave To File A Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT / Case No. 4:24-cv-00166-JST