**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone: (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

JANE DOE,

      Plaintiff,

  v.

CHRISTIAN LANNG,

      Defendant.

CASE NO.: 4:24-cv-00166-JST

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF JANE DOE TO PROCEED UNDER PSEUDONYM**

Ctrm.:  6, 2nd Floor
      Hon. Jon S. Tigar
      1301 Clay Street
      Oakland, CA 94612

Complaint Removed: January 9, 2024

Pursuant to Civil Local Rules 7-11 and 79-5(b), Plaintiff Jane Doe—a survivor of sexual abuse and other appalling conduct seeking to hold her abuser accountable via this action—submits this request for an order permitting her to file under seal her Declaration of Jane Doe in Support of Motion for Protective Order Allowing Plaintiff Jane Doe to Proceed Under Pseudonym ("Plaintiff's Declaration").

Plaintiff's Declaration, is a document that contains Plaintiff's true name and signature, in addition to other sensitive information that may identify or reveal private, sensitive information about Plaintiff. ECF No. 88-1, at 2. The Motion for Protective Order Allowing Plaintiff Jane Doe to Proceed Under Pseudonym (the "Motion")—for which Ms. Doe's declaration provides support— seeks a protective order to prevent public disclosure of that very information. If Plaintiff's Declaration is not sealed, the purpose of the Motion (*i.e.*, keeping the sensitive and personal information at issue in this action from being associated with Plaintiff's true identity) will become moot. This request is narrowly tailored to seal only that which is necessary to protect Plaintiff's identity and privacy interests, and a less restrictive alternative to sealing Plaintiff's Declaration is not available. *Id.* Counsel of record for Mr. Lanng has explained that Mr. Lanng was unable to take a position on Ms. Doe's Motion at this time. *Id.*

There is no prejudice to the public or Defendant, as the underlying motion for a protective order, which contains sufficient detail to provide the basis for the requested relief, is being filed publicly. Moreover, the public does not have a right to Ms. Doe's identity. *M.R. v. Fed. Corr. Inst. "FCI" Dublin*, 2022 WL 5225881, at *1 (N.D. Cal. Oct. 5, 2022) ("[T]he public's interest in allowing alleged victims of sexual assault to proceed anonymously outweighs any public interest in the plaintiff's identity." (citations omitted)); *see also Doe v. Penzato*, 2011 WL 1833007, at *3 (N.D. Cal. May 13, 2011 ("'[T]he public generally has a strong interest in protecting the identities of sexual assault victims so that other victims will not be deterred from reporting such crimes.'" (quoting *Doe No. 2 v. Kolko*, 242 F.R.D. 193, 195 (E.D.N.Y. 2006))).

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF JANE DOE TO PROCEED UNDER PSEUDONYM / Case No. 4:24-cv-00166-JST

For the foregoing reasons, Plaintiff respectfully requests the Court grant her Administrative Motion to File Under Seal Plaintiff's Declaration in Support of Motion for Protective Order Allowing Plaintiff Jane Doe to Proceed Under Pseudonym.

Respectfully submitted,

Dated: June 22, 2026                    **WILLKIE FARR & GALLAGHER LLP**

By:    */s/ Nicholas Reddick*
        Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff

2
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF JANE DOE TO PROCEED UNDER PSEUDONYM / Case No. 4:24-cv-00166-JST