**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                 Plaintiff,<br><br>  v.<br><br>CHRISTIAN LANNG,<br><br>             Defendant. | CASE NO.: 4:24-cv-00166-JST<br><br>**DECLARATION OF NICHOLAS REDDICK IN SUPPORT OF MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF JANE DOE TO PROCEED UNDER PSEUDONYM**<br><br>Date:     September 3, 2026<br>Time:    2:00 PM<br>Ctrm.:   6, 2nd Floor<br>         Hon. Jon S. Tigar<br>         1301 Clay Street<br>         Oakland, CA  94612<br><br>Complaint Removed:  January 9, 2024 |

I, Nicholas Reddick, hereby declare:

1. I am an attorney at law, duly qualified and admitted to practice before this Court. I am a partner at the law firm of Willkie Farr & Gallagher LLP, counsel of record for Plaintiff Jane Doe ("Plaintiff" or "Doe").

2. I submit this declaration in support of Plaintiff's Motion for Protective Order Allowing Plaintiff Jane Doe to Proceed Under Pseudonym (the "Motion"). The facts set forth below are based on my personal, firsthand knowledge and, if called as a witness, I could and would competently testify thereto.

3. On or around April 2, 2026, I spoke with Eric Galen, additional counsel for Defendant Christian Lanng ("Defendant" or "Lanng"), who commented that, should Ms. Doe proceed in the litigation, Mr. Lanng would seek to portray Ms. Doe (and her husband) negatively in the press.

4. On June 22, 2026, I contacted via telephone counsel of record for Mr. Lanng, Nicholas Lauber. I discussed with Mr. Lauber Ms. Doe's forthcoming Motion. This included explaining (1) Ms. Doe's plans to file the Motion; and (2) the basis for Ms. Doe's Motion.

5. On that call, Mr. Lauber informed me that Mr. Lanng was still considering whether to continue being represented by his firm. As such, Mr. Lauber explained that Mr. Lanng was unable to take a position on Ms. Doe's Motion at this time.

6. Given the uncertainty regarding Defendant Lanng's representation, I scheduled a September 3, 2026, hearing on the Motion—the first available date on the Court's calendar. Should Defendant Lanng's representation oppose the Motion and need a different hearing date, I will work to find a mutually agreeable date for a hearing on this Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 22nd day of June 2026, in Monterey, California.

*/s/ Nicholas Reddick*
Nicholas Reddick

1

REDDICK DECL. IN SUPPORT OF MOTION FOR PROTECTIVE ORDER ALLOWING PLAINTIFF JANE DOE TO PROCEED UNDER PSEUDONYM / Case No. 4:24-cv-00166-JST