**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
  nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
IMAHN DAEENABI (SBN 363932)
  idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 858-7595

Attorneys for Plaintiff

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
  mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone:  (310) 855-3085

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br><br>    v.<br><br>CHRISTIAN LANNG,<br><br>                  Defendant. | CASE NO.: 4:24-cv-00166-JST<br><br>**NOTICE OF DEFENDANT CHRISTIAN LANNG'S NON-OPPOSITION TO PLAINTIFF JANE DOE'S MOTIONS AT ECF NOS. 86, 87, 88**<br><br>Ctrm.:  6, 2nd Floor<br>          Hon. Jon S. Tigar<br>          1301 Clay Street<br>          Oakland, CA  94612<br><br>Complaint Removed:  January 9, 2024 |

PLEASE TAKE NOTICE that Defendant Christian Lanng ("Defendant" or "Lanng") has declined to file an opposition to the following motions filed by Plaintiff Jane Doe ("Plaintiff" or "Doe") within the allotted time:

- Motion for Voluntary Dismissal of Certain Claims Against Defendant Christian Lanng (ECF No. 86)

- Motion for Leave to File a Second Amended Complaint (ECF No. 87)

- Administrative Motion to File Under Seal Plaintiff's Declaration in Support of Motion for Protective Order (ECF No. 88)

On June 10, 2026, Plaintiff filed her Motion for Voluntary Dismissal and her Motion for Leave to Amend. ECF Nos. 86 & 87. The deadline to oppose these motions was June 24, 2026. Civil L.R. 7-3(a). On June 22, 2026, Plaintiff filed her Administrative Motion to File Under Seal. ECF No. 88. The deadline to oppose that motion was June 26, 2026. Civ. L.R. 7-11(b). To date, Defendant has not filed an opposition to any of these Motions.

During all relevant times, Defendant has been and continues to be represented by counsel of record, Nicholas Lauber. Prior to filing the aforementioned motions, counsel for Plaintiff contacted Mr. Lauber and inquired whether Defendant would oppose these motions. ECF Nos. 87-1; 88-1. Mr. Lauber indicated that Defendant declined to take a position on the motions at that time. ECF Nos. 87-1; 88-1. Defendant has not filed an opposition to any of the motions, and the deadlines set by Civil Local Rule 7-3(a) and 7-11(b) have expired.

Defendant's failure to oppose the foregoing motions or otherwise comply with Civil Local Rules 7-3 and 7-11 provides proper grounds for this Court to grant Plaintiff's motions without further briefing or hearing. *See Malloy v. Regents of the Univ. of Cal.*, 2021 WL 4269365, at *8 (N.D. Cal. Aug. 18, 2021) ("The failure of the opposing party to file a timely response to any motion or request may be construed as consent to the granting of the relief sought in the motion or request." (citations omitted) (cleaned up)). Moreover, the Administrative Motion to Seal (ECF No. 88) is ripe for "immediate determination without hearing on the day after the opposition is due[]"—which, as previously stated, was June 26, 2026. Civ. L.R. 7-11(c).

For the foregoing reasons, the Court has an independent basis to grant Plaintiff's foregoing motions without holding a hearing.

1

Respectfully submitted,

Dated: July 2, 2026                    **WILLKIE FARR & GALLAGHER LLP**

By:    */s/ Nicholas Reddick*
       Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff

NOTICE OF DEFENDANT LANNG'S NON-OPPOSITION TO PLAINTIFF DOE'S MOTIONS
Case No. 4:24-cv-00166-JST