**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7595

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone: (310) 855-3085

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

JANE DOE,

Plaintiff,

v.

CHRISTIAN LANNG,

Defendant.

CASE NO.: 4:24-cv-00166-JST

**PLAINTIFF JANE DOE'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHRISTIAN LANNG**

Complaint Removed: 01/09/24
2nd Am. Complaint Filed: 10/16/26

**TO THE CLERK OF THE COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Jane Doe ("Plaintiff" or "Doe") hereby respectfully requests that the Clerk of this Court enter default in this matter against defendant Christian Lanng ("Defendant" or "Lanng") on the ground that Defendant has failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by Rule 15(a)(3) of the Federal Rules of Civil Procedure. Plaintiff's Request for Entry of Default is supported by the concurrently filed Declaration of Nicholas Reddick ("Reddick Decl."), and such other papers as the Court may consider in this matter.

Pursuant to the Court's Order Granting Motion for Leave to File an Amended Complaint, ECF No. 94; Reddick Decl., ¶ 3. Plaintiff filed the Second Amended Complaint against Defendant Lanng on October 16, 2026. ECF No. 95; Reddick Decl., ¶ 3. Defendant Lanng was served electronically on October 16, 2026, as evidenced by the Notice of Electronic Filing on file with this Court. ECF No. 95; Reddick Decl., ¶ 4.

Defendant Lanng's response to the Second Amended Complaint was due on or before October 30, 2026. Reddick Decl., ¶ 5. Defendant Lanng did not respond on or before that date and has not responded as of the date of this filing. *See* Reddick Decl., ¶ 6. This is so even though Defendant Lanng has appeared in this case through his counsel of record; answered the First Amended Complaint; and filed a Countercomplaint and an Amended Countercomplaint against Plaintiff and others. ECF Nos. 37–38, 43; *see* Reddick Decl., ¶¶ 7–8.

Because the time allowed by the Federal Rules of Civil Procedure for responding to the Second Amended Complaint has expired and Defendant Lanng elected not to file a pleading or motion within the time prescribed by the Rules, Plaintiff respectfully requests that default be entered against Defendant Lanng pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: November 2, 2026

**WILLKIE FARR & GALLAGHER LLP**

By: *<u>/s/ Nicholas Reddick</u>*
Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff