**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7595

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone: (310) 855-3085

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

JANE DOE,

Plaintiff,

v.

CHRISTIAN LANNG,

Defendant.

CASE NO.: 4:24-cv-00166-JST

**DECLARATION OF NICHOLAS REDDICK IN SUPPORT OF PLAINTIFF JANE DOE'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHRISTIAN LANNG**

Complaint Removed: 01/09/24
2nd Am. Complaint Filed: 10/16/26

I, Nicholas Reddick, declare as follows:

1. I am an attorney at law licensed to practice in the State of California, duly qualified and admitted to practice before this Court. I am a partner at the law firm of Willkie Farr & Gallagher LLP, counsel of record for Plaintiff Jane Doe ("Plaintiff" or "Doe").

2. I submit this declaration in support of Plaintiff's Request for Entry of Default Against Defendant Christian Lanng ("Defendant" or "Lanng"). The facts set forth below are based on my personal, firsthand knowledge and, if called as a witness, I could and would competently testify thereto.

3. After this Court granted Plaintiff's Motion for Leave to File an Amended Complaint, Plaintiff filed her Second Amended Complaint on October 16, 2026, against Defendant Lanng. ECF Nos. 94–95.

4. That same day—October 16, 2026—Defendant Lanng was served electronically with the Second Amended Complaint, as I was able to verify by the Notice of Electronic Filing on file with this Court. ECF No. 95.

5. Defendant Lanng's response to the Second Amended Complaint was due on or before October 30, 2026.

6. To date, Defendant Lanng has not pleaded in response to or otherwise defended against the Second Amended Complaint.

7. Defendant Lanng has appeared in this case through his counsel of record, Nicholas Lauber, and I personally communicated with Mr. Lauber prior to filing Plaintiff's Motion for Leave to File an Amended Complaint, as well as other motions.

8. Defendant Lanng previously answered the First Amended Complaint and filed a Countercomplaint and an Amended Countercomplaint against Plaintiff and others. ECF Nos. 37–38, 43.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of November, 2026, in Monterey, California.

*/s/ Nicholas Reddick*
Nicholas Reddick