CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
JEFFREY BOGERT (SBN 132778)
jeff@frostllp.com
NICK LAUBER (SBN 288499)
Nick@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant/Counterclaimant Christian Lanng

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (OAKLAND)

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>TRADESHIFT, INC., et al.<br><br>Defendant. | Case No. 4:24-cv-00166-JST<br><br>*Judge Jon S. Tigar*<br><br>**DECLARATION OF NICHOLAS LAUBER IN SUPPORT OF MOTION OF DEFENDANT/ COUNTERCLAIMANT CHRISTIAN LANNG TO SET ASIDE ENTRY OF DEFAULT**<br><br>**[Fed. R. Civ. P. 55(c)]** |
| CHRISTIAN LANNG,<br><br>Counterclaimant,<br><br>vs.<br><br>JANE DOE; BRYAN J. FREEDMAN; MILES COOLEY and FREEDMAN, TAITELMAN, & COOLEY, LLP; and DOES 1 through 10, inclusive,<br><br>Counterdefendant. | Filed concurrently with Motion to Set Aside; [Proposed] Order<br><br>Date: February 4, 2027<br>Time: 2:00 p.m.<br>Crtrm.: 5<br><br>Trial Date: None Set |

# DECLARATION OF NICHOLAS LAUBER

I, Nicholas Lauber, declare as follows:

1. I am an attorney licensed to practice before this Court, and a partner with the law firm FROST LLP, attorneys of record herein for Defendant/Counterclaimant Christian Lanng ("Defendant/Counterclaimant" or "Lanng"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Christian Lanng's Motion to Set Aside Entry of Default (the "Motion") filed concurrently herewith.

2. Following the administrative stay of this matter, I have had very limited contact with Christian Lanng, initially because the litigation was not active. However, after nearly two years without the press of litigation we have struggled to maintain consistent open lines of communication now that the matter has resumed activity.

3. Lanng does not live in the United States and is not a U.S. citizen so the time zone difference, physical distance, and lack of contextual understanding of the United States justice system has made communicating with Lanng more difficult than what I encounter in communicating with other clients.

4. My impression is that the communications between Lanng and myself caused him to not fully appreciate the need to timely respond to the Second Amended Complaint, especially in light of the context of the lengthy administrative stay.

5. Frost LLP will be submitting a notice of change of handling attorney for this matter within one week of the filing of this motion, and I will no longer be participating in the litigation of this matter or any matter on behalf of Christian Lanng.

6. The communication difficulties that I have had with Mr. Lanng caused our inability to file a response to the Second Amended Complaint by its due date.

7. On behalf of Mr. Lanng, my firm has prepared an answer to the Second Amended Complaint. The answer was being finalized and awaiting final approval when the default was entered against Mr. Lanng on November 6, 2026.

8. After the entry of the default, I immediately contacted Nicholas Reddick seeking to enter into a stipulation to set aside the default. Mr. Reddick responded that he could not enter into the stipulation. A true and correct copy of our email exchange is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of November, 2026, at Los Angeles, California.

*/s/ Nicholas Lauber*
NICHOLAS LAUBER



FROST

# EXHIBIT A

Outlook

## Re: Doe v. Lanng 4:24-cv-00166-JST

**From** Reddick, Nicholas <NReddick@willkie.com>
**Date** Mon 11/9/2026 6:14 PM
**To** Nicholas Lauber <Nick@frostllp.com>
**Cc** Monica Tosunidis <monica@frostllp.com>

[EXTERNAL E-MAIL]

Nicholas,

My client will not stipulate to the setting aside of the default, but she will not oppose your client's motion to do so subject to you including the below language in the request:

"Plaintiff does not oppose the relief requested in this Motion, but wishes to make clear that she has been prejudiced by Defendant's delay in this action, through which she seeks to enforce Defendant's contractual promise to compensate her made more than four years ago. Plaintiff particularly notes that Defendant, who has been represented by experienced counsel throughout, has been on notice of the amended claims since June 2026 yet elected not to respond within the time prescribed by the applicable rules."

**Nicholas Reddick**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7595 | Fax: +1 415 858 7599
NReddick@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

---

**From:** Nicholas Lauber <Nick@frostllp.com>
**Sent:** Friday, November 6, 2026 3:34 PM
**To:** Reddick, Nicholas <NReddick@willkie.com>
**Cc:** Monica Tosunidis <monica@frostllp.com>
**Subject:** Re: Doe v. Lanng 4:24-cv-00166-JST

***** EXTERNAL EMAIL *****

Thanks.

FROST

Nicholas Lauber

Partner
Email: nick@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you!

---

**From:** Reddick, Nicholas <NReddick@willkie.com>
**Sent:** Friday, November 6, 2026 3:32 PM
**To:** Nicholas Lauber <Nick@frostllp.com>
**Cc:** Monica Tosunidis <monica@frostllp.com>
**Subject:** RE: Doe v. Lanng 4:24-cv-00166-JST

You don't often get email from nreddick@willkie.com. Learn why this is important

[External E-mail]

Nicholas,

This is received. I need to discuss your request with my client and will endeavor to get back to you soonest. However, given it is Friday afternoon (and I am in a hearing and then doing depo prep), we may need to get back with an answer on Monday.

Best,
Nick

**Nicholas Reddick**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7595 | Fax: +1 415 858 7599
NReddick@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

---

**From:** Nicholas Lauber <Nick@frostllp.com>
**Sent:** Friday, November 6, 2026 2:39 PM
**To:** Reddick, Nicholas <NReddick@willkie.com>
**Cc:** Monica Tosunidis <monica@frostllp.com>
**Subject:** Doe v. Lanng 4:24-cv-00166-JST

***** EXTERNAL EMAIL *****

Nicholas,

I am reaching out to see if you would be agreeable to a stipulation to set aside the clerk's default that was entered today. I am hoping you would agree that there is no prejudice to your

client by us filing an answer forthwith.

I am attaching the answer we were going to file today - we were waiting for approval from client.

If you will agree to stipulate to set aside the default, I will prepare a joint stipulation and once signed, I would file the attached answer.

FROST

Nicholas Lauber
Partner
Email: nick@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you!

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.