**WILLKIE FARR & GALLAGHER LLP**
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
ERICA S. MIRANDA (SBN 325188)
emiranda@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
IMAHN DAEENABI (SBN 363932)
idaeenabi@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7595

**WILLKIE FARR & GALLAGHER LLP**
MATTHEW GURVITZ (SBN 272895)
mgurvitz@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone: (310) 855-3085

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

JANE DOE,

Plaintiff,

v.

CHRISTIAN LANNG,

Defendant.

CASE NO.: 4:24-cv-00166-JST

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

Date: February 4, 2027
Time: 2:00 p.m.
Ctrm.: 5, 2nd Floor
Hon. Jon S. Tigar
1301 Clay Street
Oakland, CA 94612

Complaint Removed: 01/09/24
2nd Am. Complaint Filed: 10/16/26

Pursuant to Civil Local Rule 7-3(b), Plaintiff Jane Doe ("Ms. Doe"), by and through her counsel, submits this Statement of Non-Opposition to the Motion to Set Aside Entry of Default (ECF No. 98) (the "Motion") filed by Defendant Christian Lanng ("Defendant") on November 16, 2026.

As Defendant's counsel acknowledges in the Motion, Ms. Doe does not oppose the relief requested. At the same time, Ms. Doe maintains that she has been prejudiced by Defendant's delay in this action, in which she seeks to enforce Defendant's contractual promise, made more than four years ago, to compensate her. Defendant, who has been represented by experienced counsel throughout this action, has been on notice of the claims in the amended complaint since June 2026, yet chose not to respond within the time the applicable rules require. Ms. Doe respectfully asks that the Motion be resolved expeditiously so that she may proceed with her claims without further delay.

Respectfully submitted,

Dated: November 20, 2026

**WILLKIE FARR & GALLAGHER LLP**

By: *<u>/s/ Nicholas Reddick</u>*
Nicholas Reddick

Nicholas Reddick (SBN 288779)
Erica S. Miranda (SBN 325188)
Alyxandra Vernon (SBN 327699)
Imahn Daeenabi (SBN 363932)
333 Bush Street, 34th Floor
San Francisco, CA 94104

Matthew Gurvitz (SBN 272895)
2029 Century Park East
Los Angeles, CA 90067-2905

Attorneys for Plaintiff